**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON ROMAN,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **NO.    02-CV-04763** |
| **CITY OF READING, ET AL,** | : | |
| **Defendants** | : | |
| | : | |

**O R D E R**

AND NOW, this 6th day of November, 2002, upon consideration of Plaintiff Jason

Roman's Unopposed Motion for Extension of Time [doc. no. 5], it is hereby ORDERED that

Plaintiff's motion is GRANTED.  Plaintiff may file a response to Defendant's Motion to Dismiss

[doc. no. 4] on or before December 6, 2002.

It is so ORDERED.

**BY THE COURT:**


_____

**CYNTHIA M. RUFE, J.**