IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROMAN,<br>Plaintiff | : : : | |
| v. | : : | CIVIL ACTION<br>NO.   02-CV-04763 |
| CITY OF READING, ET AL,<br>Defendants | : : : | |

**O R D E R**

AND NOW, this 13th day of December, 2002, it is hereby ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim [doc. no. 4] is GRANTED as uncontested under Local Rule 7.1(c).[1]  It is further ORDERED that Plaintiff's Complaint [doc. no. 1] is DISMISSED WITHOUT PREJUDICE.  Plaintiff is hereby granted leave to file an Amended Complaint within twenty (20) days of the date of this ORDER.

It is so ORDERED.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**

---

[1] On November 7, 2002, this Court granted Plaintiff's Motion for Extension of Time in which to respond to Defendants' motion to dismiss.  [doc. no. 6]  Plaintiff failed to respond to Defendants' motion within the time permitted.