IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROMAN, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-4763 |
| CITY OF READING, ET AL, | : | |
| Defendants | : | |
| | : | |

**O R D E R**

AND NOW, this 13th day of February, 2003, upon consideration of Defendants' Motion to Strike [Doc. # 10], it is hereby ORDERED that Defendants' Motion is GRANTED.[1]

It is so ORDERED.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**

---

[1] Defendants filed a motion to dismiss Plaintiff's Complaint on September 18, 2002. See Doc. # 4. This Court extended the time permitted for Plaintiff's response thereto until December 6, 2002. See Doc. # 6. When Plaintiff failed to file a response within the time permitted, the Court granted Defendants' motion to dismiss as uncontested, and dismissed the Complaint without prejudice. See Doc. # 7. More than a month later, Plaintiff filed an opposition to Defendants' motion to dismiss. See Docs. # 8, 9. Defendants moved to strike Plaintiff's opposition, see Doc. # 10, and the Court today strikes Plaintiff's opposition because it is moot.