*Criminal Mischief / Shots Fired*

# READING POLICE DEPARTMENT
## CRIME INVESTIGATION REPORT

**R.O. USE:** 7201 SCANNED
**PRIMARY OFFENSE TITLE:** CRIMINAL MIS.

| ASSIGNMENT NUMBER: 2002-35601 | DATE & TIME OFFENSE REPORTED: MONTH 06 DAY 14 YEAR 2002 TIME 0131 | DATE & TIME OFFENSE OCCURRED: M 06 D 14 Y 2002 T 0131 APPROX | DAY(S) OF THE WEEK: FRI | PHYSICAL EVIDENCE: ☐ YES ☑ NO |
|---|---|---|---|---|
| DISTRICT: 106  CENSUS TRACT: 26 | | | | |
| LOCATION OF OFFENSE: 900 BLK FRANKLIN ST | TYPE PREMISES: CITY STREET | WHERE REPORTED: 500 BLK PENN ST | EVIDENCE TECH'S NAME: | SF |
| POINT OF ENTRY OR MEANS OF ATTACK: SEE NARRATIVE | BUSINESS NAME: N/A (13) | TYPE OF WEAPON/INSTRUMENT USED: FIREARM | S-1 REPORT SUBMITTED? ☐ YES ☑ NO | |

INDICATE WITH THE PROPER CODES PROVIDED A PERSON'S RELATIONSHIP TO THE INVESTIGATION:
1-COMPLAINANT   2-WITNESS   3-NAME OF INTEREST   8-VICTIM   9-INDIRECT VICTIM

| | NAME | ADDRESS | RACE | SEX | D.O.B. | TELEPHONE NUMBER(S) | CODE |
|---|---|---|---|---|---|---|---|
| A | JASON ROMAN | 2327 HANOVER AVE ALLENTOWN PA | B | M | 1-30-44 | H: 610-821-024? W: | V/O |

**VICTIM INJURED?** ☐ YES ☑ NO
**VICTIM ADMITTED?** ☐ YES ☐ NO

**DEFENDANT/SUSPECT #1 (INCLUDE AKA):** UNKNOWN

| VEHICLE STATUS: ☐ RECOVERED ☐ STOLEN ☐ SUSPECT ☑ TARGET | COLOR (TOP/BOTTOM): BLACK | YEAR: 2000 | MAKE: LEXUS | MODEL: GS400 | BODY STYLE: 4DR | IMPOUND? ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| LICENSE PLATE: STATE PA  YEAR 02 | LICENSE NUMBER: ELM-3055 | VEHICLE ID NUMBER: JT8HC8PX1Y0023206 | | | | |

**REGISTERED OWNER:** SAME AS VICTIM

REPORTING OFFICER: [signature]  COMPUTER NO.: 009
FOLLOW UP BY: ☐ PATROL ☐ Y.A.D. ☐ C.I.D. ☐ VICE ☑ NONE

RPD A-2 9/96

# READING POLICE DEPARTMENT
## SUPPLEMENTARY OFFENSE REPORT

SCANNED:
R.O. USE:

| ASSIGNMENT NUMBER: | PRIMARY OFFENSE TITLE: | DATE OF ORIGINAL REPORT: | DATE & TIME OF THIS REPORT: |
|---|---|---|---|
| 2002-35601 | CRIMINAL MISCHIEF | 06-14-02 | 6-14-02 0216 |

**TYPE OF REPORT:**
- [x] CONTINUATION OF ORIGINAL REPORT
- [ ] ADDITIONAL INFORMATION
- [ ] FOLLOW-UP INFORMATION
- [ ] SUPPRESSION HEARING
- [ ] HABEAS CORPUS HEARING
- [ ] CRIMINAL COURT
- [ ] JUVENILE COURT
- [ ] SENTENCE COURT
- [ ] OTHER (EXPLAIN)

**Narrative:**

OFF. M.E. EDDINGER #009 READING POLICE DEPT PG #2

FRIDAY, 06-14-02, 0216 HRS, THE VICTIM/COMPLAINANT JASON ROMAN DOB: 01-30-44 REPORTED THAT ON THIS DATE, AT APPROX 0130 HRS, HE WAS TRAVELLING EASTBOUND IN THE 900 BLK FRANKLIN STREET. AT THAT TIME, HE HEARD APPROX 20 LOUD POPPING SOUNDS WHICH HE THOUGHT MIGHT BE FIREWORKS. SHORTLY AFTER THE INCIDENT, ROMAN FOUND THAT 2 BULLETS STRUCK HIS WINDSHIELD AND 1 BULLET STRUCK THE LEFT REAR DOOR.

ROMAN'S VEHICLE IS A BLACK 2000 LEXUS GS400 4DR, W/ PA REG. ELM-3055.

OFF. GABRIELLI HAD REPORTED HEARING GUNSHOTS IN THE AREA AT APPROX 0130 HRS.

ESTIMATED DAMAGE IS APPROX. $1,000.00

SPECIAL DISTRIBUTION REQUESTED: [ ] YES [ ] NO

| CLASSIFICATION CHANGED? | PRIMARY TITLE: | REPORTING OFFICER: | COMPUTER NO: | REVIEWING SUPERVISOR: | COMPUTER NO: |
|---|---|---|---|---|---|
| [ ] NO [ ] YES, TO: | | M. Eddinger | 009 | | |

Below For Records Use Only

| RPD A-3 10/94 | PROCESSED BY: | QUALITY CONTROL BY: | CLASSIFICATION CHANGED? [ ] NO [ ] YES, TO: | U.C.R. CODE: |
|---|---|---|---|---|
| | COURT PACKAGE (E-4) BY: | RAP SHEET (C-7) BY: | SPECIAL DISTRIBUTION BY: | CRIMINAL HISTORY BY: |

Distribution: WHITE - Records Office, YELLOW - C.I.D., PINK - ...