## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON ROMAN,**<br>    Plaintiff | : : : : | |
| v. | : : | CIVIL ACTION<br>NO.   02-4763 |
| **CITY OF READING, ET AL.,**<br>    Defendants | : : : | |

### O R D E R

**AND NOW**, this _____ day of September, 2003, it is hereby **ORDERED** that the parties shall, within ten (10) days of the date of this Order, file with the Court a Status Update setting forth (1) the progress of settlement negotiations; (2) whether a settlement conference with a magistrate judge is likely to facilitate a settlement; (3) the status of the case, including a date when the parties will be prepared for trial; and (4) any other appropriate matter.

It is so **ORDERED**.

BY THE COURT:


_____
**CYNTHIA M. RUFE, J.**