IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4763 |
| | : | |
| | : | |
| CITY OF READING, and | : | |
| READING POLICE DEPARTMENT, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my personal appearance as counsel for City of Reading and Reading Police Department ("Defendants") in the above-captioned matter. Defendants will continue to be represented by the law firm of Montgomery, McCracken, Walker & Rhoads, LLP.

Thank you for your courtesies.

/s/ Danielle M. White
Danielle M. White (I.D. No. 87772)

MONTGOMERY, McCRACKEN
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

Dated: October 23, 2003

968657v1

**CERTIFICATE OF SERVICE**

I, Danielle M. White, hereby certify that on this day, a true and correct copy of the foregoing Withdrawal of Appearance was served, via certified mail, postage pre-paid, on plaintiff addressed as follows:

>  Jason Roman
>  911 Varnsdale Road
>  Allentown, PA 18103

This document was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania.


Dated: October 23, 2003                                        /s/ Danielle M. White
                                                                                    Danielle M. White

968657v1