**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASON ROMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4763 |
| | : | |
| | : | |
| CITY OF READING and | : | |
| READING POLICE DEPARTMENT, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance in the above-captioned matter on behalf of Defendants City

of Reading and Reading Police Department.

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP


/s/ Janelle E. Fulton
Janelle E. Fulton (I.D. No. 80027)
MONTGOMERY, McCRACKEN
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

Dated: November 4, 2003

973293v1

## <u>CERTIFICATE OF SERVICE</u>

I, Janelle E. Fulton, hereby certify that on this day, a true and correct copy of the

foregoing Entry of Appearance was served, via certified mail and regular mail, postage pre-paid,

on the *pro se* plaintiff addressed as follows:

Jason Roman
911 Varnsdale Road
Allentown, PA 18103

This document was filed electronically and is available for viewing and downloading

from the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: November 4, 2003                    /s/ Janelle E. Fulton
                                           Janelle E. Fulton (I.D. No. 80027)

973293v1