IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ROMAN,<br>Plaintiff | :<br>:<br>:<br>: |
| v. | :  CIVIL ACTION<br>:  NO.   02-4763 |
| CITY OF READING, ET AL.,<br>Defendants | :<br>:<br>: |

**O R D E R**

**AND NOW**, this 21st day of January, 2004, it is hereby **ORDERED** that Defendants' Motion for Extension of Time [Doc. # 21] is **GRANTED**. It is specifically **ORDERED** that the following deadlines shall govern further proceedings in this case:

1. All fact discovery shall be completed by February 13, 2004;

2. All motions for summary judgment and partial summary judgment shall be filed on or before February 23, 2004.  Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c).

3. All aspects of the Court's October 22, 2003 Supplemental Scheduling Order [Doc. # 17] are hereby reaffirmed.

It is so **ORDERED**.


BY THE COURT:


_____
**CYNTHIA M. RUFE, J.**