IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON ROMAN,**<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | :    **CIVIL ACTION** |
|  | :    NO.  02-4763 |
| **CITY OF READING, ET AL.,**<br>    Defendants | :<br>:<br>: |

# O R D E R

**AND NOW**, this 3rd day of February, 2004, upon consideration of Defendants' Motion to Compel [Doc. # 20], and in the absence of any timely response thereto, see Local R. Civ. P. 7.1(c),[1] it is hereby **ORDERED** that Defendants' Motion is **GRANTED** as uncontested. Upon consideration of the grounds set forth in Defendants' Motion, it is specifically **ORDERED** that:

1. Plaintiff must provide to Defendants before the close of discovery his Rule 26(a)(1) initial disclosures including, inter alia, the names and addresses of witnesses (if any) and exhibits (if any);

2. Plaintiff must provide to Defendants before the close of discovery full and complete answers to Defendants' First Set of Interrogatories Directed to Plaintiff;

3. Plaintiff must provide to Defendants before the close of discovery full and complete answers to Defendants' First Request for Production of Documents and Things Directed to

---

[1] Defendants filed the instant Motion to Compel on January 15, 2004. Although the certificate of service fails to state the method of service, the Court assumes it was served by first-class mail. Accordingly, under Federal Rule of Civil Procedure 6(e) and Local Rule 7.1(c), Plaintiff's response was due within seventeen days, i.e., on or before February 2, 2004. No response was filed as of today. Therefore, the motion is granted as uncontested.

Discovery in this case closes on February 13, 2004 and dispositive motions are due on or before February 23, 2004. Accordingly, in order to ensure that discovery disputes do not interfere with any deadlines in this case, the Court must address pending discovery motions in a timely manner. Although Plaintiff filed this action pro se, Defendants informed the Court that he is now represented by counsel. Accordingly, the Court expects counsel for Plaintiff to comply strictly with all relevant deadlines.

Plaintiff and produce all documents and things requested therein;

    4. Plaintiff must provide to Defendants before the close of discovery a signed HIPAA Authorization addressed to: (a) the Lehigh County Office of Mental Health and (b) Lehigh Valley Hospital and Health Network - Mental Health Clinic.

    It is so **ORDERED**.

        **BY THE COURT:**

        _____
        **CYNTHIA M. RUFE, J.**