# EXHIBIT D

---

**Page 1**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
3
4  JASON ROMAN,       : NO. 22-CV-4763
         Plaintiff :
5                     :
                      :
6                     :
   vs.               :
7                     :
                      :
8                     :
   CITY OF READING, AND   :
9  READING POLICE DEPARTMENT :
         Defendant :
10
        ---------
11    Wednesday, December 3, 2003
        ---------
12
13
14    Deposition of JASON ROMAN, taken pursuant to
15  notice at the law offices of Montgomery, McCracken,
16  Walker & Rhoads, 27th Floor, 123 S. Broad Street,
17  Philadelphia, Pennsylvania, on the above date,
18  beginning at approximately 11:00 before Celeste
19  Perla, Certified Shorthand Reporter and Notary
20  Public.
21
22  ---------------------------
        MONTCO REPORTING SERVICE
23       Court Reporting Services
           1000 Gypsy Hill Road
24     Lower Gwynedd, Pennsylvania 19002
            (215) 643-1228 (Ofc.)

---

**Page 2**

1  APPEARANCES:
2
3
4
5  LAW OFFICE OF THOMAS ANTHONY, JR.
6  BY:  THOMAS ANTHONY, JR., ESQUIRE
7      451 MAIN STREET
8      BETHLEHEM, PA 18018
9      610.691.7633
10     Representing the Plaintiff
11
12
13  MONTGOMERY, MCCRACKEN, WALKER & RHOADS
14  BY:  JANELLE FULTON, ESQUIRE
15     123 S. BROAD STREET
16     27TH FLOOR
17     PHILADELPHIA, PA 19109
18     Representing the Defendants
19
20
21
22
23
24

---

**Page 3**

           INDEX
1
2  WITNESS                PAGE
3  JASON ROMAN
4    Examination by Ms. Fulton      4
5    Examination by Mr. Anthony
6
7
8           EXHIBITS
9  NUMBER      DESCRIPTION      PAGE
10  Exhibit-1   Reading Police Department
11           Crime Investigation Report   100
12  Exhibit-2   Drawing              101
13
14
15
16
17
18
19
20
21
22
23
24

---

**Page 4**

1      It is hereby stipulated by and
2  between counsel that the sealing,
3  certification and filing are waived, and
4  that all objections, except as to the
5  form of the question, are reserved until
6  the time of trial.
7      ----------
8         JASON ROMAN,
9  having been first duly sworn, is examined
10  and testifies as follows:
11
12  BY MS. FULTON:
13  Q.  Mr. Roman, my name is Janelle Fulton, I
14  represent the City of Reading and the City of Reading
15  Police Department.
16  A.  Okay.
17  Q.  We are the defendants in this lawsuit.
18      I am going to give you some introductory
19  instructions.
20      But before we begin with anything, I know
21  you have some trouble with heights and expressing
22  concerns about coming up to our offices for your
23  deposition.  So I want to ask you if there is
24  anything that would cause you to have difficulty with

---

**Page 5**

1  your memory or answering any of the questions I ask
2  you today.
3  A.  Yes.  Well, there would be.  I mean, see, I have
4  anxiety attacks and that is what, I was afraid of
5  heights, you know.  I am not afraid of the
6  deposition, just the heights and it may impair my
7  memory, I don't know, that is why I asked you how
8  long it is going to take.  Right now I feel okay, but
9  ten minutes from now I might not feel okay.  I just
10  feel very dizzy, that is all I am saying.
11  Q.  You feel dizzy now as you are sitting here?
12  A.  Yes.
13  Q.  If you would like some water that might help
14  you?
15  A.  No.
16  Q.  Okay.
17      MR. ANTHONY:  At any point
18      during the deposition you need to either
19      take a break, let us know.
20  BY MS. FULTON:
21  Q.  If you want to take a break to get something to
22  drink, to rest, to collect your thoughts, to go to
23  the bathroom, let us know.  If you would like to
24  speak to your attorney, let us know.

---

**Page 6**

1      If at some point you think you're having
2  problems with your memory or focusing on the
3  questions or understanding my questions, let me know.
4  A.  Okay.
5  Q.  If I ask a question that you don't understand or
6  you don't hear, tell me and I will repeat it or try
7  to rephrase it for you.  If you don't tell me, I will
8  assume that you understand my question as well as the
9  answer that you give me.
10  A.  All right.
11  Q.  I need all of your answers to be verbal so the
12  Court Reporter here can take down what you are
13  saying.  She can't understand a shake of the head.
14  A.  I understand.
15  Q.  Or she can understand it but she can't take it
16  down.
17      Again, as a courtesy to the Court
18  Reporter, when I am asking a question if you can let
19  me finish asking a question before you give your
20  answer, makes it a lot easier for her and I will try
21  to do the same for you as well.
22  A.  Okay.
23  Q.  Would you like to read and sign your
24  transcript?  At the end you have an opportunity to

---

**Page 7**

1  review it, to make sure it's accurate, taken down
2  accurately or you can waive that right.
3      THE WITNESS:  What do you think?
4      MR. ANTHONY:  It is your
5      choice.  If you believe the stenographer
6      is going to be accurate.
7      THE WITNESS:  Read and sign it
8      then.
9  BY MS. FULTON:
10  Q.  Have you taken any medication this morning?

---

11  A.  Yes.
12  Q.  What have you taken?
13  A.  My blood pressure medication.
14  Q.  Any medication that would affect your ability to
15  testify here this morning or to understand any of the
16  questions?
17  A.  No.
18  Q.  Have you ever been deposed before?
19  A.  Yes.
20  Q.  When was that?
21  A.  Oh, about three, four months ago.
22  Q.  And were you a party to that litigation?
23  A.  Yes.
24  Q.  Is that a civil matter or criminal matter?

1   A.  Yes.
2   Q.  What is the nature of that matter?
3   A.  It's me versus Allentown Zoning Board.
4   Q.  And what is the nature of the lawsuit?
5   A.  Hours for my place of business.
6   Q.  Can you be more specific?
7   A.  That they maintain a policy which is indifferent
8   to my civil rights.  In other words, if you have a
9   liquor license you can stay open to two o'clock, if
10  you don't, you have to close at twelve.
11  Q.  And what is the nature of your business?
12  A.  It's an exotic dance club.
13  Q.  In Allentown?
14  A.  Yes.
15  Q.  And what is the name of the club?
16  A.  Right now it's called Sin City.
17  Q.  Sin, S-I-N?
18  A.  Uh-huh.
19  Q.  City?
20  A.  Yes.
21  Q.  Were you planning on changing the name?  You
22  said right now it's called Sin City.
23  A.  Right.  Possibly in the future.
24  Q.  Do you own Sin City?

1   A.  No.  No, I just recently -- see, I am part
2   owners in the building.
3   Q.  Where Sin City is located?
4   A.  Right, and in order for there to be standard
5   hours the owners of the building must make the
6   application to the Zoning Board.
7   Q.  You described it as your place of business.
8   A.  Uh-huh.
9   Q.  Is Sin City your place of business?
10  A.  Well, I am taking the business back.  The people
11  that had it, you know, couldn't keep -- they just let
12  it go.  Let the business go.  That is why I said the
13  name I may change.  Right now it's owned by Jennifer
14  Miller.
15  Q.  Jennifer Miller is Mr. Anthony's secretary?
16      MR. ANTHONY:  She is the one
17      that called this morning?
18      THE WITNESS:  I don't know.
19      She does a lot of calls for him.  But
20      also, before that it was owned by Mandy
21      Szulimowski.  I don't know her last name.
22  BY MS. FULTON:
23  Q.  Mandy?
24  A.  Or how to spell her last name.  Szulimowski.

1       THE WITNESS:  How do you spell it?
2       MR. ANTHONY:  S-Z-U-L-I-M --
3       now I am guessing, O-W-S-K-I, I guess.
4   BY MS. FULTON:
5   Q.  How long have you owned the building?
6   A.  Oh, approximately six years.
7   Q.  What is the address?
8   A.  2327 Hanover Avenue.
9   Q.  2327 Hanover?
10  A.  Yes.
11  Q.  In Allentown?
12  A.  Yes.
13  Q.  Other than the exotic dance club, is there
14  anything else located in that building?
15  A.  No.
16  Q.  So that occupies the whole building?
17  A.  No.  It's apartments upstairs but they are not
18  occupied.
19  Q.  Okay.
20      Do you rent those apartments out?

21  A.  No.
22  Q.  Are they used for anything, the apartments?
23  A.  Storage.
24  Q.  And during the six years that you've owned 2327

1   Hanover, has it always been operated as an exotic
2   dance club?
3   A.  Yes.
4   Q.  Was it an exotic dance club when you bought the
5   building?
6   A.  He did it but not -- that wasn't his main
7   thing.  He had a liquor license so he did exotic
8   dance business but it wasn't his main thing.  Do you
9   know what I mean?
10  Q.  No.
11  A.  He featured it every now and then.
12  Q.  But it was a bar?
13  A.  Correct.
14  Q.  And you do not have a liquor license?
15  A.  No.
16  Q.  When you purchased 2327 Hanover, did you
17  purchase the exotic club, exotic dance club as well?
18  A.  No.  It was a bar there.  I purchased the bar.
19  Q.  Did you purchase the bar?
20  A.  Yes, without the liquor license.
21  Q.  And then you sold the bar or the club?
22  A.  The business.
23  Q.  To Mandy Szulimowski?
24  A.  Yes.

1   Q.  Any owners between you and Mandy?
2   A.  Jennifer Miller.
3   Q.  Jennifer Miller was after Mandy?
4   A.  Before and after.
5   Q.  Before and after.
6   A.  It was her and her husband before.
7   Q.  Jennifer Miller and Jennifer Miller's husband
8   owned it before?
9   A.  Yes.
10  Q.  Any other owners other than Jennifer Miller and
11  her husband and Mandy?
12  A.  While I had it?
13  Q.  Yes.
14  A.  No.
15  Q.  What is Jennifer Miller's husband's name?
16  A.  Richard Miller.
17  Q.  Does Richard Miller own the club now with
18  Jennifer Miller?
19  A.  Yes.
20  Q.  And how long have they owned it, this most
21  recent time?
22  A.  He has the building.  The club is just owned by
23  Jennifer Miller.
24  Q.  And not Richard Miller?

1   A.  Right.  He is part property owner.
2   Q.  Just so I am clear.
3       You, Richard Miller and Jennifer Miller
4   are together the owners of the property?
5   A.  Yes, that is correct.
6   Q.  Any other owners?
7   A.  No.
8   Q.  Has it just been the three of you for the last
9   six years or have there been any other owners?
10  A.  No.  I mean, that was it that I can think of.
11      Of the business or the property?
12  Q.  Either.
13  A.  Well, Jessie Lowery, L-O-W-R-E-Y, owned the
14  business.
15  Q.  When did Jessie Lowrey own the business?
16  A.  I guess about five, six years ago.  Something
17  like that.
18  Q.  Before Richard and Jennifer Miller?
19  A.  Right.
20  Q.  Is Jessie a man or a woman?
21  A.  Woman.
22  Q.  How long did she own the business?
23  A.  Oh, approximately two years.
24  Q.  And when Jessie Lowrey operated the business for

1   those two years, what type of business was it?
2   A.  The same business.
3   Q.  Exotic dance club with no liquor license?
4   A.  That is correct.

5    Q.  And after two years Jessie Lowery sold it to
6    Richard Miller and Jennifer Miller, how long did they
7    own it?
8    A.  Oh, three years.  To the best of my recollection
9    it was about three years.
10   Q.  And they sold it to Mandy?
11   A.  Right.
12   Q.  And how long did she own it?
13   A.  Approximately a year.
14   Q.  And then sold it back to Jennifer?
15   A.  No.  She took it back.
16   Q.  Jennifer took it back?
17   A.  Right, because Mandy couldn't keep up the bills.
18   Q.  And what are the hours of operation of the club?
19   A.  Twelve to twelve.
20   Q.  Do you have any business interest in the club?
21   A.  No.
22   Q.  Do you work at the club?
23   A.  No.
24   Q.  And for the six years -- I am sorry if I asked

1    this before, has it been known as Sin City?
2    A.  No.  It was Red Zone before that.
3    Q.  Was that the first name?
4    A.  No.  The first name was Hollywood Nights and
5    then it was Good Fellows and then it was the Red
6    Zone.  Then before that it was Jeff's City Line Pub and
7    then before that it was Rosemary's.  Jeff's City Line
8    Pub was a gay bar and Rosemary's was like for
9    females.
10   Q.  When the club was Rosemary's and Jeff's City
11   Line Pub, did you own the property?
12   A.  No.
13   Q.  When it was Hollywood Nights did you own the
14   property?
15   A.  No.
16   Q.  When you owned the property was it called Good
17   Fellows?
18   A.  Yeah.
19   Q.  So that was the first name, when you owned the
20   property?
21   A.  Right.
22   Q.  And then it was changed to Red Zone?
23   A.  Yes, that is correct.
24   Q.  Was it changed to Red Zone when Jennifer and

1    Richard Miller bought it?
2    A.  No.  Oh, no.  They bought it -- it was Red Zone
3    when they bought it.
4    Q.  How many employees does the exotic dance club
5    have?
6    A.  I don't think it has any employees.  Everybody
7    is an independent contractor.  Again, I don't know
8    because I don't really run it.  You would have to ask
9    Jennifer Miller.
10   Q.  What is Jennifer Miller's address?
11   A.  2327 Hanover Avenue, that is her mailing
12   address.  What her actual address is, I don't know.
13   Q.  But she can be reached at Sin City?
14   A.  Yes.
15   Q.  Can you state your full name for the record?
16   A.  Jason Roman.
17   Q.  Do you have a middle name?
18   A.  Elliot.
19   Q.  Spell it, please?
20   A.  E-L-L-I-O-T.
21   Q.  Have you ever been known by any other names?
22   A.  Yes.
23   Q.  What are those other names?
24   A.  Jimi Rose.

1    Q.  Spell that?
2    A.  J-I-M-I R-O-S-E.
3    Q.  And when did you go by Jimi Rose?
4    A.  Oh, that is the name I was born with and then I
5    changed my name to Jason Roman.
6    Q.  What was your full name at birth?
7    A.  James Edward Rose.
8    Q.  James --
9    A.  Edward Rose, Jr.
10   Q.  And when did you change your name?
11   A.  Oh, gees, back when I lived in California in
12   '71.
13   Q.  And it was changed to Jason Elliot Roman?
14   A.  Yes.

15   Q.  In 1971?
16   A.  Yes.
17   Q.  In California?
18   A.  Yes.
19   Q.  Why did you change your name?
20   A.  I was in show business.
21   Q.  What kind of --
22   A.  Same reason John Wayne changed his name or the
23   rest and I was doing a little writing at the time,
24   you know, and I was involved with quite a few

1    Hollywood producers and actors and actresses so it
2    seemed to be the thing to do, when you have a pen
3    name and it becomes your name, So everybody knows
4    you.  I don't think anybody in California has their
5    own name, not in the show business.
6    Q.  What did you do in show business?
7    A.  Well, I was in casting.  I was in the casting.
8    I did a movie with Jim Brown, the Perfect Gentleman.
9    I did that with Lauren Bacall, I was in the casting
10   on that.  And Jim Brown, I think the movie we did
11   there was Three The Hard Way.  I should have stayed
12   there by the way.
13   Q.  What years did you live in California?
14   A.  Oh, God.  From '71 till 1980.
15   Q.  Where in California did you live?
16   A.  San Diego and Hollywood.
17   Q.  Where were you born?
18   A.  Phillipsburg, New Jersey.
19   Q.  Other than James Edward Rose, Jr., Jimi Rose and
20   Jason Elliot Roman, have you gone by any other names
21   or aliases?
22   A.  I use aliases but, you know, not really where I
23   signed.  I just made up names as -- I went by the
24   name of Rodney DeSantis and that is all I can

1    remember.
2    Q.  Rodney DeSantis, D-I-S --
3    A.  D-E --
4    Q.  S-A-N-T-I-S?
5    A.  Uh-huh.
6    Q.  And when did you go by the name Rodney DeSantis?
7    A.  Oh, God.  It was back in the sixties I think.
8    Sixties or early seventies.
9    Q.  But you didn't legally change your name?
10   A.  No.
11   Q.  Have you gone by any other names?
12   A.  Not that I can recall.
13   Q.  No other legal names other than James Edward
14   Rose, Jr., and Jason Elliot Roman?
15   A.  That is correct.
16   Q.  Any nicknames?
17   A.  No.
18   Q.  What is your Social Security number?
19   A.  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.
20   Q.  And what is your birth day?
21   A.  1/30/44.
22   Q.  What is your current address?
23   A.  911 Barnsdale, B-A-R-N-S-D-A-L-E, D as in David,
24   Road, Allentown, PA, 18103.

1    Q.  Who do you live there with?
2    A.  My son Jason, and my daughter Mystic, and my
3    daughter Giavanna.
4    Q.  How old is your son Jason?
5    A.  He is twenty-one.  Justice lived there, too, but
6    he went into the Service.
7    Q.  And your daughter Mystic, how old is she?
8    A.  Ten.
9    Q.  And what is your other daughter's name?
10   A.  Giavanna.
11   Q.  And how old is she?
12   A.  She is six.
13   Q.  And how old is Justin?
14   A.  He is eighteen.
15   Q.  And he is in the Military?
16   A.  Yes.
17   Q.  Other than Jason, Mystic, Giavanna and before he
18   left, Justin, anyone else live with you?
19   A.  No.
20   Q.  Do you rent or own 911 Barnsdale?
21   A.  Own.
22   Q.  When did you purchase that property?
23   A.  Approximately seven years ago, that I can
24   remember.

## Page 21

1　　　　THE WITNESS: Was it seven, six
2　years ago?
3　　　　MR. ANTHONY: Late seventies
4　sometime. Late nineties rather
5　sometime.
6　　　　THE WITNESS: I don't
7　remember.
8　BY MS. FULTON:
9　Q. Has that been your continuous residence? Have
10　you lived there continuously for the last seven
11　years?
12　A. Yes.
13　Q. You haven't lived anywhere else?
14　A. I lived at -- gees, where the heck was it.
15　South Albert Street but I don't know -- 1701 South
16　Albert Street prior to moving there.
17　Q. Is that in Allentown?
18　A. Yes.
19　Q. How long did you live there?
20　A. Oh, God. South Albert Street, at least two,
21　three years. Something like that. I don't remember.
22　Q. Do you remember who lived with you at South
23　Albert Street?
24　A. Mystic's mother, Kelly Abbott.

## Page 22

1　Q. Kelly --
2　A. Abbott, A-B-B-O-T-T.
3　Q. Are you currently married?
4　A. No.
5　Q. Have you ever been married?
6　A. Yes.
7　Q. And how many times have you been married?
8　A. Twice. Twice.
9　Q. When were you married?
10　A. I forget.
11　Q. When were you married the first time?
12　A. To Donna Ruth Jackson. I married her in
13　Phillipsburg, New Jersey, and got a divorce about
14　four or five years later.
15　Q. Do you remember what year you were married?
16　A. 1970 maybe, '71. Something like that.
17　Q. And your second wife?
18　A. Was Mary Jorevec, J-O-R-E-V-E-C.
19　Q. J-O-R --
20　A. J-O-R-E-V-E-C.
21　Q. What was the first name?
22　A. Mary.
23　Q. And when did you marry Mary?
24　A. Oh, God. 1981 I think.

## Page 23

1　Q. And when did that marriage end?
2　A. '93.
3　Q. And how did it end?
4　A. Divorce.
5　Q. You already mentioned you have some children.
6　　　　How many children do you have?
7　A. Oh, God. Probably about fourteen.
8　Q. Do you support all fourteen children?
9　A. No. Most of them are grown.
10　Q. What are the ages of your children?
11　A. Oh, God. Jimmy I think is about thirty-five;
12　Mike is thirty-two; Chris is about thirty-one; Jamie,
13　I guess he is about thirty-one, thirty-two as well;
14　and I have a daughter Jessica, she is sixteen; my son
15　Jason is twenty-one; Justin is eighteen; I have a
16　daughter Conciata.
17　Q. How do you spell that?
18　A. C-O-N-C-I-A-T-A.
19　Q. How old is she?
20　A. Conciata is three; and I have another daughter
21　Armani, she is also three; and then that is
22　Giavanna's sister. Giavanna is six; Mystic, she is
23　ten. I can't think of the rest. I don't know.
24　　　　How many is there?

## Page 24

1　Q. Eleven.
2　A. I said Jamie, right?
3　Q. Right.
4　A. That is all that I can remember and I think that
5　is it, isn't it?
6　　　　MR. ANTHONY: Julie.
7　　　　THE WITNESS: Oh, Arianna.
8　Jesus. See, I don't see her and all.
9　It's hard to remember. Arianna, but the

10　mother, she moved to Florida and I have
11　no idea where their whereabouts is at.
12　Would I like to see her? Yes.
13　BY MS. FULTON:
14　Q. Does Armani live with you?
15　A. No. No.
16　Q. Where does she live?
17　A. With her mother in Sayre, Pennsylvania.
18　Q. Giavanna lives with you?
19　A. Yes.
20　Q. Conciata?
21　A. No. She lives with her mother in Newark.
22　Q. And Jessica?
23　A. She lives with her mother outside of Reading.
24　Q. What town?

## Page 25

1　A. Warmsdorf. Warmsdorf.
2　Q. You said you were born in Phillipsburg?
3　A. Yes.
4　Q. Did you grow up in Phillipsburg?
5　A. No.
6　Q. Where did you grow up?
7　A. Easton.
8　Q. What is your highest level of education?
9　A. Ninth grade.
10　Q. What school?
11　A. Easton Area High School.
12　Q. Any trade schooling?
13　A. No.
14　Q. Any other high school?
15　A. No.
16　Q. Anything after high school?
17　A. No.
18　Q. Are you currently employed?
19　A. Right now, no. I just discovered that my back
20　was broken in two places. I guess the vertebras or
21　something like that was snapped and I have been
22　having a lot of difficulty over the years with it.
23　So right now currently no, I am not employed.
24　Q. How did you break your back?

## Page 26

1　A. I fell.
2　Q. When did you fall?
3　A. While I was in San Diego. The only time that I
4　knew I had a bad fall.
5　Q. What was your last job?
6　A. Good Fellows.
7　Q. When did you work there?
8　A. Well, that was '94, something like that and then
9　-- '94 something like that.
10　Q. Until when?
11　A. Oh, well, see, what happened, I got sick and
12　went to the hospital. That is how I came -- I just
13　walked away from the business basically, that is what
14　I did. I got sick, went to the hospital. The doctor
15　told me I shouldn't go back into the bar because the
16　bass, the reggae business started coming out and the
17　bass starting messing with the rhythm of my heart.
18　　　　The last time I was really, really in the
19　bar was '94, '95.
20　Q. And that is the last time you were employed?
21　A. Yes.
22　Q. And what did you do at Good Fellows?
23　A. Well, basically I was just in charge of the
24　dancers. Entertainment manager, maybe you say that.

## Page 27

1　Q. But on an average day what did you do?
2　A. Made sure the girls got to work. Made sure they
3　were up on stage on time.
4　Q. How did you make sure they got to work?
5　A. Drove them.
6　Q. Went to their house and picked them up?
7　A. If they didn't have a car I would drive them,
8　you know, or I would have to sometime if they didn't
9　show up on the schedule drive to their house and find
10　out -- get them out of bed.
11　Q. Where did you work before Good Fellows?
12　A. J.P. Mascaro's.
13　Q. What did you do there?
14　A. Oh, I was just like a janitor.
15　Q. When did you work there?
16　A. Oh, '91.
17　Q. To '94?
18　A. No. '91 to '92.
19　Q. What is J.P. Mascaro's?

20 A. It is a trash hauling company.
21 Q. Did you work anywhere between J.P. Mascaro's and
22 Good Fellows?
23 A. No.
24 Q. And where did you work before J.P. Mascaro's?

**Page 28**

1 A. I didn't.
2 Q. What was the last job you had before J.P.
3 Mascaro's?
4 A. That was way back in the sixties though. That
5 would be at Reese Cadillac/Pontiac. And how long I
6 worked there, was a couple of months, that was it.
7 Other than that --
8 Q. You said you were in casting in California.
9 A. Yes.
10 Q. Did you work for a company?
11 A. No. I was an independent contractor.
12 Q. Just so you know, when I am asking you about
13 your employment I am also including not just jobs
14 where you worked for somebody else but where you
15 worked as an independent contractor.
16 A. Yes. I understand.
17 Q. Did you other than when you worked in casting in
18 California, did you have any jobs between that and
19 J.P. Mascaro's either as an independent contractor or
20 --
21 A. No.
22 Q. Have you ever been on disability?
23 A. Yes. I was on SSI.
24 Q. When did you first go on SSI?

**Page 29**

1 A. Oh, heck. That was back in -- the first time I
2 was on it was in the eighties. 1980s.
3 Q. And why did you go on SSI in the eighties?
4 A. I had a heart condition and also a nervous
5 disorder.
6 Q. What is the heart condition?
7 A. Enlarged heart and a blockage.
8 Q. And what is the nervous disorder?
9 A. Anxiety attacks.
10 Q. Since 1980s sometime?
11 A. Yes.
12 Q. Have you received treatment for your anxiety
13 attacks?
14 A. Yes.
15 Q. What treatment have you received?
16 A. They have me on a bunch of medication,
17 counseling. I had Xanax. Oh, there was so many.
18 THE WITNESS: What is that
19 medicine they gave me? Starts with a
20 P.?
21 MR. ANTHONY: Paxil.
22 THE WITNESS: Paxil.
23 MR. ANTHONY: Prozac?
24 THE WITNESS: Not Prozac.

**Page 30**

1 There was another.
2 MR. ANTHONY: Cyprex (ph).
3 THE WITNESS: Cyprex. And they
4 have me on a lot of medications. I just
5 can't remember them all.
6 BY MS. FULTON:
7 Q. Are you currently on any anxiety medications?
8 A. Xanax. And, see, they want to give me other
9 medication but because of my heart condition and
10 blood pressure they don't want to mix the two.
11 MS. FULTON: We are going to
12 take a short break.
13 (Whereupon, a discussion was held
14 off the record.)
15 (Proceedings were reconvened with
16 all counsel and the witness being
17 present.)
18 BY MS. FULTON:
19 Q. Other than Xanax, are you currently on any other
20 anxiety medications?
21 A. No. Just counseling. I see Doctor Daley. I
22 don't remember his first name. I think it is Robert
23 Daley.
24 MR. ANTHONY: I don't know.

**Page 31**

1 BY MS. FULTON:
2 Q. Robert Daley?
3 A. Or David. I am sorry. David Daley. He is a

4 psychiatrist.
5 Q. And how do you spell his last name?
6 A. D-A-L-E-Y.
7 Q. And where is his office?
8 A. Tilghman Street. I don't know the address.
9 Q. In Allentown?
10 A. Foegelsville.
11 MR. ANTHONY: Just outside of
12 Allentown.
13 BY MS. FULTON:
14 Q. How long have you been treating with Doctor
15 Daley?
16 A. Almost a year.
17 Q. And he prescribed the Xanax for you?
18 A. Yes.
19 Before that it was Doctor Dedannia, I
20 don't know how to spell his name. Doctor Dedannia.
21 He helped me with -- with a lot of my problems,
22 Doctor Dedannia.
23 Q. Dedannia?
24 A. Uh-huh.

**Page 32**

1 Q. And where is Doctor Dedannia's office?
2 A. He is in Bethlehem, Pennsylvania.
3 Q. Bethlehem.
4 A. Yeah. He works for the Lehigh County Mental
5 Health Department. He is the head doctor for them as
6 a matter of fact.
7 Q. And you said he helped you with a lot of your
8 problems.
9 What specifically are your problems?
10 A. The anxieties. The anxiety attacks.
11 Q. You mentioned obviously this morning that you
12 have a fear of heights.
13 A. Yes.
14 Q. What other types of situations trigger anxiety
15 attacks for you?
16 A. Being boxed in.
17 Q. So you are claustrophobic?
18 A. Right.
19 Q. Anything else?
20 A. Loud noises.
21 Q. Anything else?
22 A. If somebody argues with me a lot.
23 Q. Anything else?
24 A. Not that I can think of. You really want to

**Page 33**

1 make me a basket case.
2 Q. I just want to make sure.
3 A. You are covering all bases. I understand.
4 Q. That is right.
5 How long did you treat with Doctor
6 Dedannia?
7 A. Oh, God. A couple of years.
8 Q. Do you remember when you first started seeing
9 him?
10 A. No. Back in 1991.
11 Q. 1991?
12 A. Uh-huh. I say from '90 -- I think it was 1990
13 really. Don't quote me on the dates but I think it
14 was for two years but whatever --
15 Q. Two years?
16 A. Yeah, or a year. Year and a half to two years.
17 Q. Okay.
18 From the time you treated with Doctor
19 Dedannia in '92 to when you started treating with
20 Doctor Daley a year ago, did you see any --
21 A. Yeah. Doctor Geronimo.
22 Q. How do you spell his name?
23 THE WITNESS: You spell
24 Geronimo.

**Page 34**

1 BY MS. FULTON:
2 Q. Like the Indian?
3 A. He was my doctor from 1991 until up until about
4 two -- two, three years ago.
5 Q. Is he a psychiatrist?
6 A. No. He is a regular doctor. A medical doctor.
7 Q. Your family doctor?
8 A. Yes.
9 Q. So until about 2000 maybe you treated with him?
10 A. Yeah.
11 Q. Where is his office, Doctor Geronimo?
12 A. William Penn Highway. He is retired now, that
13 is why. And my current doctor is Doctor Shingles.

14  David Shingles.
15  Q.  Shingles?
16  A.  Uh-huh.  And my heart doctor is Doctor Bruce
17  Feldman.  And my blood pressure doctor is Doctor
18  Kopyt.
19      THE WITNESS:  How do you spell
20  Kopyt?  K-O-Y-P-T.
21      MR. ANTHONY:  -- P-Y-T,
22  something like that.
23  BY MS. FULTON:
24  Q.  Where is Doctor Shingles' office?

1  A.  Allentown.  All of them is Allentown.
2  Q.  Doctor Kopyt?
3  A.  Allentown.
4  Q.  And Doctor Feldman is also in Allentown?
5  A.  Allentown.
6  Q.  Did Doctor Geronimo treat you for your anxiety?
7  A.  Oh, yes.
8  Q.  So he prescribed Xanax or other anxiety
9  medication?
10  A.  Yes.
11  Q.  Does Doctor Shingles prescribe any anxiety
12  medication or does he treat your anxiety in any way?
13  A.  With the Xanax too.  I can either go to Shingles
14  or Daley for the same thing and basically, believe it
15  or not, I really have been taught to do meditation to
16  help control it.
17  Q.  Who taught you how to do that?
18  A.  Doctor Dedannia told me to read or just go
19  somewhere in a quiet room.  He called it mood music.
20      One time there back in the eighties I was
21  really bad and it really started all happening after
22  my motorcycle accident.  I was in a bad motorcycle
23  accident and that is when it all started.
24  Q.  The anxiety started?

1  A.  Yes.
2  Q.  Did you have any other injuries other than the
3  anxiety as a result of the motorcycle accident?
4  A.  I had head injuries.  Concussion, bad.  Bad
5  concussion.  Yeah.  That was about it.
6  Q.  Were you hospitalized?
7  A.  Twice.
8  Q.  As a result of the motorcycle accident?
9  A.  That was back in the eighties.
10  Q.  Do you take the Xanax that you are currently
11  prescribed on a daily basis?
12  A.  Yes.
13  Q.  But you didn't take it this morning?
14  A.  No, because I knew I was coming here.
15  Q.  So you said the first time you were on SSI was
16  in the 1980s?
17  A.  Yes.
18  Q.  And then did there come a time when your Social
19  Security benefits stopped?
20  A.  Yeah.  Well, I went to jail.
21  Q.  Okay.
22  A.  I know you want to get to that level so let's
23  get to it.
24  Q.  When were you first arrested?

1  A.  You are pretty smooth.  I like you.  I really do
2  like you.
3      First time ever in my life?
4  Q.  First time ever.
5  A.  Oh, God.  Oh, gees.  That is a good one.  That
6  goes back to in Lehigh County.  Oh, God.  '68.
7  Yeah.  '68.
8  Q.  And what were you arrested for?
9  A.  Burglary.
10  Q.  Were you convicted?
11  A.  I pled guilty.
12  Q.  Did you go to jail?
13  A.  Two months.
14  Q.  In Lehigh County Prison?
15  A.  Yes.
16  Q.  And I am assuming you were arrested again.
17      When were you arrested again?
18  A.  You are so smooth.
19      Oh, God.  It was in 1969 I believe.  Yes.
20  And I was arrested for robbery, pandering.  A whole
21  bunch.
22      THE WITNESS:  You know, by the
23  way, we have to do something about that.

24  Pandering.  More or less charges.  And

1  then after that I went to California.
2  BY MS. FULTON:
3  Q.  I will stop you there for a second.
4      Did you plead guilty or did you go to
5  trial?
6  A.  No.  Pled guilty.
7  Q.  What were the circumstances?  What did you do
8  that you were arrested for?
9  A.  There?
10  Q.  I understand what your charges were but what did
11  you actually do that resulted in your arrest?
12  A.  Well, somebody else minded somebody, a business
13  owner and they said that I master minded the robbery.
14  First they said I was there.  I wasn't there, but
15  that is the day -- that is what they did.
16      So at the time, I don't know if you Gus
17  Milides, he was the premier attorney in North Hampton
18  County.  Did a lot of cases here in Philadelphia
19  too.  He was my attorney and Gus at that time said to
20  me, well, plead guilty.  I would have never pled
21  guilty.  He told me to plead guilty and,
22  unfortunately, I listened to him and ended up
23  pleading guilty I swear to God to things that I did
24  not do.

1  Q.  How do you spell his last name?
2  A.  M-I-L-E-D-I-S.  And I guess, you know, you can
3  quote me on this too.  I became very bitter ever
4  since that time and that was the first time that, you
5  know, because here was I guess -- here was Justin
6  Gerlanio (ph), he was another attorney but Gus
7  Milides was in Easton and Gerlanio was in Bethlehem
8  and Gus who I thought was my friend, he was a lawyer,
9  but I considered him my friend.  He told me to go
10  plead guilty to all those charges.  I said okay and I
11  pled guilty and that's when I got into start writing
12  law right there.  That is what started it because I
13  really had the -- I really could only like read like
14  a fourth grade person, like a third grade person.  My
15  handwriting was atrocious, my spelling is still bad
16  but it was really bad then.
17      And so as a result of him telling me to
18  plead guilty to all those charges I began to read law
19  books and I read, and I read, and I read, and I read
20  and a lot of it I didn't understand.  A lot to this
21  day I don't understand, but I think was the basis
22  for me to read, you know, philosophy.  Different
23  philosophers.
24      And then after that I am sure when you get

1  to the criminal aspect of my records.
2  Q.  Before we do that, where were you arrested in
3  1969?  What town or what department?
4  A.  Easton.  Easton -- Easton Police I guess it was.
5  Q.  Okay.
6      And after that arrest in 1969, you pled
7  guilty?
8  A.  I went to prison.
9  Q.  For how long?
10  A.  Two to four years.
11  Q.  How long did you serve?
12  A.  Served three.
13  Q.  North Hampton County Prison?
14  A.  Yeah.
15  Q.  You never went upstate or anything?
16  A.  Yeah, I did.  They sent me up there.  Oh, God, I
17  was up there for about a year.
18  Q.  Where?  Which one?
19  A.  Dallas and Huntington.
20  Q.  After the 1969 arrest, when were you next
21  arrested?
22  A.  Oh, God.  California.
23  Q.  What year was that?
24  A.  Oh, God.  '73, '74.

1  Q.  What town or what police department?
2  A.  San Diego.
3  Q.  What were you arrested for?
4  A.  Murder.
5  Q.  Did you plead guilty or did you go to trial?
6  A.  Oh, trial.
7  Q.  Were you convicted?

8   A.   Yes.  Of second degree murder.
9   Q.   How long did you serve?
10  A.   Oh, about five years.  Five and a half years.
11  Q.   Were you sentenced from five to ten?
12  A.   No.
13          Out there in California it was -- at that
14  time the sentencing structure was a life sentence.
15  It was one year to life and you can get out at any
16  time in between that time.  Now, they changed it
17  now.
18          I am going to tell you a true story what
19  happened with this.  You know the guy that prosecuted
20  me came to prison to see me and apologized and shook
21  my hand.  I swear before God.  I swear to God.  You
22  know, and I want to get back out to San Diego and
23  just ask him why he did that.  I mean, cause when I
24  was in the prison I was in there with Roman Polanski

### Page 42

1   too, served time with him.  And I got -- I didn't
2   know anybody really to come and visit me because I
3   didn't want anybody to know I was in prison.
4          So when I was in prison they said I had a
5   visitor and when I went out there it was the man who
6   prosecuted me.  I swear to God.  He was sitting at a
7   table.  And I said, well, why did you come to see
8   me.  He said because I believe in your innocence, he
9   said but I had a job to do.  To this day no one ever
10  said I killed anybody.  Nobody ever testified to
11  that.  This is purely circumstantial evidence in the
12  case and because it was my ex-girlfriend, you know,
13  you are in California, people associate people
14  and I can't control who all, you know, I associate --
15  Q.   You are saying your ex-girlfriend was the victim
16  or the murderer?
17  A.   No.  The victim.  And even when they picked me
18  up, when the San Diego Police picked me up, they said
19  to me we don't believe that you did it but we believe
20  that you know who did it.  Oh, yeah.  They said
21  that.  I said, well, I can't tell you.  Robert
22  Madugra, you write his name down.  Robert Madugra was
23  my attorney at that point.  His dad was the owner of
24  the Chicken of the Sea Tuna.  Bobby Madugra came to

### Page 43

1   me and said, Jason, you have six months in the county
2   jail.  If you plead guilty to unlawfully disposing of
3   a body we will give you six more months and you can
4   go wherever you want to go.  I said to him, I said,
5   Bobby, because he became my friend, I said if you
6   offer me six days I can't take it because I killed
7   nobody.  He says, I know that, you know that, they
8   know that and that is why they are giving you this
9   chance to walk out.  I said, Bobby, I am sorry.  I
10  can't do it.  I was to see him five years later and
11  when I saw him he said do you mind if I withdraw from
12  your case.  I said no, go ahead.  When I seen him
13  five years later before Judge Gilian I broke down and
14  cried like a baby.  He said I told you to take the
15  six months.  But, you know, back in that time, you
16  know, I was a radical person.  This power to the
17  people, all that BS.
18          But then in between that time Norbert
19  Ehrenfurnd who is from Philadelphia here was my
20  attorney.  He was the chief Public Defender after
21  Bobby Madugra got off the case.  Norbert Ehrenfurnd
22  went on to become Judge of San Diego County and to
23  this day he is my personal friend.  His partner also,
24  Napoleon Jones who is to this day a Federal Judge in

### Page 44

1   San Diego became my personal friend representing me
2   who also -- when Judge William T. Lowe sentenced me,
3   I never seen nothing like this in my life, both
4   attorneys crying in the courtroom and they took me
5   off.  They stood by me and to this day and I can go
6   out there and I can go to San Diego.  I should have
7   went right back there but I am telling you the God's
8   honest truth and I really, really, really should
9   write a book about it.  I really should while
10  everybody is still alive.
11          Robert O. Stanaforth, I became good
12  friends with Bob Shapiro because he was working under
13  Harry Weese.  Over in Hollywood they were known as
14  the Hollywood gangsters.  I didn't know Johnny
15  Cochran but I did get to meet Alvin Michaelson.
16  Alvin Michaelson was also one of the lawyers in the
17  background to OJ because he put out that two hundred
18  and fifty thousand dollar reward for the killer.

19  Nobody took the money and OJ was sitting right
20  there.  That is so funny.
21          But I was in California, what, two years
22  ago and I called Alvin Michaelson and after not
23  seeing him, and he is a Jewish lawyer, and I called
24  him and I said Alvin, how you doing.  He said, gees,

### Page 45

1   stay here.  Don't go back to Pennsylvania.  But
2   beautiful man and when I see him now he is all like
3   humped over, but I remember back in the day I seen
4   this young wavy hair, just out of the U.S. Attorney
5   General's office.  He said to me, I am going to be
6   your friend and took my hand.  I was just a hippy and
7   to this day he knows who I am.
8          But, yeah, I have been in prison for those
9   things and I became very bitter because the things
10  that I did do I didn't go to jail for and I always
11  went to jail, and that is the God's honest truth, for
12  what other people said I did, not for what they
13  caught me to do.  And to this day Gus Milides, and he
14  knows Gus Milides.  I can go to Gus Milides' office,
15  he apologized to me for telling me to plead guilty.
16  I guess, you know, I didn't have any money and he was
17  just taking the case pro bono.  He felt, go in there
18  and plead guilty and go and get it done there.
19          The Judge who sentenced me, Judge Albert
20  T. Williams who became the President Judge he became
21  my friend.  He gave me you as an attorney.  And
22  before he died, I said, Judge, what is going on.  He
23  says, because Tom is quiet.  I says, what is going on
24  Judge.  He is totally the opposite of my

### Page 46

1   personality.  And he was up in the -- what is that
2   big hardware store?  What is it called, Home Depot.
3   He is in the parking lot and he laughs like Gregory
4   Peck.  He goes ha, ha, ha.  Jimmy, I figured you
5   would make it to a real attorney I said okay Judge.
6   But he and his wife, I really honestly and I started
7   pretrial services by the way you can put that down, I
8   start that had me and Carol Thompson.  That is for
9   indigent people who wanted ten percent bail we start
10  that had program right there in Bethlehem.  It was
11  called Lehigh Valley pretrial services and then that
12  is when I got out I took off and went -- do you know
13  Agnes Coleman and Coleman Camping Equipment.
14  Q.   I know Coleman Camping Equipment?
15  A.   She is air to that because her husband John
16  passed away and they were very, very good to me and I
17  guess the greatest mistake that I think I made in my
18  life was they paid for me to go to Colegate
19  University and I turned it down.  I don't think I
20  would be here today.  She was -- and at the time,
21  Governor Milton Schapp kind of took me under his wing
22  and Robert Klein was his Attorney General.  That is
23  when I was in prison.  I still write the Governor
24  letters, I swear to God, and I was just so happy to

### Page 47

1   be able to write because I couldn't write.  I would
2   write him letters and just tell him what it was
3   like.
4          Is he still alive, Governor Schapp?
5   Q.   I don't know.
6   A.   But he became my friend.  He literally became my
7   friend, honest to God.  And he was instrumental, him,
8   Judge Grifo.  Judge Grifo was the Judge who said you
9   go back to prison and by the time you get there your
10  papers will be waiting for you, in North Hampton
11  County.  Judge Grifo, he was the senior Judge and he
12  was forced to retire either, what, a month ago?
13          I used to as a kid take beer bottles and
14  soda bottles down to his mom and dad's bar and I
15  would sit there while he was in college and they
16  would be telling me.  Oh, Jamie, he is the kid that
17  cost me so much money.  Who is he because I never met
18  him.  They would always tell me about it.  They treat
19  bottles down there, the Valentine beer bottles.
20          But any questions you want to ask me about
21  my criminal past, go ahead.  I am more than willing
22  to talk.
23  Q.   I want to follow-up on one thing.
24          You said you started to feel bitter when

### Page 48

1   you went to jail in California.
2   A.   Oh, no.  Well, you know, what?  Listen.  What
3   happened, Governor Jerry Brown, when I was at San

4    Quinton Prison, I said to him, give me truth serum,
5    give me a lie detector's test, give me hypnosis, I
6    killed nobody. If I fail any of these tests I will
7    serve the rest of my life here in this prison.
8        He sent an agent down to see me and he
9    came in and said I am here from Governor Brown's
10   office and Governor Brown wanted me to talk to you.
11   I says, I want to take truth serum test, polygraph
12   test, hypnosis. Give me all three. I am an innocent
13   man sitting here.
14       At the time I was working for a certain --
15   I was just like running for the Campisi brothers named
16   in San Diego and they have a place there called Ranch
17   Alacasta and there was a lot of people, important
18   people from all over sitting down there and they
19   thought that I knew something. I didn't know nothing
20   about nothing and basically they are interested in
21   that and not the crime itself.
22       And so I really, that isn't when I first
23   became bitter, I became bitter with Gus Midides told
24   me to plead guilty. He told me to plead guilty.

### Page 49

1    Assignation, I never knew what assignation meant
2    until probably ten, fifteen years ago. Did I ask
3    you? I asked someone. I said, what is that. I
4    never knew but he was having me plead guilty to
5    prosecution and assignation. I didn't know that
6    stuff. I was very bitter toward it because I liked
7    -- I liked Gus, but for the most part, I think that
8    when I got out of prison I kind of just mellowed
9    out. Even when I was a biker I just was like
10   mellowed out.
11   Q.  So the only person you felt bitter against was
12   Gus Midides?
13   A.  And the system. And the system didn't work
14   because the system only worked for people who had
15   money and I quickly learned that if you had money for
16   high powered lawyers the system served you, but if
17   you had a public defender he went through the ritual
18   as a matter of formality but not as a matter of
19   concern or for professional responsibility of people
20   and I thought it was, oh, so sad. And I thought to
21   myself, how many other people. I remember when the
22   detective came in and he said, we have a bunch of
23   burglaries, Ginny Rose, and how wow like to plead
24   guilty to a couple of these here. We will make sure

### Page 50

1    you get time served. I looked at him. Being as
2    stupid as I am, I knew I wasn't going to do that,
3    plead guilty, and they talked to me just like it was
4    something out of a nut house. Well, we got
5    burglaries here, we got burglaries over there. Well,
6    would you testify and say that you were with this guy
7    right here when he did these burglaries. And all
8    that sat inside of me and I knew that -- I knew in my
9    heart if I would have a lot of money I would have
10   never, ever been in that position because I saw
11   people, I saw people come to prison on murder charges
12   with high powered attorneys and would be out in a
13   couple of years. I have seen it all and that is what
14   made me become bitter.
15       Even Louis Ludwig, L-U-D-W-I-G, he, God
16   rest his soul, I am trying to say, when I was there I
17   tried to rob him, he told the God's honest truth, was
18   a German man. And when I worked down at Reese
19   Cadillac/Pontiac, I used to pick him up and he owned
20   a Manhattan bar and I would take his car over to
21   him.
22       In Court he told the magistrate or at that
23   time was Alderman, he said I know Jimmy. He was not
24   the one to rob me. He knew me and they tried to

### Page 51

1    force him to say that I robbed him and I never robbed
2    him. And he is another one, when I got out I went to
3    his bar and I said, Louis, I want to thank you for
4    telling the truth on me. He said, Jimmy, any time.
5    Any time you want to come to this bar. You drunk.
6    And he told the truth. And he said -- because when I
7    used to pick him up in his car he gave me a
8    fifty-dollar bill. Back in the sixties, that is a
9    lot of money fifty dollars and I just had no need to
10   rob him.
11       But I was somebody else that robbed him
12   and I was affiliated with the mother of his oldest son
13   Jimmy. She is the one. She was involved with a pimp
14   up in Easton and I was just a pool hustler there.

15   That was the most I was. I was a pool hustler there
16   and Felton Gilbert was the name of the man. And what
17   she did was, she went to Court, she twisted
18   everything that put him in the background and me in
19   the front. And because of that third or fourth grade
20   education that I had it was too perplex for me in
21   that courtroom. I didn't understand nothing.
22   Nothing, nothing. Nothing.
23       Here was my attorney telling me, Donald
24   Collier who is recently retired District Attorney had

### Page 52

1    became my attorney. Gus Milides came to Court and
2    said to Judge Williams that he violated my rights.
3    He testified under oath. He says, yes, and Donald
4    Collier who just now retired, the District Attorney
5    three, four years ago was my attorney. He said did
6    you do this. Did you tell Jimmy to plead guilty to
7    these charges that he was not guilty. Did you know
8    he was not guilty. He said yes, yes, yes, yes and he
9    still made me serve the time.
10       So Judge Grifo then called me down. He
11   said, Jimmy, what we are going to do here is we are
12   going to let you go. Just like in San Diego. Judge
13   Gillian was the Judge. Called me right down to the
14   thing and he says, you sign these papers that you are
15   not going to sue San Diego and you are released and
16   that is how I got out.
17       Lou Wentzel was one, he was a Federal
18   Judge also. He was one of my attorneys too. Judge
19   Judith Keith was one of my lawyers, they made her a
20   Judge. Just about everybody that was around me they
21   made a Judge. That is true. So if you ever
22   represent me you just might become Judge.
23       Even Phil Lauer know. You know Phil Lauer
24   up in Easton?

### Page 53

1    Q.  No.
2    A.  You have to know Phil because he filed some
3    Civil Rights suits and if anybody has any brains there
4    will hire your law firm up there.
5    Q.  I haven't come across him. Maybe the firm has
6    but I haven't.
7    A.  Phil, they tried to make him a Judge. They
8    tried to make him a Judge. Hampton County is
9    democrat, you know.
10       Any other question to ask me about my
11   criminal past? I had some conflicts with the law,
12   yes, I did.
13   Q.  Okay.
14       The five years that you served in
15   California, was it all at San Quinton?
16   A.  No. San Quinton, I went to Folsom and the
17   warden kicked me out over there. I don't want this
18   man in my prison, he writes too much.
19       And at that time, I'll tell you, I met
20   Charlie Manson. Here that? I met Charlie Manson, he
21   was really a weird guy. And who was it, Dustin
22   Hoffman, when he made Dog Day Afternoon. They didn't
23   take him to meet Charlie Manson, they took him to
24   meet me. I will never forget that. We want to

### Page 54

1    introduce you to Jason Roman, he is our famous
2    jailhouse lawyer. They said he writes all the time.
3        So you know what they used to do to me out
4    there? They would give you out there in Folsom they
5    serve the best food in the prison systems. They
6    would bring the big food cart out, I don't know if
7    you know the placidil, looks like a football. It's a
8    green pill. They said say to me, here, we have your
9    medication. I said, hey, I never asked for
10   medication. He said, well, we got your medication
11   here. Would you like to take it before dinner. A
12   little green football gel pill. And so they would
13   take the cart and take it down the street and come
14   back, so I think that they would pop the pill and
15   squeeze it on the salisbury steak. After I hate I
16   would go to sleep and wouldn't wake up the next day
17   and this was happening for about a month.
18       So I filed a petition in Sacramento
19   Federal Court, so the Judge issued an order to take
20   me before the Court to do a blood test. This was, I
21   will never forget the date, on December 7th the order
22   came out. On December 8th I was sitting in San
23   Quinton Prison. They got me out of the prison. I
24   swear to God, but I was going to sleep. But when

**Page 55**

1  they made that movie Dog Day Afternoon, Dustin
2  Hoffman, I met him, he came right to the cell there.
3        And Doctor Coupe under Ronald Reagan, the
4  Attorney Surgeon.  Well, his brother was my teacher.
5  Yeah, and he would go.  There was like twenty-five
6  cells there and it was called A-Block.  Well, he
7  would go talk to everybody for two minutes and then
8  run down to myself and we would go into the
9  universe.  I would talk about the black holes.  He
10  was my friend.  He was truly my friend and he would
11  tell me that his brother was going to become
12  something very powerful, this is very regular, and
13  became elected.  He said he was going to be very high
14  in the government and he did.  Unless it's a Surgeon
15  General.  Doctor Coupe.
16        Would you like to ask me something about
17  what happened that night up in Reading.
18  Q.  I think we will get to that eventually.
19        After the 1973 or '74 arrest in
20  California, were you arrested again?
21  A.  Oh, God.  Yeah.  Theft by deception.
22  Q.  And when was that?
23  A.  Lehigh County.
24  Q.  And when was that?

**Page 56**

1  A.  That was 1984.
2  Q.  Theft by deception?
3  A.  Yes.
4  Q.  What town or what department?
5  A.  And I had a gun charge also.
6  Q.  Was that the same time or before?
7  A.  Before.
8  Q.  When was the gun charge?
9  A.  Oh, God.  1981 or '82.
10  Q.  Where was that?
11  A.  That was in Easton, Pennsylvania.  I pled guilty
12  to terroristic threats and they threw the gun charge
13  out.
14  Q.  Did you serve any time?
15  A.  Yeah.  Combined between the theft by deception
16  and combined with the two.  Theft by deception and
17  the terroristic threats was two years.  I served two
18  years.
19  Q.  Where were you arrested for the theft by
20  deception?
21  A.  Lehigh County.
22  Q.  What town, what department or town?
23  A.  Allentown.
24        THE WITNESS:  We have to put

**Page 57**

1  that letter before Superior Court.
2  BY MS. FULTON:
3  Q.  Where did you serve your two years?
4  A.  Between North Hampton County and Lehigh County
5  Prisons.
6  Q.  Were you arrested after 1984?
7  A.  '84?  No.  That was it.
8  Q.  You say your last arrest was in 1984?
9  A.  Yes.  That is when the charges came out, '84.
10  No, '85.  I am sorry.  '85, and I haven't been in
11  trouble since then.  No.
12  Q.  Were your SSI benefits suspended while you were
13  incarcerated?
14  A.  Yeah.
15  Q.  When were your benefits reinstated?
16  A.  When I got back out.
17  Q.  So in '85 or '86 or '87?
18  A.  In 1990 I think it was.
19  Q.  1990?
20  A.  Uh-huh.
21  Q.  Is that when you were released from prison?
22  A.  Yeah.
23  Q.  So did you serve five years?  You said you were
24  arrested or the charges came out in '85 in Allentown?

**Page 58**

1  A.  '85, no, but I was on the run from the law.  So
2  I got picked up in '87, latter part of '87.  The end
3  of '87.
4  Q.  So you were a fugitive from '85 to '87?
5  A.  Yes.
6  Q.  Your benefits, Social Security benefits were
7  reinstated in 1990?
8  A.  Yes.
9  Q.  And have you been receiving SSI benefits

**Page 58** (cont.)

10  continuously since 1990?
11  A.  No.  I got off of that.  When I started dealing
12  with the bar I got off of it.
13  Q.  Do you remember what year that was?
14  A.  Oh, God.  '93.  '92.  No, '92.  I would say '92.
15  Q.  And did there come a time where you went back on
16  Social Security disability?
17  A.  No.
18  Q.  So you are not currently receiving any
19  disability benefits?
20  A.  No.
21  Q.  When was the last time you filed an income tax
22  return?
23  A.  Oh, God.  1990.
24  Q.  So you haven't received a W-2 or any other tax

**Page 59**

1  form since 1990?
2  A.  No.
3  Q.  And you haven't filed an income tax return since
4  1990?
5  A.  No.  Didn't want to because I was living off of
6  the money that I made back in the eighties.
7  Q.  What money did you make back in the eighties?
8  A.  Well, the theft by deceptions, I made a lot of
9  money.  So the plane route, the girls, they give me a
10  couple of dollars but wasn't nowhere near to take
11  care of me.  So I waited until the statute of
12  limitations ran out and I went and got the money and
13  started spending it and that is what I started living
14  off of.
15        MS. FULTON:  I am going to take
16  a break.
17        (Whereupon, a discussion was held
18  off the record.)
19        (Proceedings were reconvened with
20  all counsel and the witness being
21  present.)
22  BY MS. FULTON:
23  Q.  What was the date of the incident at issue in
24  this lawsuit?

**Page 60**

1  A.  Oh, God.  I don't even know.  You got that?
2  Q.  If I tell you it was June 14th, 2002, does that
3  sound --
4  A.  Possibly.  I am not going to say you are wrong.
5  Q.  Summertime?
6  A.  Yes.
7  Q.  Last summer, not this past summer?
8  A.  Right.
9  Q.  Had you ever been to Reading before this
10  incident?
11  A.  Yes.
12  Q.  How many times had you been to Reading before
13  this incident?
14  A.  Oh, God.  Maybe forty, fifty times.  Thirty
15  times, but mainly at the Allied Center, Vanity Fair.
16  That is where my travels took me to.
17  Q.  Have you ever been to downtown Reading?
18  A.  Only to go down Fifth Street Highway, that was
19  about it.  Going to the right or to the left, no.
20  Q.  Had you ever been in the neighborhood where the
21  incident happened before?
22  A.  No.  If I was, I don't recall.  Maybe, yeah --
23  no.  I dropped somebody off in that neighborhood, not
24  where that incident happened, but -- what is that

**Page 61**

1  center there?  That entertainment center?
2  Q.  Sovereign Center?
3  A.  Sovereign Center.  I dropped people off there
4  that was going to the show.
5  Q.  How long ago was that?
6  A.  Oh, God.  That is how I come to meet the girl
7  that told me to come over there to pick her up to
8  give her a job.  She used to work at the bar when it
9  was Good Fellows, you know.  She was over by the
10  Sovereign Center.  I said I will give you a job.  She
11  told me she lost her kid.  And she said, well, come
12  back and I will meet you.  She said between twelve
13  and one.  I don't know nothing about what street
14  was that that I was on?
15        THE WITNESS:  What was the name
16  of the street?  Franklin Street.  I don't
17  know nothing about no Franklin Street and
18  I went up there looking for her.  And I
19  didn't see her, went around the block a

**Page 61 (continued)**

20 couple of times, tooted the horn, didn't
21 see her. Said, okay. Well, obviously
22 she doesn't want to work.
23 BY MS. FULTON:
24 Q. I will stop you there for a second.

### Page 62

1        According to your Complaint you said that
2 you'd received a telephone call from a friend who was
3 seeking employment --
4 A. Uh-huh.
5 Q. -- and asked you to come and speak with her.
6 A. Right.
7 Q. And you were to meet on Thursday night at her
8 home.
9 A. Well, yeah. Where she was staying at.
10 Q. What was her name?
11 A. God. I don't know. I mean, -- I can find out.
12 Q. I would like you to find out and ask --
13        MR. ANTHONY: Can I show him
14 the Complaint here?
15        MS. FULTON: Yes.
16 BY MS. FULTON:
17 Q. And I was referring to --
18 A. Kathleen was the other friend.
19 Q. I was referring to paragraph eight.
20 A. Let me find out this girl's name.
21        MS. FULTON: We will go off
22 the record for a second.
23        (Whereupon, a discussion was held
24 off the record.)

### Page 63

1        (Proceedings were reconvened with
2 all counsel and the witness being
3 present.)
4 BY MS. FULTON:
5 Q. And what time were you supposed to meet Kerri
6 Horrex?
7 A. Between twelve and one and I think I got there
8 maybe a little after twelve if I remember correctly.
9 Q. And did you actually meet with Kerri?
10 A. No. I didn't see her. I tooted the horn, you
11 know, out in front of her apartment and I drove
12 around and then I went up to see this other girl
13 Kathleen. Yeah, that is what happened.
14 Q. In the Complaint it says: After meeting with
15 this friend the plaintiff decided to stop at the home
16 of another friend.
17 A. Yes. See, but that is a misprint by me. I
18 didn't meet.
19 Q. You didn't?
20 A. I didn't meet with her.
21 Q. You say you knew Kerri Horrex?
22 A. She asked for a job. She told me -- I had seen
23 her about a week prior to that, okay? And she -- I
24 dropped someone off at, what is that?

### Page 64

1 Q. Sovereign Center.
2 A. Sovereign Center, and I was turning down, I
3 guess it was Ninth. I was turning down to go back
4 down to Fifth Street and I seen this girl and I had a
5 Lexus at the time and she started waving to me. She
6 says, I knew I knew who owned this car. I said, what
7 are you doing out here. She said, well, I lost my
8 kid and I need help. So I said, why don't you come
9 back down and work at the bar. Beats walking the
10 street here. And she said, I will do that and that's
11 when I think a couple of days she told me to come up
12 and talk to her. I think she wanted me -- I can't
13 remember. I think she maybe wanted me to talk to her
14 boyfriend or whatever to shorthand that she was
15 coming to work and it was a legitimate thing and I
16 wasn't just there and she wasn't cheating on him with
17 me.
18 Q. So she used to work for you?
19 A. Yes.
20 Q. When you say at the bar, you mean Good Fellows?
21 A. Right. She worked down there.
22        You know, let me tell you something. I
23 got something to tell you. Your clients never came
24 and asked me, what is so strange. Since that

### Page 65

1 shooting I have not heard from Kerri. She called me
2 several times prior to the shooting. Are you sure
3 you are coming? Yeah, I am coming up. I have not

4 heard from Kathleen. Neither one. I went to
5 Kathleen's house because Kerri told me to go up to
6 Kathleen's house because I didn't know where Kathleen
7 lived. She told me exactly where to go and I went up
8 there and I put down on the thing that there was one
9 black guy, there was two up in the window.
10 Q. Okay.
11        So Kerri told you where Kathleen lived?
12 A. Yeah.
13 Q. She told you that when you talked to her on the
14 phone?
15 A. No. When I had -- when I met her. After I
16 dropped somebody off at the Sovereign Center, there
17 was some kind of concert going on and that is how I
18 come to go up the street. And when I was going to
19 take to go around the block to come down, that is
20 when I seen Kerri. And, I mean, I never knew her to
21 walk the street. I never knew her like that because
22 I asked her. I didn't know if she was doing that but
23 it was like -- it was like, I don't know, ten, eleven
24 o'clock at night, you know, but I didn't see her for

### Page 66

1 almost a year. And I just asked her what she was
2 doing. She said I am out there because I lost my
3 kid.
4 Q. So she was prostituting herself?
5 A. She didn't say that but I -- I almost want to
6 say that is what she was doing but I can't swear to
7 it. All I knew is that I said to her, well, what are
8 you doing out here. That is what I said, you know.
9 Q. And you asked her if she would want to come back
10 to Sin City and work?
11 A. Yeah. It wasn't Sin City. I don't know what it
12 was. It was DJ Knockers when it was Dick and Jen,
13 DJ.
14 Q. So the bar had a different name then?
15 A. Yes. Yeah.
16 Q. DJ --
17 A. -- Knockers. And I said --
18 Q. And it was an exotic dance club then?
19 A. Yeah. See, here is the deal.
20        She knew Jen, the girl that I just called,
21 Jen Miller. I said to her, I would see if she can
22 work down there, okay? I talked to Dick and Jen,
23 they said, yeah, she can work there. I didn't know
24 why she wanted me to come pick her up. I think --

### Page 67

1 when I go back in time and I think about it, she
2 didn't have any money for food. The time I seen her
3 when I ran into her by accident she asked me to take
4 her to Dunkin Donuts. I took her over there, I
5 bought two dozen donuts for her and I don't know, it
6 was a big drink. I don't think it was a soda, it was
7 some other kind of drink and then I dropped her back
8 off there. And she called me several times on my
9 cell phone to tell me to come up to see her, to talk
10 to her, to assure her boyfriend that she wasn't
11 cheating on him, things like that. But, I mean, I
12 never knew her -- I didn't -- I don't know. But I do
13 know that when I got there I tooted the horn, she
14 didn't come out. I went around the block, I tooted
15 the horn maybe five minutes later, she didn't come
16 out. So I drove up to see if I could see Kathleen,
17 maybe the two of them were together.
18        So when I got up there I toot the horn, I
19 don't see, nobody comes to the window. I go down
20 around the block and get it in my mind now because I
21 can remember because it was drizzling that night. It
22 was drizzling rain, so I come back down and I toot
23 the horn again in front of this Kerri's house. This
24 time the apartment she lives in the lights are out.

### Page 68

1 So I said, well, piss on this. I am going to go up
2 and check on Kathleen. I go up to Kathleen's and I
3 said, hey, there is two black guys in the window, I
4 said where is Kathleen. They said she went to the
5 store. She will be back in ten or fifteen minutes.
6 I said okay. So I go down. I am just cruising
7 around that area and I come back about ten, fifteen
8 minutes later, I toot the horn, nobody is there. The
9 two black kids are not there, nobody. The lights are
10 out up in Kathleen's apartment. So I go down and I
11 go by Kerri's place.
12        THE WITNESS: Got a sheet of
13 paper?
14        MR. ANTHONY: Yes.

15        THE WITNESS: This is my last
16   -- this was my last trip. I was really
17   agitated because I felt that I was made a
18   fool out of because I drove all the way
19   up from Allentown. I think this is Ninth
20   right here. There is a Gold something,
21   real estate or something right on the
22   corner. Right next to that there is
23   Kerri's apartment right here.
24   BY MS. FULTON:

**Page 69**

1   Q.   Is that Ninth?
2   A.   This is Ninth. Okay? So when I come, I am
3   coming up this street right here, I look over here
4   and I see the lights are still out. So when I get up
5   here I am Tenth or Eleventh, I don't know. I really
6   truly don't.
7   Q.   What was the street you were driving on?
8   A.   This is Franklin.
9   Q.   Franklin.
10        So you went past Ninth Street?
11   A.   Yeah. I went past Ninth. When I got up through
12   here, whether it was Tenth or Eleventh, I don't know,
13   maybe even between them two I hear this pop, pop,
14   pop, pop, pop. Sounds like firecrackers. And I
15   said, wow. It's drizzling out here. Then a voice
16   came in my head and said, Jimmy, get out of here. I
17   stepped on the gas, the car almost went into another
18   car and I sped up, went down and I got on Penn
19   Street. I turned down Eleventh or Twelfth, whatever
20   it is, and this is Penn Street.
21   Q.   So you made a left on to Eleventh or Twelfth?
22   A.   Right. Whatever street it was, and I come back
23   here to Penn. And when I got down here, right here,
24   there is a store a Rainbow Store, I think it was

**Page 70**

1   called Rainbow, and right here there is maybe five or
2   six cop police cars.
3   Q.   Past Ninth again?
4   A.   Yeah. This is all the way down to Fifth.
5   Almost down to Fifth and Penn. This is, I think this
6   is Sixth right here. Between Sixth -- right here. I
7   pulled my car down here, I pulled over there and I
8   get out and I am shaking and I look at the car I am
9   saying, I still don't think -- I better check the car
10   out. I look and I see the bullet holes. A bullet
11   hole on the side of my car. So I am thinking that
12   maybe I got caught in a cross-fire. Something went
13   bad.
14        I go over here to this Rainbow Store, I
15   think it was -- I am not sure what, but there is
16   about seven, eight, nine cops there. I said,
17   officer, I was just shot at up here on the street, on
18   Franklin Street. He said, go sit in the car. We
19   will be right out. Did he ask me if I was shot?
20   No. Did he ask me if I was okay? Nope. He asked me
21   nothing. He just told me to go sit in the car. I am
22   sitting in the car, I am there about fifteen, twenty
23   minutes. A lot of police officers there. So I call
24   Jen Miller, I said, would you police call the Reading

**Page 71**

1   Police Department and tell them that my car was just
2   shot up and I really want to talk to a police
3   officer. They still didn't come. So I got on my
4   cell phone, I called. She said, sir, someone will be
5   there to talk to you in just a little bit. Another
6   fifteen minutes, twenty minutes went by, nobody came
7   over. So I called Jen Miller again. And if you
8   subpoena the records, the 911 or the Reading Police
9   records shows the caller telling you I need to talk
10   somebody.
11        There is two women that come by and they
12   say to me like this, what is the matter. I says,
13   well, you got a pretty sick town here. I said
14   someone just shot at my car and I don't know anybody
15   on that street at all. And she said, I will never
16   forget it, they are hating on you. Who? I don't
17   know anybody. If you told me I got ten million
18   dollars to name two men in Reading that I know, I
19   wouldn't get the money. I don't know any men.
20        So finally, --
21   Q.   I will stop you there for a second.
22        Who are they saying is hating on you?
23   A.   That is just what they said. They hated on
24   you. Whoever.

**Page 72**

1   Q.   Whoever shot at you?
2   A.   The gangs or whoever.
3   Q.   Did you see anyone shoot?
4   A.   No. See, what happened. I wanted to say this
5   here. When I was growing up -- earlier I wanted to
6   say this. When I was growing up, I guess this is
7   what Tenth or right here. There was a group of black
8   guys sitting right here and when I went up they said,
9   hey, yo, man, like that. I don't know you, I kept
10   right on going. That is the only time I seen anybody
11   standing out right here on this corner. Other than
12   that, I didn't see anybody.
13   Q.   And they were on the corner of Tenth and --
14   A.   Tenth and --
15   Q.   -- Franklin?
16   A.   -- Franklin.
17   Q.   And where were the shots fired?
18   A.   Between Tenth and Eleventh.
19   Q.   Can you draw an X? That is Tenth Street, the
20   next street?
21   A.   This is Tenth, and it happened either here,
22   between here and here. I just -- I want to say it
23   happened right here on Tenth, before you get to
24   Tenth. Between Ninth and Tenth. I want to say

**Page 73**

1   that. I want to say that so bad and if your guys
2   would have came and asked me, took information from
3   me, told me anything what I knew, this girl -- here
4   is -- I didn't think about this until after the
5   incident. This girl Kerri said to me, don't ever,
6   ever knock on this door.
7   Q.   Which door was that?
8   A.   Her apartment door. I said I have no need. I
9   truly felt sorry for her. She needed money to get
10   her kid out of Foster Care or whatever. I truly, I
11   swear before God I felt sorry for her.
12   Q.   When did she tell you not to knock on her
13   apartment door?
14   A.   The night that I met her, that I seen her when I
15   dropped somebody off at the Sovereign Center. I
16   swear before God as my witness, I was taking a right
17   to go down the street, she walked right in front of
18   my car. I said, hey. Yeah. I knew I knew who drove
19   this car. So let me -- after I get down here --
20   Q.   Down to --
21   A.   Between.
22   Q.   -- Sixth and Penn?
23   A.   Fifth and Sixth and Penn. All -- there is a lot
24   of police officers there. A lot. There must be

**Page 74**

1   maybe ten or twelve police officers there. And so I
2   say to the police officer, listen. I said, I really
3   need to talk to somebody and they don't come out,
4   they don't come out, they don't come out.
5   Q.   Let me back up.
6        When you pulled up, pulled your car up to
7   Penn Street between Fifth and Sixth and you saw all
8   the police cars, what were the police officers doing?
9   A.   They were in there talking to -- talking to the
10   owner of the store about --
11   Q.   Of the Rainbow?
12   A.   Right. About a burglary.
13   Q.   What kind of store was it, do you know?
14   A.   Clothing store.
15   Q.   And this was at one-thirty in the morning?
16   A.   I am saying at one-thirty. Between one and
17   one-thirty. Something like that.
18   Q.   And this was just a few minutes after you were
19   shot at?
20   A.   Oh, yeah. And I went, cause I seen all these
21   police cars. I am figuring, oh, well, I will go tell
22   them I am shot. They are going to take precedent --
23   there is so many police officers. I mean, there was
24   a lot of police officers there. Must have been

**Page 75**

1   twelve, maybe thirteen. There was a lot.
2   Q.   And one of the officers came over and you told
3   him somebody shot at you?
4   A.   No. I had to wait almost an hour for them to
5   walk from here to maybe out where that opening is to
6   that door.
7   Q.   But you said one officer told you to wait in
8   your car.
9   A.   Right. When I went up there --

10   Q.   When you first went up?
11   A.   He said, go wait in your car. We will be over
12   there in a minute.
13   Q.   But you knew that they were investigating a
14   burglary?
15   A.   Yeah, but --
16   Q.   Is that what it was, a burglary?
17   A.   I guess. That is an assumption on my part.
18   Q.   Did you tell the officer that you were shot?
19   A.   Oh, yeah.
20   Q.   That your person was shot or you were shot at?
21   A.   No. I said my car was shot at with me in it.
22   And then when the police officer got there, he said,
23   oh, approached my car. He said, oh, this car isn't
24   shot. I said, yes, it is, officer, cause the car is

### Page 76

1   all black.
2       So I get out of the car and I point to him
3   in the back door where there is a bullet hole. And I
4   said, and look at the windshield. There is two
5   bullet holes where the windshield is at. He looks at
6   the car, he comes back to me, he says, by this time
7   he is joined by another police officer who is also
8   looking at the bullet holes in the car. He goes like
9   this. He says -- this is his words to me. This is
10   what really offended me. He said you are one lucky
11   son of a bitch. They were using your car as target
12   practice. And I said, who is they? Who are they?
13   To this day he never answered my question. Then he
14   said, his partner came, the other officer came up and
15   he says, were you in Reading earlier tonight. I
16   said, no. He says we were chasing a black car just
17   like that. I said, I am from Allentown. I was not
18   here, I was in Allentown. I just got here
19   approximately a half hour ago. He said, we chased a
20   car like this. I don't know. So I come to later
21   find out upon my investigation there is a Puerto
22   Rican guy has a car almost identical to mine because
23   he said that the car ran a red light. That is what
24   the officer told me. So then they said to me,

### Page 77

1   someone will be in touch with you.
2       Now, I got bullets all over my car. Here
3   is what my concern was. Well, somebody maybe is
4   going to impound the car, take the bullets out and
5   see if somebody was killed because if you catch these
6   assailants you are going to catch the killer or
7   whoever shot or killed somebody else. I waited and I
8   waited and I finally called the chief of police. I
9   was furious. I said, listen. No one has ever
10   investigated this crime. I got bullets stuck in my
11   car, I am willing to give the car up so you can get
12   the bullets and catch the people that may have killed
13   somebody with the same weapon. The chief said, well,
14   did any detective get ahold of you. I said no, sir.
15   He said, well, somebody will be getting ahold of you
16   in a couple of days. That was a year and a half
17   ago. No one has ever, ever contacted me.
18       So I on my own through the body shop took,
19   because I had to make a report for my insurance
20   company, took the bullets out. I still have the
21   bullets. No police officer has ever came and asked
22   for those bullets so they could run a test to see if
23   the same bullets killed someone a week or two before
24   because I got copies of all the killings. There was

### Page 78

1   a killing on Tenth and Franklin. And nobody ever
2   came and got those bullets and those bullets were in
3   the back seat of my car. They went through the back
4   door and if it wasn't for the Lexus being padded, no
5   one will ever, ever tell me, and I really want you to
6   quote me on this, that there is not a God. No one
7   will ever, ever tell me.
8       I have black windows in my car and they
9   are so black it wasn't for those black windows I
10   don't think I would be sitting here right now. But
11   the car was like, this is a car. I guess there had
12   to be two shooters, one from this side, one from this
13   side. The bullet went here and then the rear, the
14   mirror, those two bullet holes in the mirror right
15   here and there was a bullet lodged in here and I
16   think you have that mirror, that piece, okay? And in
17   the front there is two bullet holes. By all
18   accounts, really the officer was right. I should
19   have been dead. It hits the window, cracks the
20   window and then goes some other place, the two

21   bullets do. When I think about this incident and it
22   was just I think a couple days before Father's Day,
23   when I think about this incident I get such chills
24   it's unreal cause just one one-thousands of an inch

### Page 79

1   centimeter I would not have been here. I would truly
2   not have been here. That bullet would have went
3   right into my chest, both of them. The ones on the
4   side that caught the mirror was aimed at my head.
5   And to think that no police officer ever asked me if
6   I was okay, if I needed to see a doctor. To think
7   that no police officer would not come and take the
8   evidence and ask me to cooperate with their police
9   department and track down not just the shooters but
10   perhaps these killers that may have killed a man a
11   week before maybe with the same gun, I don't know.
12       But I do know, and I am not saying that
13   the whole entire Reading Police Department is bad
14   because Kyle -- Kyle, he was just shot in the neck
15   and paralyzed. Kyle Rollinger, he is a Reading
16   police officer. A man I love and respect very much.
17   I knew his wife was an F.B.I. agent. Before she
18   became an F.B.I. agent she used to sell me my
19   billboards. She was a salesperson for Lamar
20   Advertising Agency. A beautiful, beautiful human
21   being. Bollinger, that is his name, Kyle Bollinger
22   and in my mind Kyle Bollinger is one of the finest
23   police officers in the entire United States. I cried
24   when I found out that he got shot in the neck, down

### Page 80

1   towards Phillips, because I cried because he treated
2   me with such compassion when Stephanie his wife
3   introduced me to him. He was one of the finest men
4   and I talked to a couple of the Reading police
5   officers since this incident. They all know Kyle
6   because he was the police instructor.
7       And I am telling you, I do not believe
8   that every police officer in Reading is so lax and
9   irresponsible in his duties, I don't believe that,
10   but I believe that night that under that current
11   police regime that things were in such disarray and
12   complete chaos that I was just one more of the
13   victims. A victim of this laxity because I know that
14   I was so willing to cooperate with this police
15   department, hire people, go out and root out these
16   drug dealers, these people that ambush innocent
17   people. And that is all it is, just terrorism. I
18   could only imagine what it would be like for me to
19   live on that street and I would have to be in at a
20   certain time before getting killed. I can only
21   imagine and that is where my anger and that is why I
22   filed a suit because I feel that I was victimized by
23   the shooters and then I was victimized by the police
24   department who could have at least showed me a little

### Page 81

1   decency, common courtesy and just asked me were you
2   okay. Were you shot. Do you need a doctor. Those
3   words never came to me, ever.
4       And when the chief of police, the one that
5   they just ousted up there. When he called me the
6   only thing he said to me is, we will have a detective
7   -- first he said, did the detectives talk to you. I
8   said, no, sir, no one ever talked to me. In a couple
9   of days someone will be there to talk to you. That
10   never, ever happened.
11       But the thing that has me angry is that it
12   was just a couple days before Father's Day. I did
13   nothing to nobody in Reading. I don't sell dope and
14   if you look -- I don't have that. I do not have
15   selling drugs. I am on record with the State Police,
16   with the local police. I clearly say that if I run
17   into a person that sells drugs and they are exposed
18   to me I would just assume kill them. I have no use
19   for them. And that sentiment is echoed in the fact
20   that three years ago, my son Jason, he was just about
21   eighteen, seventeen, eighteen years old laid upstairs
22   on my bedroom floor, on his bedroom floor and legally
23   he was dead and his girlfriend gave him heroin to
24   snort. And then when he stood there, when he laid up

### Page 82

1   in the hospital and they asked his girlfriend what
2   did you give him, she said vitamins. No one in this
3   whole state of Pennsylvania hates a drug dealer more
4   than me, no one. I mean no one.
5       My son had two tubes in his nose, one in

WEDNESDAY, DECEMBER 3, 2003  Case 2:03-cv-04730-MMR   Document 24-3   Filed 02/23/2004   Page 14 of 29   ROMAN v. CITY OF READING

JASON ROMAN

6  each one of his lungs that was breathing for him, one
7  in his penis, one down his throat.  I never seen so
8  many tubes on one human being in my life.  So when
9  you talk about drug dealers and this -- I would have
10  done most of the job for them.  I swear before God.
11  I needed a little backup, that is all I needed
12  because I was going to -- I was determined to find
13  out who the shooters were.  Because what I found out
14  later, that my car was confused for a drug lord's
15  car, the Puerto Rican guy whose car is black.  The
16  windows are black, the yellow fog lights, the same as
17  mine.  The only difference is I have Lexani wheels,
18  the real big wheel but at nighttime you can't tell if
19  it's Lexani.  He has a Saab.  He had the stock Lexus
20  wheels but they were chrome but at nighttime you
21  would not look at the wheels, especially when it's
22  raining.  You are looking at the car.  And the car is
23  absolutely -- is a GS 400.  He had -- it's
24  identical.

### Page 83

1      Since mine being shot up there, he left
2  the area, that guy.
3  Q.  So you think the shooters were trying to hit
4  him?
5  A.  Hit him and I was just a person that got caught
6  up.  And I think also that this girl Kathleen who I
7  later found out is on drugs and this girl Kerri I
8  then later found out she is on drugs, but I think
9  that they are affiliated with drug dealers.  That is
10  what I believe.
11  Q.  Do you know Kathleen --
12  A.  I don't know Kathleen's last name.  I can
13  possibly find that out for you and supply it to you
14  later.
15      But this is why -- I mean, I am sorry.  I
16  am just extremely -- I am just bitter because I
17  cannot stand drug dealers.  And he knows, my son,
18  Jason is like -- I raised him since seven years old.
19  I wanted him to go to law school or to be a doctor.
20  He was in the Service.  Them drugs took him out of
21  the Service.  Last night I seen him.  I said, hey,
22  don't let me find that out you are on that shit.  Don't
23  let me find that out.  If you do because his little
24  brother Justin came downstairs and knocked on my door

### Page 84

1  and said, dad, Butch, we call him Butch, he says he
2  is on the floor.  He is on the floor and can't
3  breathe.  What do you mean he can't breathe.  You
4  know, you came to the hospital.  You know.  And the
5  doctor from Philadelphia here, Doctor Kaufman who he
6  is the head trauma unit doctor up there.  He came to
7  me and said, Jimmy, he said I did everything I can
8  do.  He said, the rest is up to God.  And I swore
9  then -- I don't know you from a can of paint but I
10  swore then that when it comes to a drug dealer I will
11  show no mercy.  I will show none.  And these scum,
12  and that is what I call them, these scum of Reading
13  killing little kids, they are scum.
14  Q.  The drug dealers?
15  A.  Oh, my God.
16  Q.  Is that who you mean?
17  A.  Yes.  Not talking about the police officers.
18  These guys, they run Reading.  Literally, they run
19  Reading and it wasn't until there was newspaper --
20  the people began to march against them and forced the
21  police department to earn their pay.  I think I sent
22  you some of the newspaper clippings.
23  Q.  I don't think so.
24  A.  Yeah.  I am almost sure I put them as exhibits.

### Page 85

1      THE WITNESS:  Did you?  The
2  little kid, eleven years old laying in a
3  coffin.  He was caught and shot in the
4  cross-fire.  Little kid six years old
5  caught in the cross-fire and drug
6  dealers.
7      MR. ANTHONY:  The papers are in
8  the files.  We can show you.
9      THE WITNESS:  This is a thing
10  -- honestly, I am not saying that every
11  police officer in Reading is no good.
12  That is not true.  That is not what I am
13  saying.  Just those who were responsible
14  that didn't help me catch people that I
15  feel killed other people.
16  BY MS. FULTON:

17  Q.  So the two officers, is that who you mean, the
18  two officers that you spoke with that night?
19  A.  They have treated me nice.  They treated me nice
20  but they never asked me if I needed help.
21  Q.  So they didn't mistreat you?
22  A.  No.  No.
23  Q.  Did you get their names?
24  A.  No.  They gave me a card.  I got one of their

### Page 86

1  cards.
2  Q.  Do you still have it with you?
3  A.  I will have to find it.
4  Q.  Okay.
5  A.  But I will.
6      But, you know, please understand something
7  and I want to tell you something.  Can I go off the
8  record for a minute, please?
9  Q.  If it deals with the case we should get it on
10  the record.
11  A.  No, it doesn't.  I will tell you later.
12  Q.  Okay.
13  A.  No.  But, yes, I am just very hostile.  I mean,
14  there was just no need.  My God, it is like two days
15  and I am there trying to do another human being a
16  favor.  I have no interest in this girl sexually, I
17  have no interest in no way, shape or form or
18  fashion.  I drove down to Reading that night strictly
19  for one reason and that was to give her a job.
20  Q.  You mean Kerri?
21  A.  Yes.
22  Q.  What would she have done?  Was she going to be a
23  dancer?
24  A.  Yes

### Page 87

1  Q.  At the club?
2  A.  I assumed -- what is your first name again?
3  Q.  Janelle.
4  A.  Janelle.  I assumed, Janelle, that she was
5  walking the streets because she walked right in front
6  of my car.  I said, woa.  And she walked, she went
7  right up to the driver's side window and all the
8  windows are black.  I knew I knew who owned this
9  car.  It's a pretty car.  And I says, what are you
10  doing out here.  She said, well, they took my kids
11  away -- my kid away and I just to make money.  She
12  never said she was selling her ass.  She said that to
13  me.  I said, well -- I try to respect.  I really try
14  to respect everybody.  I said, well, listen, you
15  don't have to be out here like this here.  Why don't
16  you come back and be a dancer.  Even if you make a
17  buck fifty a night it will be better than being
18  here.  You won't go to jail, you will get your
19  child.  I said, where do you live at?  She turned
20  around and pointed right to the spot right here.
21  This is where -- I was turning here, I was turning
22  right here and my car, she walked right in front of
23  my car right there.  And she pointed -- no, right
24  here.  She pointed to that.  She said, don't ever

### Page 88

1  stop here.  And I said -- and here is the thing.  I
2  have not heard from this girl.  I swear to God, not
3  heard.  I haven't heard from Kathleen.
4  Q.  And Kerri told you about Kathleen?  She said
5  Kathleen may want a job as a dancer too?
6  A.  Kathleen was working down there too.
7  Q.  So you knew Kathleen from before?
8  A.  Yes.
9  Q.  Working at Good Fellows?
10  A.  Wasn't working at Good Fellows, she worked when
11  it was DJ Knockers.
12  Q.  DJ Knockers.  Okay.
13  A.  And I could -- I had a talk with Richard and
14  Jennifer Miller.  I talked to both of them and said,
15  listen, there is a girl, I believe that she could be
16  working the streets.  Won't you please let her have a
17  job.  And when I told Jennifer who, she said, yeah,
18  she can work back here.  Because I know better, her
19  friend Angie who is a Puerto Rican girl, I know Angie
20  better than I know this girl.  See, Angie was the one
21  that brought this girl Kerri down in the beginning.
22  See, but I just -- when I think about what happened
23  to me that night and nobody, nobody, I swear to God,
24  nobody -- I still have the bullets.

---

**Page 89**

1  Q.  How many bullets are there?
2  A.  Two or three.  Two or three and one of the
3  bullets -- the one that came out of the back seat,
4  that is a better thing.  I need them to check and see
5  if somebody was killed with that bullet.
6       Then as fate would have it, I run into
7  this girl, her name is Baby and she says to me, she
8  didn't know who I was.  She says, my family -- I gave
9  her and her friend a ride.  She says, my family used
10 to run Tenth and Eleventh on Franklin.  They are drug
11 dealers.  I said, really.  She said, yeah.  I knew
12 then that I was going to find out who shot my car up.
13 Q.  When did you meet Baby?
14 A.  About ten months ago, a year ago.
15 Q.  Where did you meet her, in Reading?
16 A.  Yeah, but I am trying to think.  Where the heck
17 did I meet her at.  It wasn't down in that area.
18 Nowhere near that area.  Trying to think where I met
19 her at.  God.  No, I am wrong.  I am sorry.  Now I
20 remember.  She was dancing down when it was Las
21 Chicas.  The bar was Las Chicas.
22 Q.  Was that while you owned it, owned the property?
23 A.  I owned the property but it was down at Las
24 Chicas.

---

**Page 90**

1  Q.  When was it Las Chicas?
2       THE WITNESS:  When was that,
3  Tom, two years ago?
4       MR. ANTHONY:  And so what
5       THE WITNESS:  That is when
6  Randy Szulimowski owned it.  And so what
7  happened was, she needed a ride back to
8  Reading.
9  BY MS. FULTON:
10 Q.  Baby did?
11 A.  Baby, and I gave her a ride back and that is
12 when I asked her about, because I don't know.  I
13 really don't know Reading.  I don't know the hot
14 spots.  And I said, when I took her to -- she said to
15 me, I live on Tenth Street.  I said, oh, I can't go
16 to Tenth Street.  I don't go nowhere near Tenth
17 Street.  So at that time I had two vehicles.  So I go
18 home and I take the car and I take my truck.  So I
19 drive her and I says, is it around Tenth and
20 Franklin?  She said, no, I live out by the school.  I
21 don't know the school.  I said, how far is that from
22 Tenth and Franklin?  She said, that is about eight,
23 nine blocks, I said, okay.  Can we get there without
24 going across Franklin Street.  She says, sure.  I

---

**Page 91**

1  will take you the way.  She took me straight down
2  Fifth Street and then I turned where I bypassed them
3  to Franklin.
4       So I am asking her questions.  I said, in
5  that area is a pretty hot spot for drugs.  She said,
6  yeah.  My family used to control that before I got
7  busted.
8  Q.  I said, really.  I said, what did you control.
9  We controlled from I think it was Ninth and Eleventh
10 or Tenth and Eleventh, they are long blocks.  And she
11 said, we would have shutouts but I didn't want to
12 press her too much.  I did not want to press her
13 because I had no way of getting, getting backup, you
14 know, once I knew but I think I can to this day I can
15 get it out of her.  I know because she knows
16 everybody over there.
17 Q.  Do you know Baby's last name?
18 A.  No, I don't.
19 Q.  Does she still work at the club?
20 A.  No.  No.  I can find out, you know.  I will find
21 out.  I will find out, because there is a girl named
22 Margarita.  Margarita is Kathleen's friend.
23 Margarita is Puerto Rican and Margarita never danced,
24 she would only waitress or tend bar down at Las

---

**Page 92**

1  Chicas.  Margarita, when I told Margarita what
2  happened this was her words to me.  She said, Jimmy,
3  why would you want to help Kathleen.  She is one of
4  the biggest pigs in Reading.  I said, Margarita, I
5  don't know these things.  I only know when people ask
6  me about a job and I talk to Jen or Mandy and they
7  say yes or no and I will give them a ride.  She said,
8  I told you before this girl is no good.  I said, but
9  I don't pay attention because I don't have -- see, I
10 don't have the contact.  You would think that having

---

**Page 93**

11 contact with strippers it's a sexual thing.  Not for
12 me.  It is just, I always see the children, you know,
13 like if a girl has children but Kathleen didn't have
14 no children.  She is just a regular person, but I
15 felt sorry for her -- yes, she did.  She had a
16 daughter.  She had a daughter and I swear before God,
17 she used to come and cry.  She would cry and tell me
18 her grandmother had her daughter and she asked me, we
19 get her in here, I will get the last name and
20 everything.  Get your hands on her, we will take her
21 deposition.  She used to tell me, she would tell me
22 about -- asking me to help her go to Court to get her
23 kid back.  Other than that, I just -- I don't have
24 the affiliation with these people that one might

---

**Page 93**

1  think.  If you tell me -- like the one girl had lost
2  her kid, that Kerri girl.  She told me -- I said,
3  what are you doing here.  She said -- because I swear
4  to God, she flagged me down.  I don't know.  I am
5  just trying to get back to where I got to go.  And
6  she told me.  She says, I lost my kid.  My kid is
7  with my mother.  I said, really.  She said, yeah.
8  The Children and Youth, whoever, took her kid away.
9  I said, what do you need.  She says, I need one
10 hundred dollars for a room.  I swear to God.  I swear
11 before God.  This is what she said.  She said, I need
12 one hundred dollars for a room.  Okay.  Go to work.
13 Don't be out here like this.
14      Now, she was either doing one or two
15 things:  Selling her ass or selling drugs.  One of
16 the two she was doing but that is too much
17 information for me.  I don't ask questions about
18 people and their activities because I always find the
19 least you know the better off you are.  If she wanted
20 me to know she would have told me.  She never told me
21 what she was doing out there.
22      But that is why I filed this lawsuit.  No
23 one ever asked me if I was okay, if I needed a
24 doctor.  Only reward I got for going to the police

---

**Page 94**

1  was, you are one lucky son of a bitch.  And I looked
2  at him, and they used your car for target practice.
3  Who?  I never felt so humiliated in all my life.
4  Here we have ten, maybe fifteen police officers and
5  they have them dogs.  They had them dogs, rararara,
6  the dogs barking all over the place.  No one ever
7  showed one single ounce of concern for me.  Noted, I
8  had my brushes with the law, I served my time.  They
9  did not know that at the time.  And if it was you, if
10 it was you and your family the way we went to the
11 Sovereign Center to see an event with some person
12 that went to school with you or whatever, would you
13 like to have been shot at with your children or if it
14 is some Judge with his son going down there and drive
15 down there.  Knock down the trees.  They used to have
16 them shooters like that in Allentown.  They took down
17 the ambush places.  Take the trees down because you
18 are helping them hide.  Put the brighter lights on
19 the street.  How much does it cost for a brighter
20 bulb?  How much does it cost because the blacks that
21 I saw, they were black like that right here.  I
22 couldn't tell you their faces but I knew they were
23 that dark.  I seen them and it's drizzling.  Yo,
24 baby, yo.  Don't yo me, I don't know you.  Kept on

---

**Page 95**

1  going, but that is the reason why I brought this suit
2  and basically so that in the future other people,
3  people who really mean good to help don't be treated
4  so harshly and so inhumanely.  That is my whole thing
5  here.  You know and that's the honest God's truth.
6  Q.  When you say they treated you inhumanely, what
7  do you mean by that?
8  A.  Well, you know, I was like, you know, here I am
9  just -- my car shot up.  I just by fractions of one
10 one-thousands of an inch.  I am here, I almost was
11 not here.  I was almost not here.  Where I would like
12 to have been, a white man to get equal treatment?  I
13 don't know if it's a rational issue but I do know
14 that I am a person of color and I do know that I was
15 not treated with the same respect of concern?  I just
16 was not treated that way.  It was no big deal.  It
17 was nothing to these people.
18      I mean, here you got -- I am telling you,
19 I swear to God, I wish I would have counted how many
20 police officers are there.  I felt safe with that
21 many police officers, but let me tell you something,

---

22 they had them German shepherd dogs, they had the dog
23 wagon thing from here -- I am not even a quarter of a
24 block away and maybe twenty-five feet away I am the

### Page 96

1 most from these police officers and no one, no one
2 could come out there and say, hey, buddy, you need a
3 doctor. Hey, buddy, you all right.
4 Q. When you spoke to the officers initially, when
5 you first approached them, were you in your car or --
6 A. No. I walked right into -- I walked right into
7 the store.
8 Q. Into the store.
9 A. The thing was open and there was a police
10 officer getting ready to walk in and I said there was
11 eight or nine inside with those dogs. And I said, I
12 said to the officer that was walking in, I said,
13 officer, just a minute. I said, can I speak to
14 somebody over here, please, a second. I said, I was
15 just shot at in my car. And he said, well, can you
16 wait outside. He says, somebody will be there to
17 talk to you in a few minutes and a few minutes turned
18 into almost an hour.
19 Q. Just so I get all the information down
20 accurately and I am going to use your Complaint as a
21 guide.
22       In paragraph 37 A, you said that when you
23 first approached the police officers there were six
24 or seven police cars investigating a burglary on Penn

### Page 97

1 Street and there were also police dogs present. And
2 when you approached these police officers to report a
3 shooting or a violent crime, you were told by a white
4 police officer that you should go outside and someone
5 would be with you in a few minutes; is that correct?
6 A. That is correct.
7 Q. And in 37 B it says that you followed the police
8 officer's instruction and you went outside and waited
9 in your car for about fifteen minutes.
10 A. Right.
11 Q. But it became apparent to you that no police
12 officer was coming to talk to you.
13 A. True.
14 Q. And so the officer told you to go outside. You
15 did. You waited fifteen minutes.
16       And in paragraph C it says, after you
17 waited for fifteen minutes you called Reading 911.
18 A. Uh-huh.
19 Q. And did you speak with a dispatcher?
20 A. Yeah. It was a woman.
21 Q. Woman.
22       And you told her where you were?
23 A. Yeah.
24 Q. After that call you waited ten more minutes and

### Page 98

1 there was still no police officer.
2       So now it's a total of twenty-five
3 minutes; is that correct?
4 A. Something like that. Yeah. See, we would have
5 to get to be really on point, I would have to reflect
6 Tom subpoena the 911 records. They will reflect
7 everything I am saying to you with accuracy.
8 Q. And then after that, after the ten more minutes
9 or so past you called your friend Jennifer Miller.
10 A. Yes.
11 Q. And asked her to call 911.
12 A. Uh-huh.
13 Q. And then a police car was dispatched in response
14 to Ms. Miller's call?
15 A. No.
16 Q. Okay.
17 A. She called several times and I kept calling her
18 back, what is going on. I said, Jen, there is
19 twenty-five feet away from me there is almost six or
20 seven police cars. There is police dogs. Tell them
21 that I am right next to the burglary. She called
22 back, nobody got there yet. Nobody got there yet.
23 When the officer did come it was just like...
24 Q. Does Jennifer Miller live in Reading?

### Page 99

1 A. No. She was in Allentown when I called.
2 Q. So she called 911 for you twice according to the
3 Complaint?
4 A. Two or three times.
5 Q. And then after the officers finished

6 investigating the burglary they came over to speak
7 with you?
8 A. Two of them did.
9 Q. Two of them did.
10       How long did you talk to the police
11 officers?
12 A. No more than fifteen minutes, but it wasn't --
13 here is the problem. My God. No one ever did
14 anything discerning this crime. There was nothing
15 done. Nothing other than the fact that he said, you
16 are one lucky son of a bitch. He never asked me who
17 I thought it was, he never asked me what I was doing
18 in Reading. You know, I said, listen, I am a
19 businessman. I really don't know anybody here that
20 would justify me being shot up or shot at like this.
21 He said, well, they are using your car for target
22 practice. And I looked at him and I don't know, he
23 never said who.
24       MS. FULTON: I am going to mark

### Page 100

1 this two-page document as Exhibit 1.
2 This is a copy of the police report and I
3 have one for your lawyer.
4       ----
5       (Whereupon, Exhibit-1, Reading
6 Police Department Crime Investigation
7 Report, for Defendant was marked for
8 identification.)
9       ----
10 BY MS. FULTON:
11 Q. Have you ever seen a copy of the police report?
12 A. No. This is the first I have seen it.
13 Q. They gave you an incident number?
14 A. They may have. It's on the card.
15 Q. On the second page, the second line down, it's
16 under Narrative. It says: Friday, 06/14/02, 0216
17 HRS, indicating the time of the report.
18       And it says that, Jason Roman reported
19 that on this day that at approximately 0130 HRS, he
20 was, to paraphrase, shot at.
21       Do you think the time is accurate on the
22 police report, about 2:15?
23 A. I don't know. I was so shaken up that night I
24 honestly -- it could have been. What time did he

### Page 101

1 say?
2 Q. About 2:15, 2:16 a.m.
3 A. Oh, I was there waiting a long time for the
4 police officers to come by.
5 Q. Could it have been forty-five minutes?
6 A. Oh, yeah. Every bit of forty-five minutes.
7 Q. And before I forget, I am also going to mark.
8 Can you pass me the drawing you made?
9       MS. FULTON: I will attach that
10 as an Exhibit 2.
11       ----
12       (Whereupon, Exhibit-2, Drawing, for
13 Defendant was marked for identification.)
14       ----
15       THE WITNESS: Let me ask you
16 this. What does he mean, "estimate of
17 damage is approximately one thousand
18 dollars". What is that?
19 BY MS. FULTON:
20 Q. I believe that is based on their review of the
21 damage to the bullet holes.
22 A. No, no. He only -- he really looked at the rear
23 door and I showed him the two, the two in the window,
24 the two bullet holes in the window. I don't know.

### Page 102

1 He doesn't talk about -- okay. Windshield. See, at
2 that time I didn't know anything. I didn't even
3 realize the bullet holes in the mirror.
4 Q. Okay.
5       You didn't see it that night?
6 A. No. He remarked. He didn't put down what he
7 said in here.
8 Q. Do you still have the Lexus?
9 A. No. It's gone. Somebody stole it.
10 Q. But you do have the bullets.
11       Somebody stole the car in Allentown?
12 A. Yeah.
13 Q. In Allentown?
14 A. Yeah. See, my kid, he was driving it. I think
15 he left the keys on the -- in his friend's house. I
16 think they took the keys and came back later and

WEDNESDAY, DECEMBER 3, 2013    Case 2:12-cv-06342-MMR    Document 24-3    Filed 02/23/2004    Page 17 of 29    ROMAN v. CITY OF READING

JASON ROMAN

17 drove the car off.
18 Q. So you sort of suggested that you think the two
19 police officers you spoke with treated you
20 differently than they would have treated someone
21 else?
22 A. Oh, absolutely.
23 Q. Another victim?
24 A. Absolutely. They were friendly, don't get me

1 wrong. They were not hostile. They were not
2 disrespectful to the degree that they talked badly to
3 me other than they talked to me in an insulting
4 fashion. Like -- like I said in the Complaint, most
5 police officers if you look at the car you will
6 think, oh, drug dealer. Oh, pimp. Because the way
7 the car is situated, dark windows, black, fancy
8 wheels, but I wished they would have talked to me and
9 found out. And I told him, I said, listen, I have a
10 strip club down in Allentown. I was here to pick up
11 a would be dancer.
12        The only way I can put it is, imagine if
13 your car was shot up and you did nothing to nobody
14 because you don't know anybody in that town except a
15 few dancers. And a police officer who you think is
16 there to protect the servant would want to find out
17 for the sake of the community and the victim being
18 yourself, how would you feel if all they say to you,
19 you are one lucky son of a bitch. And they said,
20 well, they are using your car for target practice,
21 then they take off.
22 Q. Did they say anything else to you?
23 A. No.
24 Q. You told them why you were there in Reading

1 though?
2 A. Absolutely. Absolutely told them.
3 Q. Did you tell them that you didn't see the
4 assailants?
5 A. No, I didn't see -- yeah, I told them that.
6 Q. You told them that?
7 A. I said, oh, I can hear it. I did not know I was
8 being shot at. It was like pop, pop, pop, pop, pop,
9 pop. Sounded like little firecrackers. Those little
10 tiny ones, papapapapapap. You wouldn't have the
11 personal experience to understand what I am talking
12 about. It's a misty rain and you are driving up
13 there and you are tired. You really -- you are on
14 your last go around because you feel that people lied
15 to you about, you know, wanting a job. So what did
16 it tell me about that girl Kerri? It told me that
17 maybe her mind, maybe she is on drugs. I know that
18 that night I really did want to see Kerri. I really
19 wanted the police to investigate this girl. I really
20 wanted them to find her. And that is the other
21 reason why, because since that incident I have not
22 heard from her ever.
23 Q. Do you think the --
24 A. I think she knows who shot my car. Be very

1 blunt.
2 Q. What makes you think that?
3 A. She never called. If you tell me to come pick
4 you up, she pleaded with me when she stepped -- I
5 want to try to get my child back. Okay. Fine.
6 Q. Have you tried to contact her since that night?
7 A. No. No. No, because I just -- I said to the
8 people that know about this situation to Thomas, it
9 is strange. I was waiting for her to call me.
10 Q. Do you think the police officers treated you
11 differently because you are a person of color or do
12 you think it's because they thought you were a drug
13 dealer or a pimp because I want to be --
14 A. Well --
15 Q. I want to be clear because you said a couple of
16 things.
17 A. I think it's a combination of the two. I really
18 truly -- I truly, truly believe that. I believe that
19 my -- if I would have been -- I guarantee you, if it
20 would have been you in that car shot up that way I
21 don't think they would have said to you that you are
22 one lucky son of a bitch and that somebody will be in
23 touch with you. It was handled like it was just
24 business as usual. Your car was shot up, get in and

1 go home. That isn't how I do business.

2 Q. So what do you think they would have done
3 differently had it been --
4 A. I would have called -- you know, a good police
5 officer would have called the detectives and said,
6 listen. We just got a guy that was shot at. Why --
7 His car was shot up. Why don't you come down and
8 talk to him or why don't we send him down to
9 headquarters and you talk to him and see if there is
10 any evidence that we can collect from the vehicle.
11 Q. Do you think they would have done that if you
12 were white?
13 A. Oh, absolutely.
14 Q. What makes you think that?
15 A. Well, I don't know of any white person in
16 Reading being treated like this. I don't know that.
17 Q. How many white people do you know in Reading?
18 A. Very few. But I do -- there is a reporter up
19 there that if I was the terminator saying how many
20 white attorneys -- and I will get that information, I
21 will get them statistics and I will bet you it's
22 going to be zero.
23 Q. Who were shot?
24 A. Shot at.

1 Q. By the drug dealers?
2 A. I don't know.
3 Q. Or gangs or whoever?
4 A. I don't know this. They were --
5 Q. Not shot at by the police?
6 A. Not by the police. But, you know, I don't
7 know. I don't expect you possibly to understand, I
8 don't, because you are representing your clients and
9 you will do the best of your ability. I understand
10 that and I don't hold nothing, not one iota of
11 disrespect for you. Not one, but I want you to
12 understand what it feels like to be a person of
13 color, to be a person that has been victimized by the
14 system, to be a person that has been in and out of
15 trouble all of his life because of a lack of funds,
16 because of probably -- and to be doing okay, not
17 great, but to be doing okay and to be thinking I
18 don't have to be out here hustling and hustling. And
19 that, just -- I never hustled in drugs but I never
20 had to be a part of, you know, shooting crap and
21 these things. I have thought for the most part my
22 life was taking a turn for a positive direction. I
23 thought for the most part that me helping another
24 human being. I didn't see her as a stripper, I

1 didn't see her as a drug dealer. She is a white
2 girl. I saw her as a human being that needed help.
3 I didn't want to have sex with her. I don't know
4 what she looks. I have never seen her with her
5 clothes off as a dancer because I was never in the
6 bar. I only seen her with her clothes on but I knew
7 I had a good heart and I just wanted to help people
8 because when I help people, this is what I say, you
9 quote me on this, when they go to pay me back I say
10 don't give it back to me, just help somebody else the
11 way I helped you and keep the gift moving. And that
12 is where I was at.
13        So please try to understand I am being
14 thorough and I sat here at length and I told you the
15 things. I am ashamed of my past but I don't run from
16 my past. You asked me and I will tell you honestly,
17 honestly, honestly, and it's the truth. I
18 have not lied not one iota, to the best of my memory
19 but I think that I was within one one-thousands of an
20 inch from not seeing my children.
21        And Tom can tell you. My little girls are
22 absolutely gorgeous. They could probably go into
23 Hollywood tomorrow. Armani, she has this little
24 pecan tan, her hair is sandy color but the tips are

1 as blond as blond. So blond. Her eyes are green and
2 her eyelashes are that long. Giavanna, every time
3 they see her, people follow her around the store.
4 Fascinated with her. Her beauty and the only reason
5 I think that I live is for my children. That is what
6 I think I live for, so that I can get them through.
7 And I teach those little girls, I tell them,
8 honestly. I said, down there you never let a man
9 touch you there. You understand you never let a man
10 touch you there. I drill that in their head every
11 day or every once a week. Don't you do that. Those
12 little girls playing with little boys and I just want

13  to make them strong.
14      And you know what, I think it is a bunch
15  of BS when people say that a mother can't raise a
16  little boy. A mother can raise a little boy one
17  thousand times better than any man can ever. If you
18  take Shaceida O'Neil and Dennis Rodman, Dion Sanders
19  were raised by the mothers. They came on to be
20  basketball greats. Michael Jordan, raised by the
21  mother. The list goes on and on and on.
22      So I think on the other side of that coin,
23  father's do a better job with little girls than
24  mothers do because they develop some of the

**Page 110**

1  callousness of a man and they begin to know the ways
2  of a man. So that when a man approaches them they
3  are not emotional. That is what I believe. That is
4  what my experience has been.
5  Q.  What did you do that night after you finished
6  speaking with the police officers?
7  A.  I went home. I went right home and we took
8  pictures of the car. We took a videotape of the car.
9  Q.  You still have copies of those?
10  A.  Yeah. I will give you that. You can have
11  that. Even the insurance company took it. Even the
12  insurance guy said to me, we don't understand why the
13  police didn't come and get those bullets. They held
14  the car. They held waiting for the police.
15  Q.  What is the name of your insurance company?
16  A.  Oh, God. What is that? Progressive.
17  Q.  Do you have a copy of your policy or your agent?
18  A.  God, I can get it. I don't have it. They took
19  -- they took a CD thing. I will give you copies of
20  all that. I just got to get it.
21  Q.  You have digital photographs they took of the
22  car?
23  A.  Yeah. It was in a disk and if I don't have the
24  equipment to do it I will give it to you and return

**Page 111**

1  it to me.
2  Q.  We can do that.
3  A.  And then, you know, what I wanted to tell you
4  before, this is true.
5      I have a niece who is going to school to
6  be a psychologist. Her brother is a state trooper
7  down here in Philadelphia. The only difference
8  between you and her is her hair is a little bit
9  blonder but the two of yous are almost identical and
10  your physical makeup. That is why I feel comfortable
11  with you.
12      MS. FULTON:  Off the record.
13      (Whereupon, a discussion was held
14  off the record.)
15      (Proceedings were reconvened with
16  all counsel and the witness being
17  present.)
18  BY MS. FULTON:
19  Q.  Let me ask the question this way.
20      Did you sustain any injuries as a result
21  of your encounter with the Reading Police Department?
22  A.  Just my nerves just were so shattered. I
23  developed paranoia. You don't know how much
24  paranoia. I went up to Doctor -- Doctor Daley and we

**Page 112**

1  talked about this and we talked about it. And I
2  said, doctor, I said, just aggravation, frustration,
3  you know. Were there physical injuries? No.
4  Mental? Yes.
5  Q.  And were those mental injuries caused by the
6  police officers or by the shooting?
7  A.  Both. There is so much frustration, honestly.
8  Just frustration, anger, anger, anger, anger. You
9  got to just try to imagine, you're within one
10  one-thousands of an inch from not ever being there,
11  not ever seeing my little girls ever again and for
12  what.
13  Q.  I understand.
14      And that was not caused by the police,
15  right?
16  A.  No. I never alleged that.
17  Q.  Okay.
18      What injuries did the police cause to you?
19  A.  Mental anguish. Just totally not treating me
20  well. Not treating me good. Making me feel like I
21  was less -- that the drug dealers or whoever was
22  shooting at me, it seems like they gave them more
23  respect than they gave me.

24  Q.  Did you receive any treatment?

**Page 113**

1  A.  Oh, yeah.
2  Q.  As a result --
3  A.  Counseling. I went to get counseling from
4  Doctor Daley.
5  Q.  Was Doctor Daley's counseling after this
6  incident different from his counseling to you before
7  this incident?
8  A.  Oh, yeah. He tried to steer me in a way from
9  harboring bad thoughts. He said, well, you know, he
10  didn't -- he didn't say, oh, bad, bad police
11  officer. No, he didn't do that. He said, maybe they
12  were -- you know, just bogged down with what they
13  were doing. He offered me different options.
14  Q.  And what do you think of those options?
15  A.  They could be justified. I don't know. But
16  personally, this is what I personally see because
17  Doctor Daley doesn't really know. I think that the
18  police morale in Reading was so poor I was just
19  caught up in the middle of it. I really do.
20      I think that when I read the newspaper
21  articles that then Chief of Police was just not
22  caring about the poor people.
23  Q.  What was the Chief's name at the time?
24  A.  I can't remember, but they got rid of him or

**Page 114**

1  they reduced him in rank. There is something that
2  they did and I just, honestly, I just think the
3  morale of the Reading Police Department was so low
4  that I was the victim of that low morale.
5  Q.  And just so I am clear, what do you base your
6  opinion that the morale was low on?
7  A.  Just the newspaper articles and the fact that
8  the cops were just so lackadaisical. They didn't
9  investigate anything. Nothing, nothing.
10  Q.  About your incident?
11  A.  Right, and that the people to me, that the
12  people in Reading were absolutely being terrorized.
13  And what I say, the low morale, if it was a normal
14  police officer, if there is a shooting -- I was shot
15  one time and I went to the hospital. You know, cops
16  were in that hospital asking me what happened, who
17  shot you, how they asked me. Ninety million
18  questions. This did not happen. That is a thorough
19  police department. I lied to the police officer. I
20  said, well, I shot myself and it later became -- he
21  went to school with me, John Border. He said to me,
22  he said, Jimmy, we went to high school together,
23  junior high. He says, bullshit. You didn't shoot
24  yourself. You just don't want to tell who shot you.

**Page 115**

1  He knew right away, John. He knew right away that I
2  was lying, but my life -- I think -- I am old enough,
3  fifty-nine years old, I don't have the hostilities
4  that other people have towards police officers. I
5  don't have any animosity but I feel that I am
6  justified in how I think and feel, how those
7  particular officers treated me and it was a reflex on
8  the whole police department. And I could only
9  imagine what it's like for those other people to live
10  in the shootings and shootings day in and day night
11  because I know now because I know how you treat it.
12  No one has to tell me.
13      But here I am sitting here with these
14  bullets to this day. To this very day, this hour,
15  this second, no one has ever asked me for those
16  bullets. How would you feel? So is that concern?
17  Do you think that is concern? Do you think that is
18  fair as a police department? Do you think that is
19  what is fair to the taxpayers of Pennsylvania is to
20  look forward to when they, themselves, became a
21  victim of a violent crime or of a violent act, an act
22  of murder, attempted murder toward them? No, I don't
23  think I should have to be made to feel like that. No
24  human being. No human being. I don't care if you

**Page 116**

1  was in jail ten times, doesn't matter. You don't
2  know -- no one has a right to be treated less than a
3  human being or like they were not even a citizen of
4  this country. Nobody has a right to be treated that
5  way. And I think that in all honesty that the least
6  you could have done, make me feel good. Just ask me,
7  hey, are you okay, buddy. Are you sure. You need to
8  go to a doctor. Let me take you to a hospital, check

9   you out.
10   Q. And if they had done that?
11   A. I probably would have never felt so badly.
12   Q. Then you wouldn't have filed a lawsuit?
13   A. I don't know that that is true. I am pretty
14   much an honest person. I don't know if that is true
15   but I know that the streets of Reading have to be
16   made safer. And when I see all those trees on
17   Franklin Street, I did not know what Franklin Street
18   was, and I swear before God, I did not know it was a
19   place for drug dealers and hookers. I did not know.
20   Q. Why did you call the editor of the Reading Eagle
21   after this incident?
22   A. Because of the way I was treated. Because of
23   the way I was treated. They wanted to do my picture
24   in the paper. They wanted to talk about

**Page 117**

1   Reading. I can't do that. I can only talk bad about
2   what I experienced. I can only imagine how difficult
3   it is for those other people that live in that drug
4   infested violent area.
5   Q. So the editor of the Reading Eagle wanted to do
6   an article --
7   A. They wanted to put a picture of me on
8   television. I said I can't do that. They wanted to
9   take a picture of the car, a picture of me standing
10   next to the car. Oh, they wanted to do a real big
11   story on it. Oh, I felt then I was going to be used
12   against the Reading Police Department and there was
13   no way I was going to do that. Because, as I said,
14   Kyle Bollinger is as fine a Reading police officer
15   that I have ever met, really. I was not going to let
16   me be used to take down the Reading Police Department
17   so the Reading Eagle can sell newspapers. That was
18   not going to happen. They called me fifty times.
19   Well, we want to do a story. We want to show how the
20   tax dollars work, blah, blah, and it could be some
21   lawyer or some doctor, some businessman downtown and
22   what is it going to take, one of these people to get
23   killed or one of their kids to get killed. They had
24   it all hyped up and ready to go. I turned them

**Page 118**

1   down. I want you to know that. I want you to know
2   that and if I really had animosity really towards the
3   police department, I had a form and I had contacts to
4   talk to other people. I could have conjured up a lot
5   of stuff. I think I handled it pretty good
6   considering how mad I was for what happened to me.
7   Really.
8       And I am going to say this again and
9   again, and I will say this to the day I die.
10   Whatever I did in my past, I did in my past, but even
11   those that died with Jesus on the cross were treated
12   respectfully. And I felt that I, too, was minding my
13   own business. Remember, bear in mind, I was not
14   there to recruit anybody. I was not cruising around
15   Reading. I went there to do a good, kind, decent act
16   for another human being. That is what I did and in
17   return and I said to myself, God, what did I do to
18   deserve all these bullet holes. What did I do, so I
19   left.
20       And I don't -- and, no, I don't -- I can't
21   tell you enough times, I don't hate the Reading
22   Police Department. Please, please believe that.
23   Those police officers, for whatever it is worth, when
24   they came up to me, I just -- I am telling you, I can

**Page 119**

1   understand the morale being low. They were not
2   interested in focusing on a crime. Just that this is
3   like, ha, ha. They seen so much of it. You are only
4   as good as your leader. You are only as good as your
5   captain. That is all.
6   Q. You said in the Complaint that you called the
7   Chief of Police and he called you back a few days
8   later?
9   A. Yes, he did.
10   Q. You don't know his name?
11   A. Honestly, I don't.
12   Q. And he spoke to you on the phone?
13   A. He spoke with me on the phone.
14   Q. And how did he treat you?
15   A. Believe me, please, it was not handled in a
16   professional way. He said, oh, nobody has been in
17   touch with you? Oh, well, somebody will be in
18   touch. He said, none of the detectives called you?
19   Nobody called you? No, no, no. He said, somebody

20   will be in touch with you in a couple of days.
21   Somebody, to that effect. Somebody will call you.
22   Q. So you explained to him what happened?
23   A. Oh, yeah.
24   Q. What you told us today?

**Page 120**

1   A. Oh, yeah. I was furious. I went off on him. I
2   said, listen. How would you like it to be shot up
3   and then when you turn to the police for help you got
4   to wait almost an hour when they are no more than
5   twenty-five, thirty feet away from you. Suppose I
6   would have been shot.
7   Q. Are you still receiving treatment for the
8   injuries you claim you sustained from that --
9   A. I still go over there, you know, because I have
10   a temper and I get these anxiety attacks and I still
11   talk to Doctor Daley. Yes.
12   Q. About this incident?
13   A. Yes. Yes, because what I see, it was -- please,
14   please understand me. When you look at it -- when
15   you look at it, I will send you copies of how it was
16   and then maybe you will understand why the police
17   officer was like, you are one lucky son of a bitch.
18   Because those bullets were headed right directly for
19   my chest. They would have blew this chest right
20   out. Make no mistake about it. Sitting in the car
21   and if it would have ricocheted it would have hit me
22   right in the head. When you sit down and you think
23   about this traumatic situation, you believe you want
24   to talk to somebody about it and I think I am doing

**Page 121**

1   the right thing by going and talking to somebody and
2   not out there in Reading protesting, down with the
3   Reading Police like so many other people are doing
4   marching against them. So I just go and I talk to
5   somebody help me understand.
6   Q. And you filed the lawsuit?
7   A. Pardon me?
8   Q. And you filed the lawsuit?
9   A. Yes, and I went to Doctor Daley. I said, Doctor
10   Daley, I said, my God, man. What is the world
11   becoming. And so it's always good to talk to
12   someone. Doctor Dedannia taught me that.
13   Q. Did Doctor Daley prescribe any additional
14   medication?
15   A. No. Just the Xanax. He said that he didn't
16   want to -- he wanted to give me other medication but
17   he felt that with my weak lungs, I have a bad lung,
18   with my bad lung and bad heart he said it could
19   conflict. He wanted to give me stuff to deal with
20   the way I was thinking because the way -- I was so
21   bitter, so angry, I just wanted to go up and just,
22   excuse the expression, every nigger I could catch and
23   kidnap him. That is exactly what it was like.
24   Q. You were angry at the drug dealers?

**Page 122**

1   A. I don't know.
2   Q. Or whoever shot at you?
3   A. Yeah. I don't know these people from -- I don't
4   even -- please understand. I was there to help
5   somebody. I am not interested in selling drugs. I
6   was not there for any illegitimate purpose and then
7   for the police to treat me the way they treated me
8   had me very, very angry, very angry and that is the
9   God's honest truth.
10   Q. Have you been to Reading since the incident?
11   A. Oh, yeah. Have I been down that street? During
12   the day.
13   Q. How many times have you been back?
14   A. Oh, God. What was that, a year ago. About
15   thirty, forty times I have been up there.
16   Q. Have you been to the Sovereign Center or that
17   area?
18   A. Well, there is a girl, I can't think of her
19   name, that I would always give her a ride when I was
20   there. But I usually go most of the time, like I
21   said, to the outlets and over West Reading, Vanity
22   Fair. Someone says, hey, a girl by the name of
23   Michelle, I can't think of her last name and I would
24   drop them off and give them a ride there. She is a

**Page 123**

1   bartender. I know a girl that is a bartender over
2   there.
3   Q. And you mentioned you have a lot of respect for
4   Tom Bollinger and you have family members who are

5 state troopers.
6      As a result of this incident, do you have
7 any problem with police officers?
8 A. Do I have distrust? Yes. Do I hate them? No.
9 I look at police officers now as, not all of them, I
10 advocate, what they speak and I deal with them on an
11 individual basis rather than on a general basis.
12 But, like I said, like Kyle Bollinger and I made that
13 perfectly clear to you. I think he is one of the
14 finest human beings that I have ever known.
15 Q. Do you know any other Reading police officers?
16 A. I met one but I don't know his name. He is a
17 young guy, great, and this was about five months ago
18 because some girl needed to go to Court up there.
19      THE WITNESS: What is the name
20 of that girl?
21      MR. ANTHONY: Oh. Bell.
22      THE WITNESS: Christina Bell.
23 She had a problem with a boyfriend. Her
24 boyfriend said she stole money from him.

### Page 124

1 She asked me, I met her at a mall and she
2 asked me if I knew a lawyer that I could
3 represent her and I got her Tom. And so
4 when she went to Court I went down there
5 and I will find out this officer's name.
6 Nice guy.
7 BY MS. FULTON:
8 Q. You have no problem with him?
9 A. No. No. Listen. I don't see -- I just don't
10 see -- I am sorry. I just think that I am just -- I
11 am just hurt, angry at the way I was treated.
12      I went and I still go see Doctor Daley and
13 I am always told by Doctor Dedannia, don't ever take
14 matters in your own hands. Pick up the phone and
15 talk to somebody. Talk to somebody and that is
16 exactly what I did.
17 Q. And you're angry and hurt about the way you were
18 treated? What you mean is, because they didn't ask
19 you if you were shot, ask you if you needed medical
20 attention --
21 A. They didn't take none of the evidence. I am a
22 law-abiding citizen, I expect my police department
23 wherever I went is to cooperate. They tell you that in
24 every -- every television program then when you go to

### Page 125

1 do that, nobody, nobody asked you two words, hey, can
2 I get them bullets. I swear to God. Every time -- I
3 had to take the bullets away because every time I
4 seen the bullets my mind would just go blank and I am
5 sure that if you were ever shot at and if you were a
6 father or a mother that has -- and it's just a couple
7 days before Mother's Day and somebody is trying to
8 kill you for no reason, none, zero, zero reason, I am
9 sure you would not be happy with the police
10 department. You would not be happy with the people
11 trying to kill you. How could you be. You are only
12 human.
13 Q. You said in paragraph 19 of your Complaint, you
14 made a point of saying that you are not a drug
15 dealer. You are not a pimp.
16      Why did you put that in the Complaint?
17 A. Because of the car. I didn't want to be
18 stereotyped.
19      When you look at the car, the way the car
20 is designed, in California anybody would have that
21 kind of car. In Reading, Pennsylvania, like I had --
22 the guy that has a car like this, the officer said to
23 me, were you here earlier. You ran a red light. I
24 said, no, I am from Allentown. I just got here. He

### Page 126

1 said, well, we were chasing a car similar to this
2 earlier tonight. So I later upon my own
3 investigation find out he is a drug dealer. I am
4 none of that.
5 Q. The car that they saw earlier --
6 A. Yeah.
7 Q. -- belonged to a drug dealer and it looked like
8 your car?
9 A. Identical.
10 Q. Identical.
11 A. Except for the wheels.
12 Q. In paragraph 31 of the Complaint you said, the
13 actions of the defendants and their failure to
14 protect visitors to the City of Reading have placed
15 an unreasonable and burdensome restrictions on your

16 freedom to travel in violation of the USA
17 Constitution.
18      How is there --
19 A. In other words, I shouldn't have to live in fear
20 with driving down the street at nighttime because of
21 fear in being shot at. That is the restriction. I
22 won't go down that street at dark time. If you
23 worked at the Sovereign Center, oh, can you pick me
24 up at eleven o'clock, I don't think so. I am not

### Page 127

1 going down that street. When I went down there
2 during the day, I mean, I had an anxiety attacks.
3 Feels like all the walls are going -- and that is
4 what I meant by restriction, on the right of freedom
5 to travel. I can't travel freely down that street,
6 can't. Not at nighttime. During the day.
7 Q. Because of the failure to protect?
8 A. Right. Exactly.
9 Q. In paragraph 37 you said that the defendants
10 have a policy of racial inequality that is
11 indifferent to your civil rights and liberties.
12 A. As I said to you earlier, I believe that if I
13 was a white person, if I was a doctor, lawyer or a
14 real estate agent or accountant, I don't think I
15 would have been treated the same way. I don't think
16 I would have been told I am one lucky son of a bitch
17 and that my car has been used as target practice. I
18 believe that there would have been a full police
19 investigation. I believe that the police department
20 would have collected the evidence and I think they
21 would have asked me if I needed help and I think they
22 would have treated me with the utmost of dignity.
23 They didn't do that.
24 Q. What evidence that the defendants have a policy

### Page 128

1 of racial inequality do you have?
2 A. Well, as I said, I don't believe that -- if
3 you like -- I mean, I can go ahead and go to the
4 Reading Eagle and get a list of how many white
5 persons were shot as and ask them and if they were
6 treated the same way. I believe this, what I wrote.
7 I believe that I was treated indifferently because
8 when I talk to different police departments they ask
9 me, was this done, was that done. I says no. Did
10 they collect the evidence. Did they impound the
11 car. Did they make sure you were okay. None of the
12 things that a police officer should have done is done
13 here. I don't care how. If I have to, I will go to
14 different police departments and get what their
15 regulations are with respect to a shooting and with
16 respect to a victim in a shooting, if we go to
17 trial I will be prepared with that information.
18 Q. You also said that race or gender was a deciding
19 factor in how you were treated?
20 A. I believe that. That is what I believe.
21 Q. Was race or gender or both? Do you think you
22 would have been treated differently if you were a
23 woman?
24 A. If I was a white woman I would have been treated

### Page 129

1 differently. If I was a white man I would have been
2 treated differently. Yes. I believe exactly what I
3 wrote here.
4 Q. Before we were first getting started, you
5 mentioned you had your deposition taken in the last
6 five months.
7 A. Yes.
8 Q. And you said that is a lawsuit you have against
9 the Allentown Zoning Board?
10 A. Yes.
11 Q. Is that lawsuit pending in State Court or in
12 Federal Court?
13 A. Federal Court.
14 Q. In the Eastern District?
15 A. Yes.
16 Q. Which Judge?
17 A. Judge Lacom Davis and Tom Anthony represents me
18 in that lawsuit and John Keller; Attorney John
19 Keller.
20 Q. And do you know who represents Allentown?
21 A. James Hubert.
22 Q. Have you been involved with any other civil
23 lawsuits?
24 A. I am trying to think. Just a -- what was it?

**Page 130**

1  Against the City of York. County of York. What was
2  that? Injunctive relief, right.
3  Q.  When was that?
4  A.  Oh, God. That was almost two years ago.
5  Q.  Versus York County?
6  A.  Uh-huh.
7         MR. ANTHONY: City, not the
8  county.
9         THE WITNESS: Was it the city?
10        MR. ANTHONY: I think it was.
11  BY MS. FULTON:
12  Q.  Was that in Federal Court?
13  A.  Yeah. Up in the Middle District.
14        See, what happened there was, the Court
15  said, and I am undecided whether I want to sue them.
16  They said I did not have any standing for injunctive
17  relief, however, they left open the fact that I could
18  bring a suit for violating my rights.
19  Q.  How did they violate your rights?
20  A.  Well, it was on a PFA. I wrote a letter about
21  my daughter Conciata and the police took the letter
22  and said that I was in violation of the PFA order.
23  Well --
24  Q.  Protection From Abuse?

**Page 131**

1  A.  Right. When that was issued it's checked that I
2  could talk with her concerning the custody. Well,
3  they took that and said, well, we are going to charge
4  you with indirect criminal contempt. Was there
5  anything threatening in the letter? Absolutely not.
6  What is the letter? Randell handed the opinion down
7  and -- what she basically said is, you don't have
8  injunctive -- you don't have a standing for
9  injunctive relief but a lawsuit is a different story
10  because it's a serious First Amendment violation.
11        And the fact was, that I wrote the letter
12  to the mother inquiring -- telling her about my
13  daughter and wanted to see her and resolve the
14  custody dispute. And I think that we do have in the
15  transcript from Judge Ford who encouraged me to
16  contact the mother to resolve the custody issue.
17  Q.  The mother has a Protection From Abuse order?
18  A.  Not no more she did, but when I did this York
19  County -- York, the city, the City of York, I guess
20  the mother took the letter and said, well, he had
21  contact with me. Well, I had contact but not in a
22  negative way. Hi, how is my daughter. When can I
23  see her. When can we resolve the custody issue and
24  that is what that was about.

**Page 132**

1  Q.  Okay.
2         Other than the lawsuit versus Allentown
3  and the lawsuit versus York, any other lawsuits?
4  A.  I had one against the Morning Call Newspaper.
5  Q.  How long ago was that?
6  A.  That was about five, six years ago and that was
7  settled out of court.
8  Q.  What Court was that in, State or Federal?
9  A.  Federal.
10  Q.  In the Eastern District?
11  A.  Yes.
12  A.  What Judge was that? He is from -- gees, I
13  can't think. He is retired now. McTroutman. Did
14  you know Judge McTroutman?
15  Q.  No.
16  A.  Beautiful Judge. Beautiful. Beautiful man. He
17  is retired now but he ruled against -- it was the
18  first case in history in the United States where the
19  major newspaper company was ruled against. It was
20  the First Amendment issue too. They wouldn't -- they
21  had all sorts of white advertisers for the adult
22  business in the newspaper but when he came to me they
23  said I couldn't and they didn't justify why I
24  couldn't. So the District Court said they were

**Page 133**

1  wrong.
2  Q.  And you were advertising for what?
3  A.  The erotic dance club.
4  Q.  Any other lawsuits?
5  A.  No, not that I know of. Not that I can think
6  of.
7         MR. ANTHONY: Custody actions.
8  BY MS. FULTON:
9  Q.  Where was your deposition taken in this

**Page 134**

10  Allentown --
11  A.  Jim Hubert's office.
12  Q.  Where is that?
13  A.  That is Hamilton Street in Allentown.
14  Q.  Allentown?
15  A.  Jim is a nice guy too. I have respect for Jim.
16  Q.  Did you have any depositions in the case against
17  York?
18  A.  No.
19  Q.  What about in the case versus The Morning Call?
20  A.  No.
21  Q.  Have you ever sued Lehigh County?
22  A.  Oh, when I was a prisoner. Yeah.
23  Q.  Any other lawsuits when you were a prisoner?
24  A.  I won that case too.

**Page 134**

1  Q.  What was the basis of your lawsuit when you were
2  --
3  A.  Lehigh County?
4  Q.  Yeah.
5  A.  What happened was, I was on a pretrial detainer,
6  I was representing myself so what they did is, they
7  sent me in one direction, sent my legal material in
8  another direction and the Third Circuit Court of
9  Appeal said this is a no-no. Can't do that.
10  Q.  How long ago was that?
11  A.  What was that? Back in '87, '88. Other than
12  that, I can't think of anybody else that I sued.
13  Q.  Have you been sued by anybody?
14  A.  No. You want to sue me? You make me laugh. I
15  get a kick out of you. Have I been sued by anybody?
16  No. Most people say they just don't want to -- I can
17  write a lot. This is really, this is really nothing.
18  Q.  The Complaint?
19  A.  Oh, it's nothing. Usually I write and write and
20  can't stop writing. It's like a habit.
21  Q.  I think I have a few more questions for you.
22        We served interrogatories and document
23  requests on you in the beginning of October before
24  your lawyer got involved.

**Page 135**

1  A.  I never got them.
2         MR. ANTHONY: I will make sure
3  he fills out that stuff and gets you the
4  information.
5         THE WITNESS: I never got it.
6  Did you get it?
7         MR. ANTHONY: Can you make a
8  copy while I am here?
9         MR. FULTON: I will make a
10  copy.
11         MR. ANTHONY: If I had it, he
12  would have had it.
13         MR. FULTON: I will make sure
14  he responds to that promptly.
15         THE WITNESS: Try to ask for
16  demur, ha. You make me laugh. I like
17  you. How did you get in this firm? This
18  is a big firm.
19         MR. ANTHONY: Off the record I
20  guess.
21         (Whereupon, a discussion was held
22  off the record.)
23         (Proceedings were reconvened with
24  all counsel and the witness being

**Page 136**

1  present.)
2  BY MS. FULTON:
3  Q.  Have you ever received any treatment for drug or
4  alcohol dependency?
5  A.  No. No. You didn't hear a word I said before.
6  I understand.
7  Q.  Other than your treatment with Doctor Daley and
8  Doctor Dedannia, Doctor Shingles and Doctor Geronimo,
9  have you received any other counseling or therapy or
10  psychiatric treatment?
11  A.  No. Not that I can think of.
12  Q.  Have you filed any complaints either against or
13  with any other police departments?
14  A.  I think so. Maybe in that suit against
15  Allentown. Maybe that. Maybe.
16  Q.  The zoning suit?
17  A.  Yeah, the zoning suit.
18        If I can, let me try to clarify so you are
19  not in the dark. If I did, I think the Allentown

**Page 137**

20  police -- I don't think I did, but if I did it was
21  because the zoning -- largely what the Complaint was
22  from the zoning office was that because if there was
23  loud people coming out of a bar they used -- they
24  used -- no, I didn't sue the Allentown Police

1   Department which I should have. They used the police
2   department to regulate zoning hours.
3        THE WITNESS: What did I say?
4        The name of the complaint was a police
5   problem and not a zoning problem. Okay?
6        And this whole matter with the suit
7   against Allentown. Jimmy Hubert knows it
8   and I will call Jim in maybe a week or
9   two, tell them they can go away. Even
10  like Judge Davis said, he would rather it
11  be worked out out-of-court. He told Jim
12  Hubert because I don't think this thing
13  is going to go away because let me just
14  tell you what happened up there in this
15  situation.
16       Here is Eric Featherman, he is
17  another man who owns a strip club. He
18  gets busted for selling drugs. I don't
19  sell drugs. They don't try to close him
20  down.
21  BY MS. FULTON:
22  Q.  But you don't own this strip club?
23  A.  I own the building. I own the building, do you
24  understand? But in the event, I may want my sons to

**Page 138**

1   take it over. I want them -- I don't know why, a
2   person who sells alcohol all the time has a right to
3   stay open later than a person that doesn't sell
4   alcohol.
5   Q.  You mentioned before that Margarita is a woman
6   who is not a dancer but she is a waitress and tends
7   the bar?
8   A.  Right.
9   Q.  Is there a bar?
10  A.  Yes.
11  Q.  At the club?
12  A.  Yes, there is.
13  Q.  But it doesn't serve alcohol?
14  A.  Doesn't serve alcohol. You can get soda, water,
15  beer, or tea. Potato chips, hot dogs and hamburgers
16  but you can't get near alcohol.
17  Q.  And the beer is non-alcohol?
18       MR. ANTHONY: Right?
19       THE WITNESS: Sometimes we sell
20  the near beer, two percent.
21  BY MS. FULTON:
22  Q.  Were there any witnesses to your interaction
23  with the Reading Police Department?
24  A.  There are people there but I don't, I don't -- I

**Page 139**

1   have been looking for the two girls that I saw that
2   night that stood there but I don't know where they
3   are at. Plus it was late.
4   Q.  Was anybody waiting with you while you were
5   waiting to talk to the police officers?
6   A.  Just them two girls. I don't know them and they
7   just said to me, oh, they are hating on you, on your
8   car. They are hating on your car. I said I guess
9   that is street terms that they are jealous. I
10  guess. Yeah, I am going to call and see -- cause
11  Judge Davis said that we should try to work it out
12  and he is right because Jim, you know, all I want is
13  that they give the bar the right to be open Friday
14  and Saturday until two a.m. Give me that. We will
15  have a compromise. If not, we will be forever in
16  that Federal Court because I don't think it's right
17  that an actual bar can stay open and they don't serve
18  alcohol continuously, continuously and I don't serve
19  alcohol. And then we have under twenty-one clubs in
20  Allentown and the under twenty-one clubs can stay
21  open to one a.m. in the morning and those kids are
22  sixteen, seventeen. And if they have the Rave Club,
23  they can stay open until four o'clock in the morning,
24  so why can't I. I am the only club in the state of

**Page 140**

1   Pennsylvania that must close at twelve o'clock. The
2   only club and I think that is unreasonable.
3   Q.  I understand what you want to get out of that
4   lawsuit against Allentown.

**Page 141**

5        What do you want to get out of this
6   lawsuit against Reading?
7   A.  You are very good, you know that? You are very
8   good. That is smooth. Very polished. They picked
9   you well, I mean that. I am not trying to be
10  facetious at all. I don't know. Let me think about
11  it. Maybe, maybe we can come to a happy ending.
12       What is that at Friendly's they give you,
13  the happy ending, the sunday. The happy ending
14  sunday they give you after you eat the meal. You
15  know what I mean?
16  Q.  I know what you mean.
17       As you sit here right now --
18  A.  To be honest with you, honest to God, I swear to
19  you and I respect you, I really do, I never gave it
20  an ounce of thought. I never did, but I will. And,
21  hopefully, if we can reach some agreeable term I will
22  go my way, they go their way and that will be the end
23  of that. Okay? I am not out to drink blood or
24  embarrass anybody. I am not out to do that. If I

1   wanted to do that I would have took the Reading Eagle
2   up on their offer, honest to God. You treat me like
3   a clown, when you are standing next to my car, next
4   to the picture, close call. I forgot the headlines
5   he wanted to call it. You got an ax to grind with
6   the City of Reading, don't use me because one day I
7   may want to open a business down there and I will
8   need their help and maybe because of the laxity of a
9   couple police officers that doesn't necessarily
10  reflect the whole police department. Okay?
11  Q.  And you think that is the case here?
12  A.  Right.
13  Q.  That a couple cops --
14  A.  No. Please believe me. You know, like I told
15  you, Kyle Bollinger, I can't tell you enough and it's
16  one young police officer that I met.
17       THE WITNESS: You remember, I
18  was talking to this police officer. He
19  was like my friend. Like we knew each
20  other for five, seven, ten years. He was
21  telling me, he said, do you know that
22  girl. I said no, not really. He says,
23  oh, she is a fast number. You ought to
24  be careful. He says, I had her

**Page 142**

1   arrested. I arrested her, what, he said,
2   five, six, seven years ago. Oh, yeah.
3   He was very helpful to me. Class, class
4   guy.
5   BY MS. FULTON:
6   Q.  So your Complaint is really against the two
7   officers you dealt with that night?
8   A.  And the dispatch lady who could have sent
9   somebody out right away. We are talking about a
10  shooting versus a burglary.
11  Q.  What makes you think the dispatcher treated you
12  differently than she would have treated somebody
13  else?
14  A.  She didn't know what color I was, so I am just
15  telling you that on shootings they just had -- and
16  that's what the Reading Eagle was after, believe me.
17  They wanted to embarrass your police department, your
18  clients to show -- they want me to say, well, how
19  long did you sit there. Were you shot. Did she know
20  you were shot. Okay? But there you were -- they
21  allowed you to just sit and wait while they were
22  doing whatever they were doing. You know how
23  newspaper people are. You know that. Yeah.
24  Q.  But the dispatcher didn't know what color you

**Page 143**

1   are or what kind of car you were driving?
2   A.  I didn't say she was a racist. I did not say
3   that but I think that she kept saying to me, well,
4   someone will be there. Someone will be there. Well,
5   I have to call them.
6   Q.  Did she ask you if you were hurt?
7   A.  No. I will subpoena and you can hear it. There
8   was nothing there.
9   Q.  Is there anything about the incident that you'd
10  like me to know that I haven't asked you?
11  A.  Other than the fact that you are a very nice
12  attorney and you are very sharp and very polished. I
13  always wanted to be a lawyer and so when I see one
14  that is good I am the first to compliment you. The
15  very first.

16    Did you know I became friends with Melvin
17 Belli, B-E-L-L-I, Percy Formen, P-E-R-C-Y,
18 F-O-R-M-E-N, also Lou Katz.  I have gotten to know
19 some of the biggest gun attorneys in this country
20 because I write and I would write to them and Roman
21 Castro from San Diego.  Even -- what is his name?
22 Manny DiMetro from Reading, I consider him one of the
23 best trial attorneys in the United States.  I can
24 tell you honestly, when it comes from me and I tell

**Page 144**

1 you I respect you and I like you and I think you
2 carry yourself well, that is only because I have been
3 around a lot of lawyers because my trials have been
4 around the United States.  I met a lot and I hope the
5 best for you.
6 Q.  Thank you.
7 A.  I mean that.  Whatever happens here, happens
8 here.  I want the best for you.  You are a class act.
9 Q.  Thank you.
10 A.  I like the way you handle a guy like me.
11    Are we done here?
12 Q.  We are done.
13    (At 2:40 p.m., proceedings were
14 concluded.)
15
16
17
18
19
20
21
22
23
24

**Page 145**

1    C E R T I F I C A T I O N
2
3
4    I HEREBY CERTIFY that the proceedings and
5 evidence are contained fully and accurately in the
6 stenographic notes taken by me upon the foregoing
7 matter on Wednesday, December 3, 2003, and that this
8 is a correct transcript of same.
9
10
11
12
13
14
15
16    Celeste Perla, RPR, CSR, Merit
   Reporter and Notary Public
17
18
19    (The foregoing certification
   of this transcript does not
20    apply to any reproduction of
   the same by any means,
21    unless under the direct
   control and/or supervision
22    of the certifying reporter.)
23
24

# EXHIBIT E

*Criminal Mischief / Shots Fired* *(handwritten)*

**READING POLICE DEPARTMENT**
**CRIME INVESTIGATION REPORT**

PRIMARY OFFENSE TITLE: CRIMINAL MIS.

2001 *(handwritten)*

| ASSIGNMENT NUMBER: 2002-35601 | DATE & TIME OFFENSE REPORTED: | | | | DATE & TIME OFFENSE OCCURRED | | | | DAYS(S) OF THE WEEK | PHYSICAL EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| DISTRICT: 106 | CENSUS TRACT: 26 | MONTH 06 | DAY 14 | YEAR 2002 | TIME 0131 | M 06 | D 14 | Y 2002 | APPROX | ☐ YES ☐ NO |
| | | | | | | M 06 | D 14 | Y 2002 | T 0131 FRI | |

LOCATION OF OFFENSE: 900 BLK. FRANKLIN ST.   TYPE PREMISES: CITY STREET   WHERE REPORTED: 500 BLK. PENN ST.   EVIDENCE TECH'S NAME:   SF ▼

POINT OF ENTRY OR MEANS OF ATTACK: SEE NARRATIVE   BUSINESS NAME: N/A   TYPE OF WEAPON/INSTRUMENT USED: FIREARM   S-1 REPORT SUBMITTED? ☐ YES ☑ NO

(13) *(handwritten)*

INDICATE WITH THE PROPER CODES PROVIDED A PERSON'S RELATIONSHIP TO THE INVESTIGATION.

1-COMPLAINANT    2-WITNESS    3-NAME OF INTEREST    8-VICTIM    9-INDIRECT VICTIM

| | NAME | ADDRESS | RACE | SEX | D.O.B. | TELEPHONE NUMBER(S) | CODE |
|---|---|---|---|---|---|---|---|
| A | JASON ROMAN | 2327 HANOVER AVE ALLENTOWN PA | B | M | 1-30-44 | H: 610-821-0248 W: | V/O |
| B | | | | | | H: W: | E |
| C | | | | | | H: W: | F |
| D | | | | | | H: W: | G |
| E | | | | | | H: W: | H |
| F | | | | | | H: W: | I |
| G | | | | | | H: W: | J |
| H | | | | | | H: W: | K |

VICTIM INJURED? ☐ YES ☑ NO   HOSPITAL:   ATTENDING PHYSICIAN:   NATURE OF INJURIES:   VICTIM ADMITTED? ☐ YES ☐ NO   L

DEFENDANT/SUSPECT #1 (INCLUDE AKA): UNKNOWN   RACE: SEX: D.O.B.: HEIGHT: WEIGHT: HAIR COLOR:

ADDRESS:   S.S. NO.:   O.L.N.:   ADDITIONAL DESCRIPTION:   ARREST? ☐ YES ☐ NO ☐ PENDING

DEFENDANT/SUSPECT #2 (INCLUDE AKA):   RACE: SEX: D.O.B.: HEIGHT: WEIGHT: HAIR COLOR:

ADDRESS:   S.S. NO.:   O.L.N.:   ADDITIONAL DESCRIPTION:   ARREST? ☐ YES ☐ NO ☐ PENDING

DEFENDANT/SUSPECT #3 (INCLUDE AKA):   RACE: SEX: D.O.B.: HEIGHT: WEIGHT: HAIR COLOR:

ADDRESS:   S.S. NO.:   O.L.N.:   ADDITIONAL DESCRIPTION:   ARREST? ☐ YES ☐ NO ☐ PENDING

VEHICLE STATUS: ☐ RECOVERED ☐ STOLEN ☐ SUSPECT ☑ TARGET   COLOR (TOP/BOTTOM): BLACK   MAKE: LEXUS   MODEL: GS400   BODY STYLE: 4DR   IMPOUND? ☐ YES ☐ NO

LICENSE PLATE INFORMATION: STATE PA YEAR 02   LICENSE NUMBER: ELM-3055   VEHICLE ID NUMBER: JT8BG68X1Y0023206   VEHICLE TITLE NUMBER:   IDENTIFYING CHARACTERISTICS:

REGISTERED OWNER: SAME AS VICTIM   OWNER'S ADDRESS:   RACE: SEX: D.O.B.:   TELEPHONE NUMBER:

REPORTING OFFICER: *(signature)*   COMPUTER NO.: 009   REVIEWING SUPERVISOR: *(signature)*   COMPUTER NO.:   FOLLOW UP BY: ☐ PATROL ☐ Y.A.D. ☐ C.I.D. ☐ VICE ☑ NONE

CLEAN ENTRY   DATE & TIME:   BY WHOM:   MESSAGE NO.:   RADIO G.B.   BY WHOM:   DATE & TIME:

RPD A-2 9/96   PREPARED BY: *(handwritten)*   E-10 BY:   CLASSIFICATION CHANGED? ☐ NO ☐ YES, TO:   ENTERED BY:   PROPERTY BY:   SPECIAL DISTRIBUTION BY:   DAILY BULLETIN BY:

Below For Records Use Only

Distribution:  WHITE - Records Office,  YELLOW - C.I.D.,  PINK - Crime Analysis

# READING POLICE DEPARTMENT
## SUPPLEMENTARY OFFENSE REPORT

SCANNED

| ASSIGNMENT NUMBER: | PRIMARY OFFENSE TITLE: | DATE OF ORIGINAL REPORT: | DATE & TIME OF THIS REPORT: |
|---|---|---|---|
| 2002-35601 | CRIMINAL MISCHIEF | 06-14-02 | 6-14-02 0216 |

**TYPE OF REPORT**
- ☒ CONTINUATION OF ORIGINAL REPORT
- ☐ ADDITIONAL INFORMATION
- ☐ FOLLOW-UP INFORMATION
- ☐ SUPPRESSION HEARING
- ☐ HABEAS CORPUS HEARING
- ☐ CRIMINAL COURT
- ☐ JUVENILE COURT
- ☐ SENTENCE COURT
- ☐ OTHER (EXPLAIN)

**Narrative:**

OFF. M.F. EDDINGER #009 READING POLICE DEPT. PG#2

FRIDAY, 06-14-02, 0216 HRS, THE VICTIM/COMPLAINANT JASON ROMAN DOB: 01-30-44 REPORTED THAT ON THIS DATE, AT APPROX 0130 HRS, HE WAS TRAVELLING EASTBOUND IN THE 900 BLK FRANKLIN STREET, AT THAT TIME, HE HEARD APPROX 20 LOUD POPPING SOUNDS WHICH HE THOUGHT MIGHT BE FIREWORKS. SHORTLY AFTER THE INCIDENT, ROMAN FOUND THAT 2 BULLETS STRUCK HIS WINDSHIELD AND 1 BULLET STRUCK THE LEFT REAR DOOR.

ROMAN'S VEHICLE IS A BLACK 2000 LEXUS GS400 4DR, W/ PA REG. FLM-3055.

OFF. GABRIELLI HAD REPORTED HEARING GUNSHOTS IN THE AREA AT APPROX 0130 HRS.

ESTIMATED DAMAGE IS APPROX. $1000.00

SPECIAL DISTRIBUTION REQUESTED: ☐ YES  ☐ NO

| CLASSIFICATION CHANGED? | PRIMARY TITLE: | REPORTING OFFICER: | COMPUTER NO: | REVIEWING SUPERVISOR: | COMPUTER NO: |
|---|---|---|---|---|---|
| ☐ NO  ☐ YES, TO: | | M.F. Eddinger | 009 | | 304 |

**Below For Records Use Only**

| RPD A-3 10/94 | PROCESSED: | QUALIFIED BY: | CLASSIFICATION CHANGED? ☐ NO  ☐ YES, TO: | U.C.R. CODE: |
|---|---|---|---|---|
| | COURT PACKAGE (E-7) BY: | RAP SHEET (C-7) BY: | SPECIAL DISTRIBUTION BY: | CRIMINAL HISTORY BY: |

Distribution: WHITE - Records Office  YELLOW - C.I.D.  PINK - C...

# EXHIBIT F

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON ROMAN,                          :
                                      :     CIVIL ACTION
                    Plaintiff,        :
        v.                            :     NO. 02-CV-4763
                                      :
                                      :
CITY OF READING, and                  :
READING POLICE DEPARTMENT,            :
                                      :     JURY TRIAL DEMANDED
                    Defendants.       :

### AFFIDAVIT OF MALCOLM F. EDDINGER

I, Malcolm F. Eddinger, being duly sworn according to law, affirm that:

1.      I am a Police Officer with the Police Department of the City of Reading, which is a defendant in this action.

2.      On June 14, 2002, at approximately 1:30 a.m., I, along with several other Reading police officers, was actively investigating a burglary at Richie's Bazaar, a pawn shop and clothing store located at 518 Penn Street, Reading, Pennsylvania.

3.      At that time, a man later identified as Jason Roman approached me and reported that gunshots had been fired at his automobile in the vicinity of 9th and Franklin Streets in Reading, Pennsylvania.

4.      Mr. Roman did not state that he had been shot, and he did not appear to require medical attention.

5.      Given the fact that the other Reading police officers and I were actively engaged in a burglary investigation, I instructed Mr. Roman to wait in his car and I advised him that an officer would be with him shortly.

6.      After we completed the burglary investigation, I immediately went to Mr. Roman and took his statement regarding the shots fired. A copy of the incident report I completed is attached to the Memorandum of Law in support of Defendants' Motion for Summary Judgment as Exhibit E.

7.      Mr. Roman stated that he did not see who fired the shots at his automobile.

8.      Mr. Roman did not identify any witnesses to the shooting incident.

9.      At the time I took the report from Mr. Roman, I did not see any physical evidence that could be removed from the vehicle.

10.    Even if I had known that there were bullets lodged in the automobile, as Mr. Roman alleges, which I did not, the bullets would have been useless without a gun with which to compare them.

11.    Given the fact that Mr. Roman did not see who fired the shots that hit his automobile, and the fact that there was no gun with which to compare the bullets, there was no useful information or evidence for further investigation.

12.    Pursuant to Reading Police Department policy, I submitted the attached report to the Criminal Investigation Division, which is responsible for evaluating incident reports for follow-up, if appropriate.

13.    At no time did I treat Mr. Roman any differently than I would have treated another victim under the same circumstances, regardless of age, race, ethnicity, citizenry, or gender.

14.    At no time did Mr. Roman's age, race, ethnicity, citizenry, or gender factor into my response to or evaluation of his report of the shooting incident.

15.    At no time relevant hereto did I act with the purpose or intent to deter Mr. Roman from traveling to, within, or throughout the City of Reading or to otherwise limit his right to intrastate travel.

16.    The foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Malcolm F. Eddinger

Sworn to and Subscribed Before
Me this 19th Day of February, 2004.

_____
Notary Public

My commission expires on:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane L. Lessig, Notary Public
City Of Reading, Berks County
My Commission Expires Aug. 28, 2007

Member, Pennsylvania Association Of Notaries