# EXHIBIT 1

10.    In paragraph 31 of the Complaint, you allege: "The actions of the. . .Defendants have therefore placed unreasonable and burdensome restrictions on the Plaintiff's freedom to travel, in violation of the United States Constitution." Identify any and all evidence to support this allegation, including the conduct and behavior to which you are referring.

This paragraph refers to the conduct of the Reading Police Department on the night of the shooting and afterward. The police showed no interest at all in a black man who was the victim of a shooting. The Plaintiff was ignored and forced to wait for almost an hour before police even came to speak to him. There was no concern for his health, safety, or well-being. No effort was made to investigate the shooting. The bullets remaining in the Plaintiff's car were not removed as evidence. Only a brief 15-minute conversation occurred between the police and the Plaintiff. There was no follow-up investigation. Even after the Plaintiff spoke with the chief of police and was assured that a detective would be contacting him shortly, the Plaintiff was never contacted by the Reading Police Department.

The evidence of the restrictions on the Plaintiff's freedom to travel lies with the Plaintiff himself. He will testify as to the direct effect the conduct of the Defendants has had on his ability to travel in and about the City of Reading.

The Plaintiff has not completed the preparation of his case, and does not yet have all of his evidence available. As the Plaintiff acquires additional evidence on this issue, he will supplement his answer to this interrogatory.

# EXHIBIT 2

11.    In paragraph 37 of the Complaint, you allege: "Defendants have a policy of racial inequality that is indifferent to the Plaintiff's civil rights and liberties" and that "race or gender was a deciding factor in how the Plaintiff would be treated or mistreated." Identify any and all evidence to support this allegation, including: (1) the conduct and behavior to which you are referring; (2) the evidence upon which you base your allegations that Defendants have a policy of racial inequality; and (3) the evidence upon which you base your allegations that you were treated differently based upon race.

This paragraph refers to the conduct of the Reading Police Department on the night of the shooting and afterward. The police showed no interest at all in a black man who was the victim of a shooting. The Plaintiff was ignored and forced to wait for almost an hour before police even came to speak to him. There was no concern for his health, safety, or well-being. No effort was made to investigate the shooting. The bullets remaining in the Plaintiff's car were not removed as evidence. Only a brief 15-minute conversation occurred between the police and the Plaintiff. There was no follow-up investigation. Even after the Plaintiff spoke with the chief of police and was assured that a detective would be contacting him shortly, the Plaintiff was never contacted by the Reading Police Department.

The Reading Eagle contains countless newspaper articles which describe the uncontrolled shootings in the City of Reading. Minorities are the victims of these shootings, and very few of the cases are ever solved. The treatment given to the Plaintiff by the police fits in with this pattern of not protecting blacks and other minorities who are victims of shootings. There is absolutely no doubt that the Plaintiff would have been entirely differently if he were a white man who was shot at while in his car. The police officers saw the color of the Plaintiff's skin, and the type of car he was driving, and immediately assumed that he was a drug dealer or a pimp. The Plaintiff's skin color definitely caused the police to make their false assumptions and to decide not to investigate the Plaintiff's case.

The Plaintiff has not completed the preparation of his case, and does not yet have all of his evidence available. As the Plaintiff acquires additional evidence on this issue, he will supplement his answer to this interrogatory.

# EXHIBIT 3

# U.S. District Court
## Middle District of Pennsylvania (Harrisburg)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00191-CCC

Rose v. York, County of, et al
Assigned to: Judge Christopher C. Conner
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 02/06/02
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

------------------------

**James E. Rose, Jr.**

represented by **James E. Rose, Jr.**
911 Barnsdale Road
Allentown, PA 18103
PRO SE

V.

**Defendant**

------------------------

**York, County of,** *and its Agents,*
*Lackeys, Employees, Snitches, Covert*
*Operators and Anyone Acting In*
*Concert With Them In An Official*
*Police Capacity, Known and Unknown*

represented by **David S. Craun**
York County Solicitor
1 West Marketway, 4th Floor
York, PA 17401
717-771-9306
Email: dscraun@york-county.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald L. Reihart**
Law Offices of Donald L. Reihart
3015 Eastern Boulevard
York, PA 17402
717-755-2799
Fax : 17177552530
Email: reihartlaw@blazenet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Detective Scott Rohrbaugh**

represented by **David S. Craun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald L. Reihart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2002 | 1 | COMPLAINT - N/C to pltf.; jury trial demanded. Receipt #: 111 135753 Amt: $150.00 (jc) (Entered: 02/07/2002) |
| 02/06/2002 | 2 | STANDING PRACTICE ORDER by all Judges informing the parties to this action of their briefing and other responsibilities. (cc: pltf & defts) (jc) (Entered: 02/07/2002) |
| 02/06/2002 | | SUMMONS ISSUED as to defendants. (jc) (Entered: 02/07/2002) |
| 02/19/2002 | 3 | MOTION by plaintiff James E. Rose Jr. to amend complt. ; C/S, Propo (pm) (Entered: 02/20/2002) |
| 02/22/2002 | 4 | ORDER by Judge Yvette Kane granting motion to amend complt. [3-1] (cc: all counsel, court) (jk) (Entered: 02/22/2002) |
| 04/22/2002 | 5 | RETURN OF SERVICE executed upon both defendants on 2/11/02 by hand delivery. (sc) (Entered: 04/23/2002) |
| 04/22/2002 | 6 | MOTION by pltf James E. Rose Jr. for default judgment against York County & Detective Scott Rohrbaugh ; with c/s and exhibits. (sc) (Entered: 04/23/2002) |
| 04/25/2002 | 7 | ORDER by Judge Yvette Kane IT IS ORDERED THAT defts shall show cause on or before 5/20/02 why this Court should not enter default against them. The Clerk of Court is directed to serve by registered mail a copy of this Order on Defendant County of York at the County's administrative offices, and on Defendant Rohrbaugh at York Police Headquarters. (cc: all counsel, Ct. & County of York and Rohrbaugh reg/mail) (jc) (Entered: 04/25/2002) |
| 04/25/2002 | 8 | AMENDMENT by plaintiff to motion for default judgment against York County & Detective Scott Rohrbaugh with exhs. attached and c of s. [6-1] (jc) (Entered: 04/26/2002) |
| 05/01/2002 | 9 | ACKNOWLEDGEMENT RECEIVED of Show Cause Order dated 5/1/02, sent certified mail to: York Cnty Admin Office, Scott Rohrbaugh. Date of Delivery: 4/29/02. (vg) (Entered: 05/02/2002) |
| 05/03/2002 | 10 | AMENDMENT by plaintiff James E. Rose Jr. to motion for default |

| | | |
|---|---|---|
| | | judgment against York County & Detective Scott Rohrbaugh [6-1]; with exh and c/s. (rb) (Entered: 05/06/2002) |
| 05/09/2002 | 11 | MOTION by defendants County of York, Detective Scott Rohrbaugh to refuse entry of dflt ; C/S. (vg) (Entered: 05/10/2002) |
| 05/09/2002 | 12 | AFFIDAVIT of David S. Craun, Esq., regarding motion to refuse entry of dflt [11-1] (vg) (Entered: 05/10/2002) |
| 05/09/2002 | 13 | MOTION by defendants County of York, Detective Scott Rohrbaugh to dismiss pltf's complt under FRCP 12(b)(1), (4) and (6) ; C/S. (vg) (Entered: 05/10/2002) |
| 05/09/2002 | 14 | BRIEF by defendants County of York, Detective Scott Rohrbaugh IN SUPPORT of motion to dismiss pltf's complt under FRCP 12(b)(1), (4) and (6) [13-1]; C/S. (vg) (Entered: 05/10/2002) |
| 05/10/2002 | | SPECIAL ADMISSION FORM sent to attorney: David S. Craun (vg) (Entered: 05/10/2002) |
| 06/10/2002 | 15 | RESPONSE (captioned, "Answer") by plaintiff James E. Rose Jr. to mtn to dismiss complt; C/S. (vg) (Entered: 06/11/2002) |
| 06/10/2002 | 16 | BRIEF by plaintiff James E. Rose Jr. IN OPPOSITION to motion to dismiss pltf's complt under FRCP 12(b)(1), (4) and (6) [13-1]; reply brief due 6/24/02; C/S. (vg) (Entered: 06/11/2002) |
| 06/11/2002 | 17 | RESPONSE by plaintiff to mtn of Cnty of York and Scott Rohrbaugh to refuse entry of default; C/S (pm) (Entered: 06/12/2002) |
| 09/17/2002 | 18 | ORDER by Judge Yvette Kane Case reassigned to Judge Christopher C. Conner (cc: all counsel, court) (jk) (Entered: 09/17/2002) |
| 10/17/2002 | 19 | MEMORANDUM by Judge Conner re motion to dismiss pltf's complt under FRCP 12(b)(1), (4) and (6) [13-1]; Order to follow. (cc: all counsel, court) (ki) (Entered: 10/17/2002) |
| 10/17/2002 | 20 | ORDER - by Judge Christopher C. Conner: AND NOW, this 17th day of Oct., 2002, in accord. w/the accompanying memorandum of law, IT IS HEREBY ORDERED THAT defts.' motion to dismiss is GRANTED. The Clerk of Crt. is instructed to close the case file. [13-1] The Clerk of Crt. is instructed to close the case file. Case terminated (cc: all counsel, court & security) (ki) Modified on 10/23/2002 (Entered: 10/17/2002) |
| 11/04/2002 | 21 | NOTICE OF APPEAL by plaintiff from District Court memorandum and order filed 10/17/02 [19-1] [20-2] (Filing fee paid, TPO mailed to |

| | | |
|---|---|---|
| | | James E. Rose, Jr., e-mail w/attachments sent to USCA. (cc: Not/appl with info/ack letter to all counsel & Ct.) Receipt No. & Amt: 111 137528 $105.00 (jc) (Entered: 11/05/2002) |
| 11/05/2002 | 22 | ACKNOWLEDGEMENT RECEIVED - from USCA of receipt on 11/5/02 of NOA. (jc) (Entered: 11/05/2002) |
| 11/13/2002 | 23 | CERTIFICATE of Service by Jennifer Miller on 11/8/02 of pltfs br in opp to mtn to dismiss complt. by reg mail (pm) (Entered: 11/14/2002) |
| 11/13/2002 | 24 | TRANSCRIPT PURCHASE ORDER: TPO filed by pro se plaintiff, James Rose. No order for transcript. (rb) (Entered: 11/14/2002) |
| 11/15/2002 | 25 | NOTIFICATION by Circuit Court of Appellate Docket Number 02-4085. Judith Coates Judith_Coates@ca3.uscourts.gov, Case Manager. (jc) Modified on 11/15/2002 (Entered: 11/15/2002) |
| 09/16/2003 | | Deleted Doc. #26 filed 9/15/2003. Hard copy of Opinion of USCA is Judge's copy. (vg, ) (Entered: 09/16/2003) |
| 11/07/2003 | 26 | CERTIFIED JUDGMENT of USCA in lieu of formal MANDATE as to 21 Notice of Appeal, filed by James E. Rose (Attachments: # 1 Mandate# 2 # 3)(Acerba, Susan) (Entered: 11/07/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/11/2004 11:17:01 | | |
| **PACER Login:** | mm0026 | **Client Code:** | 54348/36 |
| **Description:** | Docket Report | **Case Number:** | 1:02-cv-00191-CCC |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:01-cv-00013-JW

ROSE v. COUNTY OF LEHIGH, et al
Assigned to: HONORABLE JAY C. WALDMAN
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 01/02/01
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**JAMES E. ROSE**

V.

**Defendant**

-----------------------

| | | |
|---|---|---|
| **COUNTY OF LEHIGH** | represented by | **MICHAEL J. BUTLER**<br>MONTGOMERY MCCRACKEN<br>WALKER & RHOADS LLP<br>123 S. BROAD ST<br>PHILADELPHIA, PA 19109-1099<br>215-772-1500<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **THERESA RENTKO** | represented by | **MICHAEL J. BUTLER**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **DENNIS STECKEL** | represented by | **MICHAEL J. BUTLER**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **WILLIAM P. BRIED**<br>*TERMINATED: 01/11/2001* | | |
| **JESSICA LOWREY** | represented by | **EMIL W. KANTRA, II**<br>FITZPATRICK, LENTZ AND<br>BUBBA, P.C.<br>4001 SCHOOLHOUSE LANE<br>P.O. BOX 219, STABLER<br>CORPORATE CENTER |

CENTER VALLEY, PA 18034
TEL (610) 797-9000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN AND JANE DOE**

**BARBARA BUCHANAN**            represented by    **EMIL W. KANTRA, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JUDITH A. DEXTER, .**            represented by    **CATHARINE M. ROSEBERRY**
COUNTY OF LEHIGH, DEPT OF
LAW
17 SOUTH 7TH STREET
ALLENTOWN, PA 18101
FAX 610-820-2093
Fax : FAX 610-820-2093
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL J. BUTLER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/02/2001 | 1 | Complaint. Filing fee $ 150.00 receipt # 2285 (er) (Entered: 01/02/2001) |
| 01/02/2001 | | Summons issued. 5 originals forwarded to: Counsel 1/2/01 (er) (Entered: 01/02/2001) |
| 01/02/2001 | | Demand for jury trial by PLAINTIFF JAMES E. ROSE. (er) (Entered: 01/02/2001) |
| 01/02/2001 | | Special Case Management Track. (er) (Entered: 01/02/2001) |
| 01/02/2001 | 2 | MOTION BY PLAINTIFF JAMES E. ROSE FOR TEMPORARY INJUNCTION . (er) (Entered: 01/02/2001) |
| 01/11/2001 | 3 | Amended complaint by PLAINTIFF JAMES E. ROSE, amending complaint against BARBARA BUCHANAN, JUDITH A. DEXTER, Exhibits. (er) (Entered: 01/12/2001) |
| 01/11/2001 | | Summons issued. 6 originals forwarded to: Counsel 1/11/01 (er) |

| | | |
|---|---|---|
| | | (Entered: 01/12/2001) |
| 02/01/2001 | 4 | Appearance of CATHARINE M. ROSEBERRY for DEFENDANT JUDITH A. DEXTER, Certificate of Service. (md) (Entered: 02/01/2001) |
| 02/09/2001 | 5 | MOTION by DEFENDANT JUDITH A. DEXTER . TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12b , CERTIFICATE OF SERVICE. (er) (Entered: 02/09/2001) |
| 02/09/2001 | 6 | Brief by DEFENDANT JUDITH A. DEXTER in support of MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12b. (er) (Entered: 02/09/2001) |
| 02/14/2001 | 7 | Answer by JESSICA LOWREY, BARBARA BUCHANAN with Affirmative Defenses to Amended Complaint, Certificate of Service. (fh) (Entered: 02/14/2001) |
| 02/21/2001 | 8 | Letter Dated 2/13/01 To: The Honorable Judge Jay C. Waldman From: James E. Rose, Jr., Affidavit of Service. RE: EMERGENCY STATUS (fh) Modified on 02/21/2001 (Entered: 02/21/2001) |
| 02/26/2001 | 9 | ORDER THAT PLAINTIFF'S REQUEST BY CORRESPONDENCE OF 2/13/01 FOR AN EXTENSION OF THRITY DAYS TO RESPOND TO DEFENDANT DEXTER'S MOTION TO DISMISS IS GRANTED AND PLAITNIFF SHALL HAVE UNTIL 3/26/01 TO RESPOND TO DEFENDANT DEXTER'S MOTION. (SIGNED BY JUDGE JAY C. WALDMAN) 2/26/01 ENTERED AND COPIES MAILED. (fh) (Entered: 02/26/2001) |
| 02/28/2001 | 10 | 5 Videocassette Exhibits by PLAINTIFF JAMES E. ROSE, certificate of service. (ky) (Entered: 02/28/2001) |
| 03/01/2001 | 11 | MOTION by DEFENDANT JESSICA LOWREY, DEFENDANT BARBARA BUCHANAN FOR SUMMARY JUDGMENT , MEMORANDUM, CERTIFICATE OF SERVICE. (fh) (Entered: 03/01/2001) |
| 03/08/2001 | 12 | Appearance of MICHAEL J. BUTLER for DEFENDANT COUNTY OF LEHIGH, DEFENDANT THERESA RENTKO, DEFENDANT DENNIS STECKEL, DEFENDANT JUDITH A. DEXTER, Certificate of Service. (fh) (Entered: 03/09/2001) |
| 03/14/2001 | 13 | Reply to Answer and Affirmative Defesnses of Defendants Lowrey and Buchanan by PLAINTIFF JAMES E. ROSE, Certificate of Service. (er) (Entered: 03/14/2001) |
| | | |

| | | |
|---|---|---|
| 03/14/2001 | 14 | Brief by PLAINTIFF JAMES E. ROSE in opposition to MOTION FOR SUMMARY JUDGMENT, Certificate of Service, Exhibits. (er) (Entered: 03/14/2001) |
| 03/22/2001 | 15 | Brief by PLAINTIFF JAMES E. ROSE in opposition to MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12b, Certificate of Service, Exhibits. (er) (Entered: 03/22/2001) |
| 04/26/2001 | 16 | Proof of Service by PLAINTIFF JAMES E. ROSE. RE: Letters to Christopher Ferguson and Jessica Lang dated 4/23/01, and the copy of Mahala vs. Mahala, by Regular Mail. (fh) (Entered: 04/26/2001) |
| 05/02/2001 | 17 | Original summons returned with Affidavit of: Scott Hough re: served summons and complaint upon DEFENDANT COUNTY OF LEHIGH, DEFENDANT THERESA RENTKO, DEFENDANT DENNIS STECKEL. Served by: personal service on 4/30/01. (ky) (Entered: 05/02/2001) |
| 05/04/2001 | 18 | Original Summons returned with Affidavit of: Stanley J. Pascavage re: served summons and complaint upon DEFENDANT JESSICA LOWREY, DEFENDANT BARBARA BUCHANAN. Served by: Personal Service on 1/22/01. (ky) (Entered: 05/04/2001) |
| 06/14/2001 | 19 | MOTION by DEFENDANT COUNTY OF LEHIGH, DEFENDANT THERESA RENTKO, DEFENDANT DENNIS STECKEL TO DISMISS , MEMORANDUM, CERTIFICATE OF SERVICE. (fh) (Entered: 06/15/2001) |
| 07/09/2001 | 20 | Memorandum by PLAINTIFF JAMES E. ROSE in opposition to MOTION TO DISMISS, Certificate of Service. (er) (Entered: 07/09/2001) |
| 07/19/2001 | 21 | Brief by PLAINTIFF JAMES E. ROSE of Chronology of Events in Lehigh County Court of Common Pleas Showing Racial Discrimination Against James E. Rose, Jr. a Black Man and in Favor of Jessica Lowrey, a white Woman; Certificate of Service. (ky) (Entered: 07/19/2001) |
| 09/14/2001 | 22 | MEMORANDUM & ORDER THAT THE MOTION OF DEFENDANT DEXTER TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12b; THE MOTION OF DEFEDNATS COUNTY OF LEHIGH, RENTKO AND STECKEL'S DISMISS, THE MOTION OF DEFENDANTS LOWERY AND BUCHANAN FOR SUMMARY JUDGMENT ARE GRANTED AND THE ABOVE ACTION IS DISMISSED. (SIGNED BY JUDGE JAY C. WALDMAN) 9/14/01 ENTERED AND COPIES MAILED. (fh) (Entered: 09/14/2001) |

| 09/14/2001 | | Case closed (kv) (Entered: 09/17/2001) |
|---|---|---|
| 09/18/2001 | 23 | Notice of appeal by PLAINTIFF JAMES E. ROSE. Fee Status: $105.00 . Copies to: JUDGE JAY C. WALDMAN , Clerk USCA , Appeals Clerk, and MICHAEL J. BUTLER, CATHARINE M. ROSEBERRY, EMIL W. KANTRA II. (er) (Entered: 09/18/2001) |
| 09/18/2001 | 24 | Copy of Clerk's notice to USCA re: [23-1] appeal. (er) (Entered: 09/18/2001) |
| 09/19/2001 | 25 | ORDER THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS COUNTY OF LEHIGH, THERESA RENTKO, DENNIS STECKEL, JESSICA LOWERY, BARBARA BUCHANAN, JUDITH A. DEXTER, JOHN DOE AND JANE DOE AND AGAINST PLAINTIFF JAMES E. ROSE. (SIGNED BY JUDGE JAY C. WALDMAN) 9/20/01 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS ON 9/19/01. (fh) (Entered: 09/20/2001) |
| 09/25/2001 | 26 | Copy of TPO form ref: Appeal filed on 9/18/01. (fh) (Entered: 09/25/2001) |
| 09/26/2001 | | RECORD COMPLETE FOR PURPOSES OF APPEAL. (ke) (Entered: 09/26/2001) |
| 09/28/2001 | | Notice of Docketing ROA from USCA Re: USCA NUMBER: 01-3633 . 9/27/01 (jl) (Entered: 09/28/2001) |
| 10/05/2001 | | CERTIFIED AND TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF APPEALS. (ke) (Entered: 10/05/2001) |
| 06/21/2002 | 27 | Certified copy of order from USCA dated 5/3/02 that the Judgment of THE DISTRICT COURT entered 9/20/01, be and the same is hereby affirmed. Costs taxed against the Appellant (jpd) (Entered: 06/24/2002) |
| 06/21/2002 | | Record on appeal returned from U.S. Court of Appeals: forwarded to file room. (jpd) (Entered: 06/24/2002) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/11/2004 11:21:41 | | |

| PACER Login: | mm0026 | Client Code: | 54348/36 |
|---|---|---|---|
| Description: | Docket Report | Case Number: | 2:01-cv-00013-JW |
| Billable Pages: | 3 | Cost: | 0.21 |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:97-cv-00926-RB

ROSE v. BETHLEHEM POL. DEPT., et al
Assigned to: HONORABLE RONALD L. BUCKWALTER
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1981 Civil Rights

Date Filed: 02/07/97
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
----------------------

**JAMES E. ROSE**

represented by **W. THOMAS ANTHONY, JR.**
451 MAIN STREET
BETHLEHEM, PA 18018
(610) 691-7633
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
----------------------

**BETHLEHEM POLICE
DEPARTMENT**

**KEVIN SPANO**

| Filing Date | # | Docket Text |
|---|---|---|
| 02/07/1997 | 1 | Complaint. Filing fee $ 150.00. Receipt # 328. (er) (Entered: 02/07/1997) |
| 02/07/1997 | | Summons issued. Forwarded two original copies to: Counsel 2/7/97. (er) (Entered: 02/07/1997) |
| 02/07/1997 | | Standard Case Management Track. (er) (Entered: 02/07/1997) |
| 02/07/1997 | | Demand for jury trial by PLAINTIFF JAMES E. ROSE. (er) (Entered: 02/07/1997) |
| 09/23/1997 | 2 | ORDER THAT THE MATTER IS HEREBY DISMISSED |

| | | |
|---|---|---|
| | | WITHOUT PREJUDICE PURSUANT TO RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 9/24/97 ENTERED AND COPIES MAILED. (sc) (Entered: 09/24/1997) |
| 09/23/1997 | | Case closed (kv) (Entered: 09/25/1997) |
| 10/03/1997 | 3 | MOTION BY PLAINTIFF JAMES E. ROSE TO VACATE ORDER OF DISMISSAL AND SHOWING OF GOOD CAUSE . (er) (Entered: 10/03/1997) |
| 11/14/1997 | 4 | ORDER DENYING PLFF'S MOTION TO VACATE ORDER OF DISMISSAL FOR FAILURE TO SERVE OTHER PARTIES TO THIS LAWSUITE. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/17/97 ENTERED AND COPIES MAILED. (sc) (Entered: 11/17/1997) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/11/2004 11:22:43 | | |
| **PACER Login:** | mm0026 | **Client Code:** | 54348/36 |
| **Description:** | Docket Report | **Case Number:** | 2:97-cv-00926-RB |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

# EXHIBIT 4

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-cv-03842-LDD

ROSE v. CITY OF ALLENTOWN et al
Assigned to: HONORABLE LEGROME D. DAVIS
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 06/18/02
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
------------------------

**JIMI ROSE**

represented by **JIMI ROSE**
911 BARNSDALE ROAD
ALLENTOWN, PA 18103
PRO SE

**W. THOMAS ANTHONY, JR.**
451 MAIN STREET
BETHLEHEM, PA 18018
(610) 691-7633
*TERMINATED: 02/11/2004*
*LEAD ATTORNEY*

**JOHN J. KELLER**
(See above for address)
*TERMINATED: 01/09/2004*

V.

**Defendant**
------------------------

**CITY OF ALLENTOWN**

represented by **JAMES T. HUBER**
HUBER & WALDRON
535 HAMILTON MALL STE 301
ALLENTOWN, PA 18101
610-435-9790
Fax : 610-435-1238
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ZONING HEARING BOARD OF
THE CITY OF ALLENTOWN**

represented by **JAMES T. HUBER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2002 | 1 | COMPLAINT against all defendants (filing fee $ 150 receipt number 3199),filed by JIMI ROSE [pla].(er, ) (Entered: 06/19/2002) |
| 06/18/2002 | | Summons Issued as to CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft], 2 originals mailed to Jimi Rose. (er, ) (Entered: 06/19/2002) |
| 06/18/2002 | | DEMAND for Trial by Jury by JIMI ROSE [pla]. (er, ) (Entered: 06/19/2002) |
| 06/25/2002 | 2 | SUMMONS Returned Executed by W. Thomas Anthony upon DEFENDANT CITY OF ALLENTOWN and DEFENDANT ZONING HEARING BOARD OF THE CITY OF ALLENTOWN served by personal service on 6/25/2002, answer due 7/15/2002. (ky, ) (Entered: 07/01/2002) |
| 07/12/2002 | 3 | Preacipe of Appearance by JAMES T. HUBER [] on behalf of CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft] with Jury Demand (er, ) (Entered: 07/12/2002) |
| 07/12/2002 | 4 | MOTION to Dismiss filed by CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft]. (er, ) (Entered: 07/12/2002) |
| 07/12/2002 | 5 | Memorandum in Support of MOTION to Dismiss filed by CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft]. (er, ) (Entered: 07/12/2002) |
| 07/12/2002 | 6 | CERTIFICATE OF SERVICE by CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft] re [4] MOTION to Dismiss, [5] Memorandum, mailed to to Jimi Rose [pla]. (er, ) (Entered: 07/12/2002) |
| 07/31/2002 | 7 | Memorandum of Law in Opposition to DEFENDANTS' MOTION to Dismiss filed by JIMI ROSE [pla], Certificate of Service. (ky, ) (Entered: 08/01/2002) |
| 08/01/2002 | 8 | MOTION TO WITHDRAW ALLEGATIONS OF INCIDENTS WHICH OCCURRED PRIOR TO JUNE 18, 2000 filed by JIMI ROSE [pla], Certificate of Service. (ky, ) (Entered: 08/01/2002) |
| 08/05/2002 | 9 | Addendum to his Memorandum of Law in Opposition o Motion to Dismiss by JIMI ROSE [pla]. Certificate of Service. (er, ) (Entered: |

| | | 08/05/2002 |
|---|---|---|
| 08/06/2002 | 10 | ANSWER TO PLAINTIFF'S MOTION TO WITHDRAW ALLEGATIONS OF INCIDENTS WHICH OCCURRED PRIOR TO 6/18/02 filed by CITY OF ALLENTOWN [dft], ZONING HEARING BOARD OF THE CITY OF ALLENTOWN [dft], Memorandum, Certificate of Service. (er, ) (Entered: 08/07/2002) |
| 11/05/2002 | 11 | ORDER THAT DEFENDANTS, CITY OF ALLENTOWN AND THE ZONING HEARING BOARD OF THE CITY OF ALLENTOWN'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) IS DENIED. IT IS FURTHER ORDERED THAT THE PLAINTIFF, JIMI ROSE'S MOTION TO WITHDRAW ALLEGATIONS OF INCIDENTS WHICH OCCURRED PRIOR TO 6/18/00 IS GRANTED.SIGNED BY JUDGE LEGROME D. DAVIS ON 11/5/02.11/6/02 ENTERED AND COPIES MAILED AND COPY FAXED BY CHAMBERS ON 11/5/02. (cdd, ) (Entered: 11/06/2002) |
| 11/21/2002 | 12 | ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES, JURY DEMAND, BY DEFENDANT CITY OF ALLENTOWN, DEFENDANT ZONING HEARING BOARD OF THE CITY OF ALLENTOWN.(ky, ) (Entered: 11/21/2002) |
| 11/21/2002 | | Issue Joined. (ky, ) (Entered: 11/21/2002) |
| 11/26/2002 | 13 | NOTICE of Hearing: Conference set for 1/7/2003 02:00 PM in Judge's Chambers before HONORABLE LEGROME D. DAVIS. (jjw, ) (Entered: 11/26/2002) |
| 12/12/2002 | 14 | Response Answer to Affirmative Defenses by PLAINTIFF JIMI ROSE, Certificate of Service. (ky, ) (Entered: 12/12/2002) |
| 12/16/2002 | 15 | EXHIBITS by JIMI ROSE. (ky, ) (Entered: 12/17/2002) |
| 01/02/2003 | 16 | EXHIBITS and LETTERS by JIMI ROSE. (ky, ) (Entered: 01/02/2003) |
| 01/09/2003 | 17 | SCHEDULING ORDER THAT ALL DISCOVERY SHALL BE COMPLETED BY 5/7/03; DISPOSITIVE MOTIONS SHALL BE FILED BY 6/9/03; RESPONSES TO DISPOSITIVE MOTIONS SHALL BE FILED BY 7/7/03, AND A FINAL PRETRIAL CONFERENCE WILL BE SCHEDULED APPROXIMATELY THIRTY DAYS PRIOR TO TRIAL. SIGNED BY JUDGE LEGROME D. DAVIS ON 1/9/03. 1/10/03 ENTERED AND COPIES MAILED AND COPY FAXED BY CHAMBERS ON 1/9/03.(cdd, ) (Entered: 01/10/2003) |

| 02/06/2003 | 18 | PRAECIPE of Appearance by JOHN J. KELLER on behalf of CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN. (ky, ) (Entered: 02/06/2003) |
| 02/06/2003 | 19 | NOTICE of Appearance by W. THOMAS ANTHONY JR. on behalf of CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN. (ky, ) (Entered: 02/06/2003) |
| 04/28/2003 | 20 | Amended Entry of Appearance by W. THOMAS ANTHONY JR. on behalf of JIMI ROSE (er, ) (Entered: 04/28/2003) |
| 04/28/2003 | 21 | Amended Entry of Appearance by JOHN J. KELLER on behalf of JIMI ROSE (er, ) (Entered: 04/28/2003) |
| 05/05/2003 | 22 | MOTION TO EXTEND DISCOVERY, FILED BY JIMI ROSE.(er, ) (Entered: 05/05/2003) |
| 05/09/2003 | 23 | RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY BY DEFENDANTS CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN, CERTIFICATE OF SERVICE. (ky, ) (Entered: 05/09/2003) |
| 05/13/2003 | 24 | ORDER THAT PLAINTIFF'S MOTION TO EXTEND DISCOVERY IS GRANTED. ACCORDIGLY, IT IS FURTHER ORDERED THAT THE SCHEDULING ORDER ISSUED ON 1/9/03 IS AMENDED AS FOLLOWS: ALL DISCOVERY SHALL BE COMPLETED BY 7/7/03; DISPOSITIVE MOTIONS SAHLL BE FILED BY 8/11/03; RESPONSES TO DISPOSITIVE MOTIONS SHALL BE FILED BY 9/8/03, AND A FINAL PRETRIAL CONFERENCE WILL BE SCHEDULED APPROXIMATELY THIRTY DAYS PRIOR TO TRIAL.SIGNED BY JUDGE LEGROME D. DAVIS ON 5/13/03. 5/14/03 ENTERED AND COPY MAILED AND COPIES FAXED BY CHAMBERS ON 5/13/03. (cdd, ) (Entered: 05/14/2003) |
| 06/23/2003 | 25 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT BY PLAINTIFF JIMI ROSE.(ky, ) (Entered: 06/24/2003) |
| 06/26/2003 | 26 | CERTIFICATE OF SERVICE by JIMI ROSE, mailed true and correct copy of Motion to Leave. (er, ) (Entered: 06/26/2003) |
| 07/08/2003 | 27 | DEFENDANT CITY OF ALLENTOWN AND DEFENDANT ZONING HEARING BOARD OF THE CITY OF ALLENTOWN'S RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT. (ky, ) (Entered: 07/08/2003) |
| 07/23/2003 | 28 | ORDER THAT PLAINTIFF JAMES ROSE'S MOTION FOR |

| | | |
|---|---|---|
| | | LEAVE TO FILE AN AMENDED COMPLAINT IS GRANTED.SIGNED BY JUDGE LEGROME D. DAVIS ON 7/21/03.7/23/03 ENTERED AND COPIES MAILED AND FAXED. (cdd, ) (Entered: 07/23/2003) |
| 08/11/2003 | 29 | AMENDED SCHEDULING ORDER: THE PLFF'S AMENDED COMPLAINT SHALL BE FILED BY 8/21/03. THE DEFTS' ANSWER SHALL BE FILED ON 9/9/03. ALL DISCOVERY SHALL BE COMPLETED BY 11/10/2003. DISPOSITIVE MOTIONS SHALL BE FILED BY 12/10/2003. RESPONSES TO DISPOSITIVE MOTIONS SHALL BE FILED BY 1/12/04. A FINAL PRETRIAL CONFERENCE WILL BE SCHEDULED APPROXIMTELY (30) DAYS PRIOR TO TRIAL. ( SIGNED BY JUDGE LEGROME D. DAVIS ON 8/11/03. ) 8/11/03 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 08/11/2003) |
| 08/21/2003 | 30 | AMENDED COMPLAINT against CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN , filed by JIMI ROSE.(er, ) (Entered: 08/21/2003) |
| 08/21/2003 | 31 | CERTIFICATE OF SERVICE by JIMI ROSE re 30 Amended Complaint (er, ) (Entered: 08/21/2003) |
| 09/09/2003 | 32 | ANSWER to Amended Complaint by CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN. (er, ) (Entered: 09/09/2003) |
| 12/05/2003 | 33 | MOTION FOR SUMMARY JUDGMENT FILED BY CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN MEMORANDUM, CERTIFICATE OF SERVICE. (er, ) (Entered: 12/05/2003) |
| 01/09/2004 | 34 | Withdrawl of Appearance *on behalf of the Plaintiff* by JIMI ROSE. (KELLER, JOHN) (Entered: 01/09/2004) |
| 01/12/2004 | 35 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FILED BY JIMI ROSE,PROOF OF SERVICE.(er, ) (Entered: 01/12/2004) |
| 01/12/2004 | 36 | ORDER THAT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS GRANTED. PLAINTIFF SHALL RESPOND TO DEFENDANT'S SUMMARY JUDGMETN ON OR BEFORE 2/22/04.SIGNED BY JUDGE LEGROME D. DAVIS ON 1/12/04. 1/12/04 ENTERED AND COPIES MAILED AND FAXED.(cdd, ) (Entered: 01/12/2004) |

| 01/20/2004 | 37 | ORDER THAT PLAINTIFF'S RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT SHALL BE FILED WITH THIS COURT NO LATER THAN 2/6/2004. SIGNED BY JUDGE LEGROME D. DAVIS ON 1/16/2004. 1/20/2004 ENTERED AND COPIES MAILED AND FAXED.(mbh, ) (Entered: 01/20/2004) |
| 01/26/2004 | 38 | MOTION FOR SHORT EXTENSION OF TIME FOR DISCOVERY FILED BY JIMI ROSE,PROOF OF SERVICE.(er, ) (Entered: 01/26/2004) |
| 01/29/2004 | 39 | ANSWER TO MOTION FOR EXTENSION OF DISCOVERY filed by CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN, Certificate of Service. (er, ) (Entered: 01/29/2004) |
| 02/06/2004 | 40 | Answer to Motion for Summary Judgment filed by JIMI ROSE. (er, ) (Entered: 02/09/2004) |
| 02/06/2004 | 41 | Brief in Opposition to Motion for Summary Judgment by JIMI ROSE. (er, ) (Entered: 02/09/2004) |
| 02/06/2004 | 42 | PROOF OF SERVICE by JIMI ROSE Re: served answer and brief in oppostion to Motion for Summary Judgment. (er, ) (Entered: 02/09/2004) |
| 02/10/2004 | 43 | MEMORANDUM AND ORDER DENYING [38] MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY. IT IS FURTHER ORDERED THAT PLFF SHALL RESPOND TO DEFTS' MOTION FOR SUMMARY JUDGMENT BY 2/27/04. ( SIGNED BY JUDGE LEGROME D. DAVIS ON 2/10/04.)2/10/04 ENTERED AND COPIES MAILED AND FAXED. (gn, ) (Entered: 02/10/2004) |
| 02/10/2004 | | Set/Reset Deadlines as to [33] MOTION for Summary Judgment. RESPONSES DUE BY 2/27/2004. (gn, ) (Entered: 02/10/2004) |
| 02/11/2004 | 44 | Reply to Defendants New Matter Contained in Answer to Motion for Extension of Discovery by JIMI ROSE, Certificate of Service. (er, ) (Entered: 02/11/2004) |
| 02/11/2004 | 45 | Praecipe of Withdrawal of Appearance by W. THOMAS ANTHONY JR. on behalf of JIMI ROSE, Proof of Service. (er, ) (Entered: 02/11/2004) |
| 02/17/2004 | 46 | MOTION TO DISMISS DEFENDANTS' CLAIM AS MOOT. FILED BY JIMI ROSE,PROOF OF SERVICE, CERTIFICATE OF SERVICE(er, ) (Entered: 02/18/2004) |

| 02/23/2004 | 47 | Answer to Motion to Dismiss Defendants' Claims as Moot filed by CITY OF ALLENTOWN, ZONING HEARING BOARD OF THE CITY OF ALLENTOWN, Certificate of Service. (er, ) (Entered: 02/23/2004) |
|---|---|---|

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/10/2004 13:26:25 | | |
| **PACER Login:** mm0026 | **Client Code:** 54348/36 | |
| **Description:** Docket Report | **Case Number:** 2:02-cv-03842-LDD | |
| **Billable Pages:** 3 | **Cost:** 0.21 | |