IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ROMAN,<br>Plaintiff | : <br> : <br> : <br> : |
| v. | :    CIVIL ACTION <br> :    NO.   02-4763 |
| CITY OF READING, ET AL.,<br>Defendants | : <br> : <br> : |

**O R D E R**

**AND NOW**, this 17th day of March, 2004, it is hereby **ORDERED** that the March 25, 2004 pretrial conference is **CANCELLED** and this case is hereby removed from the April 6, 2004 trial pool.  All deadlines for filing pretrial materials are hereby **SUSPENDED**.  Further proceedings in this case shall be announced by future Order.

It is so **ORDERED**.


BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**