IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

JASON ROMAN,
    Plaintiff

                      02-cv-4763
                      District Court Docket Number

    vs.

CITY OF READING and READING POLICE DEPARTMENT,
    Defendants

Notice of Appeal Filed <u>4/19/04</u>
Court Reporter(s)/ESR Operator(s)   N/A

Filing Fee:
        Notice of Appeal <u>x</u> paid __Not Paid   __Seaman
        Docket Fee     <u>x</u> Paid __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)
__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)
__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)
__Granted
__Denied
__Pending

C: USCA
   Appeals Clerk
   Hon. Cindy M. Rufe

                                 Defendant's Address (for criminal appeals)

                                 Prepared by :_____4/19/04_____
                                                           Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm